# EXHIBIT 1

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**SEPTEMBER 2021**

E-Filing Number: 2109004398

**000124**

| | |
|---|---|
| **PLAINTIFF'S NAME**<br>TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA | **DEFENDANT'S NAME**<br>FACTORY MUTUAL INSURANCE COMPANY |
| **PLAINTIFF'S ADDRESS**<br>2929 WALNUT STREET SUITE 460<br>PHILADELPHIA  PA 19104-5099 | **DEFENDANT'S ADDRESS**<br>P.O. BOX 7500<br>JOHNSTON  RI 02919 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION | | |
|---|---|---|---|---|
| 1 | 1 | ☒ Complaint<br>☐ Writ of Summons | ☐ Petition Action<br>☐ Transfer From Other Jurisdictions | ☐ Notice of Appeal |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☐ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☒ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE**

1O - CONTRACTS OTHER

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

**FILED**
**PRO PROTHY**

SEP **02** 2021

**S. RICE**

IS CASE SUBJECT TO
COORDINATION ORDER?

YES          NO

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>DAVID J. STANOCH | ADDRESS<br>KANNER & WHITELEY, L.L.C.<br>701 CAMP STREET<br>NEW ORLEANS LA 70130 |
|---|---|
| PHONE NUMBER<br>(504)524-5777 | FAX NUMBER<br>none entered | |
| SUPREME COURT IDENTIFICATION NO.<br>91342 | E-MAIL ADDRESS<br>d.stanoch@kanner-law.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>*DAVID STANOCH* | DATE SUBMITTED<br>Thursday, September 02, 2021, 06:03 pm |

**COMMERCE PROGRAM ADDENDUM**
**TO CIVIL COVER SHEET**

      This case is subject to the Commerce Program because it is not an arbitration matter and it falls within one or more of the following types (check all applicable):

_____   1.   Actions relating to the internal affairs or governance, dissolution or liquidation, rights or obligations between or among owners (shareholders, partners, members), or liability or indemnity of managers (officers, directors, managers, trustees, or members or partners functioning as managers) of business corporations, partnerships, limited partnerships, limited liability companies or partnerships, professional associations, business trusts, joint ventures or other business enterprises, including but not limited to any actions involving interpretation of the rights or obligations under the organic law (e.g., Pa. Business Corporation Law), articles of incorporation, by-laws or agreements governing such enterprises;

_____   2.   Disputes between or among two or more business enterprises relating to transactions, business relationships or contracts between or among the business enterprises. Examples of such transactions, relationships and contracts include:

    _____     a.     Uniform Commercial Code transactions;

    _____     b.     Purchases or sales of business or the assets of businesses;

    _____     c.     Sales of goods or services by or to business enterprises;

    _____     d.     Non-consumer bank or brokerage accounts, including loan, deposit cash management and investment accounts;

    _____     e.     Surety bonds;

    _____     f.     Purchases or sales or leases of, or security interests in, commercial, real or personal property; and

    _____     g.     Franchisor/franchisee relationships.

_____   3.   Actions relating to trade secret or non-compete agreements;

_____   4.   "Business torts," such as claims of unfair competition, or interference with contractual relations or prospective contractual relations;

_____   5.   Actions relating to intellectual property disputes;

_____   6.   Actions relating to securities, or relating to or arising under the Pennsylvania Securities Act;

_____   7.   Derivative actions and class actions based on claims otherwise falling within these ten types, such as shareholder class actions, but not including consumer class actions, personal injury class actions, and products liability class actions;

_____   8.   Actions relating to corporate trust affairs;

**X**   9.   Declaratory judgment actions brought by insurers, and coverage dispute and bad faith claims brought by insureds, where the dispute arises from a business or commercial insurance policy, such as a Comprehensive General Liability policy;

_____   10.   Third-party indemnification claims against insurance companies where the subject insurance policy is a business or commercial policy and where the underlying dispute would otherwise be subject to the Commerce Program, not including claims where the underlying dispute is principally a personal injury claim.

**KANNER & WHITELEY, LLC**
By: Allan Kanner, Bar No. 31703
Cynthia St. Amant, *pro hac vice* forthcoming
David J. Stanoch, Bar No. 91342
701 Camp Street
New Orleans, LA 70130
Tel: (504) 524-5777

Attorneys for Plaintiff



Filed and Attested by the
Office of Judicial Records
02 SEP 2021 06:03 pm
S. RICE

| | |
|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, | COURT OF COMMON PLEAS PHILADELPHIA COUNTY, PA |
| Plaintiff, | |
| vs. | No.: |
| | COMMERCE PROGRAM |
| FACTORY MUTUAL INSURANCE COMPANY, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## CIVIL ACTION COMPLAINT

<table>
<tr><td>

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

    Philadelphia Bar Association
    Lawyer Referral and Information Service
    One Reading Center
    Philadelphia, PA 19107
    (215) 238-6333
    TIY (215) 451-6197

</td><td>

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o nofificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades y otros derechos importantes para usted.

*Lleve esta demanda a un abogado inmediatamente. si no tiene abogado o si no tiene el dinero suficiente de pagar tal servico. vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

    Asociacion D Licenciados De Filadelfia
    Servicio De Referencia E Informacion Legal
    One Reading Center
    Filadelpia, PA 19107
    (215) 238-6333
    TIY (215) 451-6197

</td></tr>
</table>

**KANNER & WHITELEY, LLC**
By: Allan Kanner, Bar No. 31703
Cynthia St. Amant, *pro hac vice* forthcoming
David J. Stanoch, Bar No. 91342
701 Camp Street
New Orleans, LA 70130
Tel: (504) 524-5777

Attorneys for Plaintiff

Filed and Attested by the
Office of Judicial Records
02 SEP 2021 06:03 pm
S. RICE

| | |
|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, <br><br>          Plaintiff, <br><br> vs. <br><br> FACTORY MUTUAL INSURANCE COMPANY, <br>          Defendant. | COURT OF COMMON PLEAS PHILADELPHIA COUNTY, PA <br><br> No.: <br><br> COMMERCE PROGRAM <br><br> **JURY TRIAL DEMANDED** |

## CIVIL ACTION COMPLAINT

Plaintiff, the Trustees of the University of Pennsylvania, files this Complaint against Defendant Factory Mutual Insurance Company and in support alleges as follows:

1.    This is a breach of contract action. Plaintiff, along with others, acquired the insurance policy described herein, issued by Defendant Factory Mutual Insurance Company, covering one-hundred seventy and one insured locations owned and/or operated by Plaintiff, according to the schedule of locations, "Appendix A" of the Policy, pp. 80-128.

## PARTIES

2.    Plaintiff, the Trustees of the University of Pennsylvania ("Plaintiff") is a private educational institution commonly referred to as the "University of Pennsylvania" located at 2929 Walnut Street, Suite 460, Philadelphia, Pennsylvania 19104-5099.

Case ID: 210900124

3.     Defendant Factory Mutual Insurance Company ("Defendant") is a Rhode Island corporation with its principal place of business in Johnston, Rhode Island. Defendant is licensed to transact, and is regularly transacting, business in the Commonwealth of Pennsylvania.

## JURISDICTION AND VENUE

4.     This Court has jurisdiction over this action pursuant to 42 Pa. C.S.A. § 931.

5.     Pursuant to Pa. R.C.P.  No. 2179 venue is proper because Philadelphia is the county where Plaintiff's Covered Property is headquartered, because Defendant regularly conducts business in this county, including but not limited to selling policies, adjusting claims and accepting premiums, and because a substantial part of the transactions or occurrences giving rise to the claim occurred in this county.

## FACTS

### I.     Plaintiff's Policy

6.     Plaintiff purchased commercial property insurance policy # 1056619 (the "Policy"), effective July 1, 2019, through July 1, 2020, covering 171 insured locations owned and/or operated by Plaintiff, as set forth in the schedule of locations, "Appendix A" of the Policy. A paginated copy of the Policy, prepared by Plaintiff's Counsel for the convenience of the Court, is attached hereto as Exhibit A. The Policy is incorporated herein and made a part of this Complaint.

7.     The Policy is an "all-risk" commercial property insurance policy that provides coverage for physical loss or damage to the insured property from *all risks* except those expressly excluded by Policy language. Ex. A at 8.

8.     Unlike most other business interruption policies, the Policy expressly includes coverages for communicable disease response, interruption by communicable disease, as well as

2

Case ID: 210900124

claims preparation costs, decontamination costs, protection and preservation of property, civil authority, business income losses and extra expenses. *Id.* at 29, 31, 38, 45, 48, 55, 62. There is no exclusion or limitation in the Policy for communicable disease related losses or damages.

9. There is no exclusion in the Policy for lost business income and expenses caused by either emergency Orders limiting one's operations or the pandemic causing property damage and restricting Plaintiff's operational activities at its properties, or both.

10. The Policy sold by the Defendant to Plaintiff, like all insurance policies, must be read as a whole, in light of the reasonable expectations of the insured.[1]

11. The Defendant has numerous duties under the insurance policy, including (but not limited to) answering insured questions regarding coverage, receiving loss notices, honestly investigating and assessing claims without a predetermined result, and issuing declination of coverage letters when appropriate, and promptly paying the claim when appropriate.

12. All conditions precedent to this action have been performed by Plaintiff or have been waived.

13. Despite agreeing to cover Plaintiff for all risks of physical loss or damage to property resulting from any cause not excluded, as well as the resulting time element and extra expense losses, Defendant has refused to honor its contractual obligations in the face of a claim for which coverage is expressly provided.  Instead, Defendant attempts to wrongfully shoehorn Plaintiff's claim into a narrow and limited grant of coverage, while abstaining from granting or denying all other coverage under the Policy. Defendant must nevertheless cover the loss sustained by Plaintiff that Defendant contractually agreed to insure.

---

[1] See *Consolidated Rail Corporation v. ACE Property & Casualty Ins. Co.*, 182 A.3d 1011, 1026 (Pa. Super, 2018) *app. denied*, 648 Pa. 165, 191 A.3d 1288 (2018).

Case ID: 210900124

## II.      SARS-CoV-2

14.      The World Health Organization ("WHO") has declared a global pandemic as a result of SARS-CoV-2, the name given to the virus belonging to the *orthocoronavirinae* subfamily which, based on today's knowledge and science, is transmitted through respiratory droplets, fomites or aerosols which remain suspended in the air for prolonged periods of times.

15.      The uncontrolled spread of SARS-CoV-2 throughout Pennsylvania, the nation, and the world, like a wildfire, constitutes a natural disaster that insurance should cover.

16.      On March 11, 2020, WHO declared the COVID-19 outbreak a pandemic and former President Trump declared a nationwide emergency due to the public health emergency caused by the COVID-19 outbreak in the United States.

17.      A pandemic, by definition, is an ''epidemic occurring worldwide . . . .''[2] This is different from a mere virus, and other insurers have specifically excluded pandemics which is not the case herein.

18.      The global COVID-19 pandemic is exacerbated by the fact that the coronavirus is a physical substance that directly lives on and is active on surfaces of objects or materials in a building for extended periods. The COVID-19 virus is airborne, directly emitted and permeates the insured property and premises. The virus is spread, in part, because of its aerosol transport in and throughout buildings and their airways. At the beginning of the pandemic, the medical concern was focused on surface contacts, but recent science shows that the airborne exposures are very problematic in spreading disease.

19.      The COVID-19 virus has repeatedly been found in various covered locations and is a cause of real physical loss or damage to property. According to a study published in THE

---

[2] *See* https://www.who.int/bulletin/volumes/89/7/11-088815.pdf  (last viewed on September 1, 2021).

Case ID: 210900124

NEW ENGLAND JOURNAL OF MEDICINE, the virus adheres to its environment, remaining stable and transmittable in aerosols for at least three hours, up to four hours on copper, up to 24 hours on cardboard and up to two to three days on plastic and stainless steel. These are common objects found in Plaintiff's insured premises. Other studies suggest a longer lifespan.[3]

20.     Scientific studies and guidance from WHO indicated that the COVID-19 virus spreads through (1) close contact with an infected person, (2) absorbing respiratory droplets when an infected person talks, sneezes, or coughs so as to taint the buildings air and threaten its surfaces or (3) touching one's eyes, nose, or mouth after touching a surface on which the virus is present.

21.     The respiratory droplets that carry the COVID-19 virus are physical objects, carrying a physical substance, that attached to and caused harm to Plaintiff's insured property.

22.     Educational institutions like Plaintiff are highly susceptible to being or becoming affected by the presence of the virus, as both respiratory droplets and fomites are likely to be retained on the Covered Property or in its air, remaining viable for an extended period of time.

23.     Plaintiff's properties are also highly susceptible to being affected by the rapid transmission of the virus because of the nature of the property and its use as a highly social context in close proximity to the property, to one another, and to the existing load of the COVID-19 virus presence at surfaces or aerosol.

24.     The material dimensions of a property can be altered and damaged through microscopic changes caused by the COVID-19 virus. Such damage may produce deadly results to human beings. If a person infected with the COVID-19 virus enters a building, as has happened at various of Plaintiff's locations, then (until disinfected) the building would be (1) physically altered

---

[3] Scientific findings are dynamic and may continue to evolve prior to trial.

Case ID: 210900124

by the direct physical presence of the virus on surfaces or the air, and (2) thus physically damaged, and (3) may potentially be transformed into a superspreading viral incubator.

25.    The numerous COVID-19 cases discovered at Plaintiff's properties; the high positivity rates; the fact that the coronavirus is transmitted by asymptomatic individuals; and, the inability to clean a location without depopulating it, support the factual allegation that a continuous presence of the COVID-19 virus existed within the insured premises. Moreover, Plaintiff's website compiles a dashboard since the beginning of the pandemic with data of the positivity rate and all cases of positive testing for COVID-19 on-campus. [4]

26.    One of the best ways to mitigate the presence of COVID-19 in a building is to depopulate it by keeping COVID-19 virus carriers out or lowering the number of people allowed in at one time in combination with a vigorous cleaning routine and structural alterations, such as using plexiglass dividers. Plaintiff did this at enormous business income loss.  The COVID-19 virus is virtually impossible to remove by ordinary cleaning so long as it is populated and used. Ceasing or limiting use are needed to remedy the loss and damage caused by the presence of the virus.

27.    Many COVID-19 viral carriers (people) can infect others even though these carriers are asymptomatic. These carriers can transmit the virus directly or indirectly. Since the virus travels in aerosols or remains active on surfaces after being emitted by the carriers when they speak, shout, or sing, viral aerosols often end up on surfaces, or remain in the air and air circulation equipment of buildings continuously as carriers enter and reenter the location until the location is depopulated.

---

[4] *See* https://coronavirus.upenn.edu/content/dashboard-fall-2020 (last viewed on September 1, 2021).

Case ID: 210900124

28.     When it became apparent that publicity alone concerning COVID-19 would not naturally facilitate voluntary actions that would mitigate the pandemic the world is facing, state and local authorities intervened through a series of emergency Orders.

29.      For the most part (including those causing Plaintiff's loss), the emergency Orders were issued pursuant to an executive's emergency powers. They were not the result of the legislative or deliberative body's process typical of laws and regulations.

30.     Plaintiff complied with all applicable Orders.

31.     A nationwide debate has erupted as to the Orders' necessity, appropriateness, breadth and length with some high-profile federal and state officials in some circumstances questioning the motivation behind them or their continuation.

32.     As a result of the COVID-19 pandemic, Pennsylvania's Governor Tom Wolf issued a Proclamation of Disaster Emergency. The proclamation allowed the State to direct state resources to affected communities and prohibited excessive price increases on goods and services. At the time of the proclamation the pandemic was pervasive and/or posing an imminent risk of harm to people and property.

33.     On March 19, 2020, Governor Wolf issued an Order requiring all non-life sustaining businesses in the Commonwealth to cease operation and to close all physical locations.

34.     On March 23, 2020, Governor Wolf issued a Stay-at-Home Order for citizens of various counties including Philadelphia County. On this same day, the Pennsylvania Department of Health issued a similar Order noting that the "operation of non-life sustaining businesses present the opportunity for unnecessary gathering, personal contact and interaction that will increase the risk of transmission and the risk of community spread of COVID-19."

7

35.     On April 1, 2020, Governor Tom Wolf extended the March 23, 2020 Stay at Home Order to the entire Commonwealth of Pennsylvania.  These emergency Orders confirmed that the presence or suspected presence of COVID-19 caused damage to property by rendering such businesses too dangerous to operate.

36.     The goal of the emergency Orders was to mitigate actual or imminent harms caused by disease-causing agents, and to protect people and property.

37.     As an institution of higher education operating in locations under emergency Orders, Plaintiff has been required to comply with the applicable Orders.

38.     It is undeniable that Plaintiff sustained losses because of the pandemic.  In an effort to avert further illness and injury to citizens and to slow or prevent the community spread of COVID-19 virions – which are tangible, physical things – the emergency Orders limited the Plaintiff's ability to physically use its properties. These Orders evidence that the presence of COVID-19 on or around Plaintiff's insured locations rendered the premises unsafe and unfit for their intended use.  As a result, Plaintiff alleges it sustained significant losses.

39.     These unprecedented emergency Orders were hardly a foregone conclusion or obvious consequence of the pandemic, as demonstrated by the great variance between states and localities as to the types and extent of restrictions placed on businesses.

40.     The emergency Orders required almost complete closure of Plaintiff's academic operations. On the week of March 13, 2020, Plaintiff had to send home all staff, employees and students. Residential dormitories were restricted to only those students who were homeless or who were unable to return to a home due to exigent circumstances. Remote work and an online platform were implemented throughout Plaintiff's locations by April 1, 2020, right after Spring Break, and classes resumed online for the remainder of the term. Many of the insured locations have reopened

Case ID: 210900124

but are subject to emergency Orders limiting operational capacity and increasing costs of operation.

41.    It is undeniable that Plaintiff sustained losses because of the pandemic.  In an effort to avert further illness and injury to citizens and to slow or prevent the community spread of SARS-CoV-2 virions, which themselves are tangible, physical things that invade physical property, government Orders limited Plaintiff's ability to physically use its property because the physical use of the insured property and its air increased the damage.  These Orders evidence what is apparent to all: the presence of SARS-CoV-2 on or around Plaintiff's insured locations rendered the premises unsafe and unfit for their intended use.  As a result, Plaintiff alleges it sustained significant losses.

### III.    COVID-19 Meets the Definition of a Communicable Disease

42.    On April 3, 2020, Plaintiff provided its first notice of loss to Defendant and showed it had incurred business income losses during the policy term.

43.    Even though Defendant never issued an official denial letter, on August 3, 2020, Defendant issued a letter (Exhibit B, hereto) to Plaintiff informing that only Communicable Disease Response and Interruption by Communicable Disease coverages would be triggered by Plaintiff's claim.

44.    On October 28, 2020, Defendant's adjuster acknowledged coverage for Communicable Disease Response and Interruption by Communicable Disease and paid the one million sublimit of coverage for property loss arising from communicable disease, however at the same time Defendant's adjuster indirectly summarily rejected all other coverages.

45.    The Policy's "Communicable Disease Response" coverage applies when an insured location "has the actual not suspected presence of communicable disease and access to such

Case ID: 210900124

location is limited, restricted or prohibited by: (1) an order of an authorized governmental agency regulating the actual not suspected presence of communicable disease; or (2) a decision of an Officer of the Insured as a result of the actual not suspected presence of communicable disease…." Ex. A at 29. Under this coverage, Defendant agrees to cover "the reasonable and necessary costs incurred by the Insured…for the: (1) cleanup, removal and disposal of the actual not suspected presence of communicable diseases from insured property; and (2) actual costs of fees payable to public relations services or actual costs of using the Insured's employees for reputation management resulting from the actual not suspected presences of communicable diseases on insured property." *Id*.

46.    The Policy also provides coverage for "Interruption by Communicable Disease" which applies when an insured location "has the actual not suspected presence of communicable disease and access to such location is limited, restricted or prohibited by: (1) an order of an authorized governmental agency regulating the actual not suspected presence of communicable disease; or (2) a decision of an Officer of the Insured as a result of the actual not suspected presence of communicable disease…." Ex. A at 62. Under this coverage, Defendant agrees to cover the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY at such location with the actual not suspected presence of communicable disease." *Id*.

47.    "Communicable Disease" is defined in the Policy's relevant part, as "disease which is transmissible from human to human by direct or indirect contact with an affected individual or the individual's discharges." *Id*. at 75.

48.    Inclusion of these coverages means that the Policy expressly acknowledges that communicable disease causes "physical loss or damage" to property and such physical loss requires "cleanup, removal and disposal."

Case ID: 210900124

49.     COVID-19 as a "Communicable Disease" is a covered cause of loss.

50.     There is no exclusion in the Policy for Communicable Disease or a Pandemic.

51.     There is no exclusion in the Policy for the statistically determined risk of contamination, and any preventative actions taken relative to the same.

52.     There is no exclusion in the Policy for the suspected presence of a contaminant.

53.     The Interruption by Communicable Disease and Communicable Disease Response Coverages do not expressly preclude coverage under other coverages.

## IV.     Plaintiff's Losses – The Devastating Slowdown and/or Cessation of Plaintiff's Business Activities

54.     In 1779, Plaintiff was the first American institution of higher education to be named a university. The brainchild of Benjamin Franklin, Plaintiff today has a total of 18,000 employees, out of those 5,048 are faculty members. It has a total of 26,552 students, 9,960 are full-time undergraduate students and 11,825 are full-time graduate students. Plaintiff's 299-acre West Philadelphia campus reflects its rich heritage—a heritage closely bound with the birth and core values of the United States—home to more than 180 buildings and many notable landmarks.

55.     All of Plaintiff's 171 locations spread throughout its campuses in Pennsylvania and worldwide, are insured properties under the Policy. Ex. A at 80-128.

56.     Institutions of higher education, such as Plaintiff, have been hit particularly hard by the ongoing COVID-19 pandemic. Since the disease began to spread rapidly across the country in late February and early March 2020, almost every college and university, including Plaintiff, has taken action to protect its students, faculty, staff, and the general public from COVID-19. This was no easy task. Most institutions of higher education are more like small or medium sized cities than mere schools, and Plaintiff is no exception. In addition to educating the future of America, they provide housing for thousands of students; serve and sell food; operate stores; employ large

11

Case ID: 210900124

numbers of faculty, administrators, and other employees; sponsor sports teams; host public events; and perform many other services.

57.     Apart from the nightmarish logistical challenge, and the serious disruption to its core mission of education, the measures Plaintiff has taken as a result of the COVID-19 pandemic have had the sort of adverse financial impact that is the reason for buying business interruption insurance. After reducing dorms and dining halls to very limited student population and skeleton operations, Plaintiff provided room-and-board reimbursements, totaling in the millions of dollars to those students who were forced to leave campus. Other substantial losses include, but are not limited to, lost revenue from on-campus events; lost revenue from dining refunds; lost revenue from rent forgiveness; lost revenue from business services provided by Plaintiff, e.g. hotels, parking and retail; lost revenue from research shutdown of many departments; lost revenue from ticket sales from Plaintiff's museums and several art related events; conference cancelations and many others. And these losses may continue or worsen if these precautions continue.

58.     The profits derived from Plaintiff's operations had a drastic hit with the slow down and radical changes implemented to Plaintiff's operations, which in some cases included complete cessation of certain operations at virtually each and every covered location, except medical services. Plaintiff believed that the Policy bought from Defendant in full effect would insure against unforeseen perils such as the COVID-19 pandemic and ensuing emergency Orders.

59.     During the Policy period, in response to the emergency Orders and to the pervasive presence of COVID-19 in the insured locations, and in order to protect the health of its students, faculty, and staff, Plaintiff discontinued the majority of in person operations on its campus, shifted classes to online platforms and offered reimbursement for parking, living and eating expenses to its students, among other things.

Case ID: 210900124

60.     Public health authorities understood that the risk of harm to people and property was real, concrete and imminent as COVID-19 was exploding in the general population at an alarming rate.

61.     Whether a building has been infected prior to the emergency Orders or was at imminent risk of being invaded by the COVID-19 virus can be demonstrated by circumstantial evidence.

62.     Beginning in March 2020, Plaintiff was forced to severely restrict on-campus activities even canceling academic, sports and entertainment events it would normally provide at its properties and derive revenue from, all as a result of, and in connection with the COVID-19 pandemic and related governmental restrictions on non-essential business.

63.     Since March 19, 2020, Plaintiff was not permitted to allow the majority of on-premises activities other than those required for life/safety, operating almost entirely through an online platform. With the passing of time, as the emergency Orders allowed, Plaintiff began to return certain in person operations with limited capacity on-campus. As a direct result of the emergency Orders described herein, Plaintiff has incurred a physical loss of (or alternatively, damage to) its properties for regular operations.

64.     Specifically, Plaintiff lost the ability to provide certain services at its properties, was denied access to a number of insured properties, the majority of its students and staff were prevented from physically occupying the properties, causing the properties to be physically uninhabitable by students, staff and faculty members except in cases of emergency, causing their function to be nearly eliminated, and causing a suspension of Plaintiff's normal operations.

65.     This loss of and/or damage to Plaintiff's insured properties caused Plaintiff a substantial loss of gross earnings and gross profit with substantial incurred extra expenses.

Case ID: 210900124

66.     As a result of the emergency Orders and the pandemic Plaintiff suffered business income and extra expense losses.

67.     Plaintiff alternatively states that it suffered direct physical loss of, or damage to its property causing business income and extra expense losses, as a result of:

(i)     its reasonable actions—regardless of emergency Orders—to preserve property and persons from an imminent risk of harm; or

(ii)    the risk of imminent harm, as said risk of imminent harm is itself a covered cause of loss; or

(iii)   emergency Orders designating Plaintiff's business as uninhabitable and unusable on premises and in other forms without a prior governmental finding of on-site contamination; or

(iv)    emergency Orders pursuant to inherent authorities to act in a disaster regardless of the actual presence of COVID-19 virus on-site;

(v)     the actual presence of COVID-19 at the insured premises; or

(vi)    the availability of other coverages under the Policy.

68.     Plaintiff's losses and expenses at its insured properties have continued through the date of filing of this action, and various operations restrictions in the emergency Orders are likely to continue.

69.     Plaintiff's actions were reasonable and necessary to comply with the various Orders or to mitigate the physical losses described herein to prevent greater harms, or both.

70.     Plaintiff's causes of loss are not excluded by the Policy.

71.     Plaintiff has suffered substantial losses of insured business income and has incurred insured expenses caused by insured causes of loss within the terms and conditions of the Policy, or the common law.

Case ID: 210900124

72.     First, courts have treated the terms "physical loss" and "physical damage" from the 1950s to the inception of COVID-19 pandemic as including the infusion of property with disease-causing agents—radon gas, asbestos, ammonia, smoke, bacteria, carbon monoxide, oil fumes, etc. Policyholders and insurance companies knew this, as did the entities that draft standard-form insurance policy language.  Indeed, the insurance industry made payouts for losses from the first novel coronavirus, SARS-CoV-1.  This knowledge, spanning decades, and the ease with which the insurance industry could have drafted language to address loss from the occurrence of a pandemic should have been considered by Defendant in adjusting Plaintiff's claims.

73.     Second, the presence of SARS-CoV-2 can cause physical loss or damage to property, like other disease-causing agents; for instance, an average person breathes in hundreds of thousands of asbestos fibers per day, but in the absence of injury as a result, there is no insurance claim. In other words, physical property suffers foreseeable loss or damage when danger to people and business activities from concentrations of ammonia, asbestos, radon or SARS-CoV-2 are high enough to be a risk to health.

## V.     Plaintiff Purchased Insurance for Its Business, Not Just Its Buildings

74.     In order to protect its property, business, and income from losses, Plaintiff obtained the Policy issued by the Defendant.

75.     At all relevant times, the Policy was in full effect as Plaintiff paid premiums due which the Defendant accepted. Plaintiff has been insured with the Defendant since 2006, paying the required premiums annually.

76.     Plaintiff has continuously relied on the Defendant's promises to cover its insured business income losses and its additional extra expenses caused by such losses.

77.     The premium Plaintiff paid included coverages for, *inter alia*, real property, personal property, time element including business income and extra expense. It also

Case ID: 210900124

encompassed, but is not limited to, additional coverages for claims preparation costs, communicable disease response, interruption by communicable disease, decontamination costs, protection and preservation of property, contingent time element extended, extended period of liability, civil authority, ingress/egress, emergency vacating expense and attraction property. The coverages are set forth in Exhibit A.

## VI.   Relevant Policy Provisions Provide Coverage for Plaintiff's Loss

78.   The losses and expenses incurred by Plaintiff's business operations are covered under various Policy provisions.

79.   The Policy must be read as a whole in light of its purpose and the reasonable expectation of the parties.  Plaintiff's Policy is an all-risk commercial property insurance policy that covers insured property "against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as described in this Policy." Ex. A at 8.

80.   Regarding the mandatory nature of the rules governing insurance policy interpretation, the application of the *contra proferentem* rule[5] places on the drafter of the Policy the burden to narrowly draft exclusions clearly.

81.   Plaintiff has to prove a risk of physical loss or damage.  Here, Plaintiff alleges that actual physical presence of COVID-19 attached to its property causing physical loss or damage, a fact admitted by Defendant who made a partial payment on Plaintiff's loss, as well as compliance with operative emergency Orders.

---

[5] The *contra proferentem* rule has been called the "first principle of insurance law." *See* Kenneth Abraham, *A Theory of Insurance Policy Interpretation*, 95 MICH. L. REV. 531 (1996).

Case ID: 210900124

82.    Loss of use of property because of the actual or imminent and substantial endangerment to people and property from a disease-causing agent is recognized in Pennsylvania as physical loss or damage.

83.    There are no exclusions in Plaintiff's Policy for the loss of business income caused by emergency Orders, the presence of COVID-19, or the pandemic; or alternatively, otherwise resulting in the physical loss of or damage to Plaintiff's properties.

### A.    Preservation of Property

84.    The Policy under "Protection and Preservation of Property" covers "reasonable and necessary costs incurred for actions to temporarily protect or preserve immediately impending, insured physical loss or damage to such insured property." Ex. A at 38.

85.    Closing or depopulating the University pursuant to emergency Orders was designed to preserve and protect property. There is no limit on this liability. Since a covered or insured physical loss or damage under the Policy is the actual presence of a communicable disease, then it constitutes a physical loss or damage of the type insured.

86.    Plaintiff acted to protect and preserve its property, and the lives of its community, and continues to do so for the foreseeable future. It was certainly reasonable and necessary to comply with the Governor's emergency Orders which were designed to mitigate the harm to people and property in the face of a pandemic disaster. These harms were certainly imminent and substantial and had manifested throughout the state and locally.

### B.    Time Element Coverages

87.    The Time Element Coverage and Extended Time Element Coverage covers Plaintiff's deprivation of the unlimited use of its property and associated business income losses, as well as providing coverage for the time after the removal of the last Executive Order to ramp

17

Case ID: 210900124

back up to pre-loss levels of profitability.  Time Element Coverage covers losses resulting from physical loss or damage of the type insured. Ex. A at 44.  It covers, without limitation, lost gross earnings and / or gross profits, *id.* at 45-46, up to the Policy's applicable limits and sublimits.

88.     Plaintiff has suffered and continues to suffer substantial loss of business income during the Policy term which were caused by the loss of or damage to its insured property at the covered locations.

89.     Plaintiff's loss of business income is covered under the Policy and has not been excluded from coverage, thus, Plaintiff is entitled to payment for these business income losses.

### C.     Extra Expense

90.     The Time Element section also provides coverage for Extra Expense. Ex. A at 48. Extra Expenses are recoverable if reasonable and necessary extra costs are incurred during the period of liability, including "to temporarily continue as nearly normal as practicable the conduct of the Insured's business." *Id.* The expenses incurred by Plaintiff beyond those necessary in the normal operation of its operations solely as a result of the physical loss and damage caused by COVID-19 trigger coverage under the Policy's Extra Expense coverage.

### D.     Decontamination Costs

91.     The Policy also provide coverage for "Decontamination Costs," which covers "the increased cost of decontamination and/or removal of…contaminated insured property" if "insured property is contaminated as a direct result of insured physical damage and there is in force at the time of the loss any law or ordinance regulating contamination due to the actual not suspected presence of contaminants." Ex. A at 31.

92.     There is no limit on "Decontamination Costs." *Id.* If insured property is contaminated as a direct result of insured physical damage and there is in force at the time of the

Case ID: 210900124

loss any law or ordinance regulating "contamination" due to the actual not suspected presence of "contaminant(s)," then this Policy covers, as a direct result of enforcement of such law or an ordinance, the increased cost of decontamination and/or removal of such contaminated insured property in a manner to satisfy such law or ordinance . . . ."  Here, the closing of all Plaintiff's campuses was a means of decontamination.

93.     The policy defines "contamination" as "any condition of property due to the actual or suspected presence of any . . . virus, disease causing or illness causing agent . . . ." *Id*. at 75.  In other words, decontamination is appropriate if there is a suspected presence of virus.

**E.     Civil Authority**

94.     The Policy provides coverage from an interruption to business caused by an order from a "Civil or Military Authority." *Id*. at 55. Specifically, the Policy covers "the Actual Loss Sustained and EXTRA EXPENSE incurred by the insured during the PERIOD OF LIABILITY if an order of civil or military authority limits, restricts or prohibits partial or total access to an insured location provided such order is the direct result of physical damage of the type insured at the insured location or within five statute miles/eight kilometres of it." *Id*.

95.     A communicable disease is a physical loss or damage of the type insured under the policy. The actual presence of communicable disease at Plaintiff's properties, which is not in dispute, is a "physical damage not excluded."

96.     This coverage applies because access to Plaintiff's property has been limited, restricted, and prohibited in part or in total due to the presence and threat of COVID-19 and related emergency Orders.

97.     Under the Policy, at least, actual communicable disease contamination of covered property is an insured physical damage as are "Preservation of Property" and "Decontamination".

Case ID: 210900124

As noted, such actual contamination was pervasive in Pennsylvania, including within 5 statute miles of Plaintiff. Plaintiff was very much at risk.

98.     Although the Policy limits the amount of payment for two discrete harms, it does not limit Policy coverage for other communicable disease related harms.

99.     Specifically, the following hospitals and locations are home to innumerable COVID-19 positive cases and within the five miles-radius requested by the Policy language:

- Hospital of the University of Pennsylvania, Cedar Avenue (1.9 miles)

- Hospital of the University of Pennsylvania, Civic Center Boulevard (0.4 miles)

- Children's Hospital of Philadelphia (1.5 miles)

- Mercy Fitz Hospital (4.5 miles)

- Thomas Jefferson University Hospitals (2.1 miles)

- Delaware County Memorial Hospital (5.0 miles)

- Methodist Hospital (2.8 miles)

- Frankford Hospitals (2.0 miles)

- Girard Medical Center (3.6 miles)

- Lankenau Medical Center (4.7 miles)

- Kensington Hospital (5.0 miles)

### F.     Ingress/Egress

100.     The Policy provides "Ingress/Egress" coverage, which requires the Defendant to pay for "the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured…due to the necessary interruption of the Insured's business due to partial or total physical prevention of ingress to or egress from an insured location" provided that "such prevention is a direct result of physical damage of the type insured to property of the type insured." Ex. A at 56.

Case ID: 210900124

101.    Unlike other insurance policies that require total prohibition of access to trigger this coverage, Plaintiff's Policy, on its face, includes partial or total physical prevention of access. Ingress to and egress from Plaintiff's property has been partially or totally prevented due to COVID-19 presence at the covered locations. The Executive Orders limited ingress/egress by limiting the size of gatherings, even for essential services, and the stay-at-home Orders which prohibited travel by students, staff, faculty, and potential students, except for limited purposes.

**G.    Additional Coverages**

102.    The actual presence of COVID-19 at Penn's locations and surrounding property and the emergency Orders have triggered coverage under many of the Policy's provisions including additional coverages not listed hereto and not limited to the following: "Contingent Time Element Extended"; "Expediting Costs"; "Claims Preparation Costs"; "Emergency Vacating Expenses"; and "Attraction Property" coverages.

**VII.   The Policy's Contamination Exclusion Does Not Apply**

103.    The Policy contains an exclusion that purports to preclude coverage for "contamination." Ex. A at 21. Among other things, the Policy defines "contamination" as a "virus." *Id*. at 75.

104.    The Policy's "contamination" exclusion does not exclude coverage for loss caused by "communicable disease" or related emergency Orders.

105.    The Policy's "contamination" exclusion does not exclude coverage for Plaintiff's claim, which is based on the direct physical loss or damage caused by COVID-19 and the resulting emergency Orders.

106.    Defendant's letter from August 3, 2020, at one hand affirmed that "COVID-19 meets the definition of a communicable disease under the Policy," but on the other hand, Defendant

21

Case ID: 210900124

qualifies COVID-19 as "a form of contamination as defined in the Policy, which is excluded." Exhibit B. Defendant cannot have it both ways.

107.    To the extent Defendant contends that the Policy's "contamination" exclusion bars coverage for loss caused by "communicable disease" or some other aspect of Plaintiff's claim, the Policy is ambiguous because it is susceptible to more than one reasonable interpretation and, therefore, must be construed against the drafter and in favor of coverage.[6]  If communicable disease is a covered cause of loss, as it is under this Policy, the Contamination exclusion is inconsistent and should not be construed as to nullify another section of this contract, especially in light of exclusionary language, that should be narrowly construed, as opposed to coverage provisions, which should be construed broadly. The Policy does not state that "communicable disease" is a subset of or included within the definition of "contamination."

108.    Like all exclusions, this exclusion must be narrowly construed. The reference to "virus" within "contamination" exclusion is clearly not intended to exclude coverage for a pandemic involving a "communicable disease."  The Policy's interpretation must give effect to all of the policy's language to determine its plain and ordinary meaning.  The reference to "virus" is limited to the pollution context like the other "contaminants." Thus, the exclusion clearly does not apply here to a case that does not involve pollution.

## VIII.    The Insurer's Duties, its Arbitrary Denial and Company Line

109.    Plaintiff, like others, purchased its insurance policy for business income protection caused by unforeseen disaster.

110.    During such times, individuals and businesses (including Penn) are vulnerable and dependent on the Defendant's promises of coverage, a fact of which insurance companies

---

[6] *See Penn Psychiatric Center v. United States Liability Ins. Co.*, 2021 WL 2460789, at *4 (Pa. Super. 2021);

Case ID: 210900124

(including the Defendant) has knowledge.  Insurance companies promise, warrant and sell "peace of mind" that in the unlikely event of a catastrophe or disaster the policyholder will be fully and promptly protected.

111.    The contract of insurance carries with it a duty of utmost good faith on the part of the insurer because of the vulnerability of policyholders during and following an insured cause of loss.  The Defendant's duties include but are not limited to the Defendant's obligation to fairly and quickly adjust Plaintiff's claims to determine coverage and amount of loss, adjust its insurance claims, and providing prompt payment.

112.    Here, Defendant made a blanket decision initially to deny all business income claims. Defendant failed to make a good faith investigation, determine coverage and adjust Plaintiff's claims because Defendant reached a pre-determined conclusion to deny coverage.

113.    The Defendant summarily and arbitrarily asserted that Plaintiff's losses were not caused from direct physical loss of or damage to covered property, but provided no basis therefore.

114.    The Defendant summarily and arbitrarily did not adjust potential losses under the Policy coverages, simply relying on Defendant's pre-determined conclusions of no coverage.

115.    Without reasonable investigation, the Defendant made summary coverage determinations as to the inapplicability of civil authority coverage or other coverages but provided no basis for its factual conclusions.

116.    For example, the Defendant did not consider, nor did it have any procedures to consider that the applicable law has recognized the "physical loss or damage" to property language as ambiguous in cases where, as here, dangerous viruses entered a building, or were at imminent risk of entering a building.

Case ID: 210900124

117.    Instead, the Defendant chose to blanket deny coverage, with the exception of the communicable disease coverages discussed above, in violation of its contractual duty for the purpose of saving its bottom line.

118.    Upon information and belief, the Defendant used similar or same coverage decision language in different states, without regard for applicable state statutory and decisional case law affecting coverage.

119.    The Defendant's one-size-fits-all approach to its contractual and common law duties to act reasonably and in good faith to investigate claims, decide policy coverage, and make claim adjustments has led to the improper denial of countless business interruption claims, including Plaintiff's.

120.    Plaintiff has now been forced to file a lawsuit and will expend considerable efforts pursuing this action.

121.    Plaintiff (like others who purchase business interruption insurance) has faithfully paid its premiums.   Yet, when Plaintiff made a claim because of a catastrophic business interruption caused by state and local emergency Orders, the Defendant summarily and arbitrarily denied Plaintiff's claims.   At all relevant times, Plaintiff (like many businesses) relied on its business interruption insurance to cover what it is supposed to cover – replacement of business income and payment of ongoing expenses in order to rebuild its businesses.

122.    Accordingly, Plaintiff brings this suit in response to the Defendant's breach of its contractual obligation to pay Plaintiff's covered losses; and in response to Defendant's failure or refusal to adjust Plaintiff's claims under applicable coverages, and promptly pay Plaintiff's business income losses and claims.

Case ID: 210900124

123.    The losses Plaintiff suffered are covered under the Policy, but the Defendant has denied coverage despite Plaintiff's timely notice of its claim.

## COUNT I

## **BREACH OF CONTRACT**

124.    Plaintiff incorporates by reference the preceding paragraphs as though fully set forth herein.

125.    Plaintiff has a commercial property insurance policy issued by the Defendant.

126.    Plaintiff has performed all its obligations as specified by the Policy including the payment of all premiums due, cooperating in loss investigation, and seeking to prevent avoidable additional losses.

127.    Plaintiff's Policy provides coverage for losses, expenses, damages and costs, including but not limited to costs and expenses incurred mending or repairing the premises, business income loss, extended business income loss, and/or extra expense coverages.

128.    As described in detail above, Plaintiff suffered a direct physical "loss of" (or alternatively, "damage to") its property at the covered locations, which was caused by or resulted from the emergency Orders described herein.

129.    In the alternative, Plaintiff suffered and continues to suffer physical loss of and/or damage to its insured properties at the covered locations, which was caused by or resulted from the ubiquitous presence of the COVID-19 virus, and the numerous civil authority Orders, and emergency Orders, or both, all of which qualify as types of loss that "all risk" property policies are designed to insure.

130.    Plaintiff further alternatively states that it suffered and continues to suffer physical loss of, or damage to its insured properties at the covered locations, which was caused by or resulted from:

Case ID: 210900124

(i)      subject to circumstantial proof, actual on-site COVID-19 presence that caused a loss of, or damage to its property; or

(ii)     its reasonable actions—regardless of emergency Orders—to preserve property and persons from an imminent risk of harm; or

(iii)    the risk of imminent harm, which is itself a covered cause of loss; or

(iv)    emergency Orders designating Plaintiff's business as uninhabitable and unusable on premises and in other forms; or

(v)     emergency Orders pursuant to inherent authorities to act, regardless of the actual presence of COVID-19 virus on-site; or

(vi)    the availability of other coverages under the Policy.

131.    This direct physical 'loss of' (or alternatively, 'damage to') Plaintiff's property caused the necessary slowdown or cessation of Plaintiff's normal operations, resulting in an actual loss of business income.

132.    The Policy also provides that the Defendant will pay for any necessary expenses that Plaintiff incurs that it would not have incurred had there been no physical loss or damage to its property.

133.    The Defendant is also in breach of the Policy by refusing to adjust potential losses under other potentially applicable coverages.

134.    As a result of the Defendant's repudiation or breach of the insurance policies, Plaintiff has suffered actual damages.

**WHEREFORE**, Plaintiff seeks compensatory damages resulting from the Defendant's breach of contract, and further seeks all relief deemed appropriate by this Court, including attorneys' fees and costs.

Case ID: 210900124

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against the Defendant as follows:

(1)      Awarding Plaintiff compensatory damages from the Defendant's breach of the insurance policy in an amount to be determined at trial or appraisal ordered by this Court, together with appropriate prejudgment interest at the maximum rate allowable by law;

(2)      Awarding Plaintiff costs and disbursements and reasonable allowances for the fees of Plaintiff's experts, and reimbursement of expenses;

(3)      Awarding Plaintiff attorneys' fees; and

(4)      Awarding such other and further relief the Court deems just, proper, and equitable.

## DEMAND FOR A JURY TRIAL

Plaintiff requests a jury trial for any and all Counts for which a trial by jury is permitted by law.

Respectfully submitted this 2nd day of September, 2021.


KANNER & WHITELEY, LLC

By:   */s/ David J. Stanoch*
David J. Stanoch, Esq. (Bar No. 91342)

Allan Kanner, Esq. (Bar No. 31703)
                Cynthia St. Amant, Esq. (*pro hac vice* forthcoming)
701 Camp Street
New Orleans, LA 70130
Tel: (504) 524-5777
Fax: (504) 524-5763
d.stanoch@kanner-law.com
a.kanner@kanner-law.com
c.stamant@kanner-law.com
*Counsel for Plaintiff*

Case ID: 210900124

## VERIFICATION

Filed and Attested by the
Office of Judicial Records
07 SEP 2021 04:03 pm
S. RICE

I, Benjamin Evans, hereby verify and say that I am authorized to make this verification on

behalf of Trustees of the University of Pennsylvania, the Plaintiff in this action, and that the

statements made in the foregoing are true and correct to the best of my knowledge, information

and belief. I understand that any false statements made herein are subject to the penalties of 18

Pa. Cons. Ann. § 4904 relating to unsworn falsification to authorities.

DATE: September 2, 2021



Filed and Attested by the
Office of Judicial Records
02 SEP 2021 06:03 pm
S. RICE

# Exhibit A

Case ID: 210900124



**MUTUAL CORPORATION
NON-ASSESSABLE POLICY**

Factory Mutual Insurance Company
P.O. Box 7500
Johnston, Rhode Island 02919
1-800-343-7722

## DECLARATIONS

| Policy No. | Previous Policy No. | DATE OF ISSUE |
|---|---|---|
| 1056619 | 1042003 | 28 June 2019 |

| Account No. | Replaces Binder No. | |
|---|---|---|
| 1-56307 | | |

In consideration of this Policy's Provisions, Conditions, Stipulations, Exclusions and Limits of Liability, and of premium charged, Factory Mutual Insurance Company, hereafter referred to as the Company, does insure:

---

**INSURED:**

The Trustees of the University of Pennsylvania

(For Complete Title See Policy)

---

The term of this Policy is from the 1st day of July 2019 to the 1st day of July 2020 at 12:01 a.m., Standard Time, at the Locations of property involved as provided in this Policy.

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as described in this Policy.

By virtue of this Policy and any other policies purchased from the Company being in force, the Insured becomes a member of the Company, subject to the provisions of its charter and by-laws, and is entitled to one vote either in person or by proxy at any and all meetings of said Company.

Assignment of this Policy will not be valid except with the written consent of the Company.

This Policy is made and accepted subject to the above provisions and those hereinafter stated, which are made a part of this Policy, together with such other provisions and agreements as may be added to this Policy.

In Witness, this Company has issued this Policy at its office in the city of Johnston, R. I.
this 28th day of June 2019.

| | | |
|---|---|---|
| _____ | _____ | _____ |
| Authorized Signature | Secretary | President |

Countersigned (if required) this          day of

_____

                                                    Agent

Form FMGA DEC
7020 (5/99)

Printed in U.S.A.

POLICY-001     Case ID: 210900124

POLICY-002



Factory Mutual Insurance Company
Johnston, Rhode Island
A Mutual Corporation

This policy is Non-Assessable.

It is important that the written
portions of all policies covering
the same property read exactly
alike. If they do not, they should
be made uniform at once.

In case of loss notify the company
or its local agent at once in writing.

7019 (9/01)

POLICY-003   Case ID: 210900124

This policy is issued by a mutual company having special regulations lawfully applicable to its organization, membership, policies, or contracts of insurance of which the following shall apply to and form a part of this policy.

# EXTRACTS FROM CHARTER OF THIS COMPANY
### Granted by the General Assembly of the State of Rhode Island

SECTION 5:   Except as hereinafter specifically provided, each natural person, partnership, association, corporation or legal entity insured on the mutual plan by the Corporation shall be a member of the Corporation during the term of its policy but no longer, and at all meetings of the members shall be entitled to one vote either in person or by proxy, provided, however, that where there is more than one insured under any policy, such insureds shall nevertheless be deemed to be a single member of the Corporation for all purposes.  The Corporation may issue policies which do not entitle the insured to membership in the Corporation nor to participate in its surplus.

SECTION 10:  Upon the termination of the membership of any member, all his or its right and interest in the surplus, reserves and other assets of the Corporation shall forthwith cease.

# EXTRACTS FROM THE BY-LAWS OF THIS COMPANY
### Adopted July 13, 2000

ARTICLE 1 – MEETINGS OF THE MEMBERS

SECTION 1.  Annual Meeting
The annual meeting of the members shall be held at the principal offices of the Company, or at such other place as may be stated in the notice of the meeting, at 9:00 a.m. on the second Thursday of April in each year, for the election of directors and the transaction of such other business as may be brought before the meeting.  If the annual meeting is omitted on the day herein provided therefor, a special meeting may be held in place thereof; and any business transacted or elections held at such special meeting shall be as effective as if transacted or held at the annual meeting.

7019 (9/01)

POLICY-004



# TABLE OF CONTENTS
## (Order In Which They Appear)

**Page No.**

**DECLARATIONS PAGE**

**DECLARATIONS**

1.   NAMED INSURED AND MAILING ADDRESS ..................................................................1
2.   POLICY DATES ..................................................................................................................1
3.   INSURANCE PROVIDED ...................................................................................................1
4.   PREMIUM...........................................................................................................................1
5.   PREMIUM PAYABLE .........................................................................................................1
6.   LOSS ADJUSTMENT/PAYABLE........................................................................................1
7.   TERRITORY .......................................................................................................................2
8.   JURISDICTION ...................................................................................................................2
9.   CURRENCY ........................................................................................................................2
10.   LIMITS OF LIABILITY .......................................................................................................2
11.   DEDUCTIBLES ...................................................................................................................6

**PROPERTY DAMAGE**

1.   INSURED PROPERTY .........................................................................................................9
2.   EXCLUDED PROPERTY .....................................................................................................9
3.   EXCLUSIONS ...................................................................................................................11
4.   APPLICATION OF POLICY TO DATE OR TIME RECOGNITION ...................................14
5.   VALUATION .....................................................................................................................15
6.   ADDITIONAL COVERAGES .............................................................................................17
     CYBER ADDITIONAL COVERAGES ...............................................................................17
     A.   DATA RESTORATION ............................................................................................17
     B.   DATA SERVICE PROVIDER PROPERTY DAMAGE ...............................................18
     OTHER ADDITIONAL COVERAGES ...............................................................................19
     A.   ACCIDENTAL INTERRUPTION OF SERVICES .....................................................19
     B.   ACCOUNTS RECEIVABLE .....................................................................................20
     C.   ANIMALS................................................................................................................21
     D.   AUTOMATIC COVERAGE .....................................................................................21
     E.   BRANDS AND LABELS ..........................................................................................22
     F.   CLAIMS PREPARATION COSTS ............................................................................22
     G.   COMMUNICABLE DISEASE RESPONSE................................................................22
     H.   CONSEQUENTIAL REDUCTION IN VALUE ..........................................................23
     I.   CONTROL OF DAMAGED PROPERTY ..................................................................23
     J.   DEBRIS REMOVAL.................................................................................................24
     K.   DECONTAMINATION COSTS ................................................................................24
     L.   EMERGENCY VACATING EXPENSE......................................................................24
     M.   ERRORS AND OMISSIONS ....................................................................................25
     N.   EXPEDITING COSTS ..............................................................................................25
     O.   INSTALLMENT OR DEFERRED PAYMENTS ........................................................25
     P.   LAND AND WATER CONTAMINANT CLEANUP, REMOVAL AND DISPOSAL ......26
     Q.   LAW AND ORDINANCE.........................................................................................26
     R.   LOSS PAYMENT INCREASED TAX LIABILITY .....................................................28
     S.   MACHINERY OR EQUIPMENT STARTUP OPTION................................................28
     T.   MISCELLANEOUS PROPERTY ..............................................................................28
     U.   OPERATIONAL TESTING ......................................................................................29
     V.   PATIENT AND TENANT RELOCATION EXPENSE..................................................29

Advantage - TE Select - US North America - 2016 (2019 update) ©2019 FM Global. All rights reserved

POLICY-003
Case ID: 210900124



**Account No.  1-56307**
**Policy No.  1056619**

# TABLE OF CONTENTS
## (Order In Which They Appear)

**Page No.**

W.   PATIENT'S PERSONAL PROPERTY ........................................................30
X.   PRIZES AND GIVEAWAYS.....................................................................31
Y.   PROTECTION AND PRESERVATION OF PROPERTY ..............................31
Z.   SERVICE INTERRUPTION PROPERTY DAMAGE ....................................31
AA.  TEMPORARY REMOVAL OF PROPERTY ................................................32
BB.  TERRORISM.........................................................................................33
CC.  TRANSPORTATION ..............................................................................33
DD.  VALUABLE PAPERS AND RECORDS......................................................36

**TIME ELEMENT**

1.   LOSS INSURED .............................................................................................37
2.   TIME ELEMENT COVERAGES .......................................................................38
     A.   INSURED OPTION.................................................................................38
     B.   GROSS EARNINGS...............................................................................38
     C.   GROSS PROFIT ....................................................................................39
     D.   EXTRA EXPENSE.................................................................................41
     E.   LEASEHOLD INTEREST .......................................................................42
     F.   RENTAL INSURANCE ...........................................................................42
3.   PERIOD OF LIABILITY ................................................................................43
4.   TIME ELEMENT EXCLUSIONS .....................................................................45
5.   TIME ELEMENT COVERAGE EXTENSIONS..................................................46
     CYBER TIME ELEMENT COVERAGE EXTENSIONS ....................................46
     A.   DATA SERVICE PROVIDER TIME ELEMENT .......................................46
     B.   OWNED NETWORK INTERRUPTION.....................................................47
     SUPPLY CHAIN TIME ELEMENT COVERAGE EXTENSIONS ......................48
     A.   CIVIL OR MILITARY AUTHORITY .......................................................48
     B.   CONTINGENT TIME ELEMENT EXTENDED ..........................................49
     C.   INGRESS/EGRESS ...............................................................................49
     D.   LOGISTICS EXTRA COST ....................................................................50
     E.   SERVICE INTERRUPTION TIME ELEMENT ..........................................51
     ADDITIONAL TIME ELEMENT COVERAGE EXTENSIONS .........................53
     A.   ATTRACTION PROPERTY ....................................................................53
     B.   CRISIS MANAGEMENT.........................................................................53
     C.   DELAY IN STARTUP ............................................................................54
     D.   EXTENDED PERIOD OF LIABILITY .....................................................54
     E.   INTERRUPTION BY COMMUNICABLE DISEASE ...................................55
     F.   ON PREMISES SERVICES .....................................................................55
     G.   PROTECTION AND PRESERVATION OF PROPERTY TIME ELEMENT.....56
     H.   RELATED REPORTED VALUES .............................................................56
     I.   RESEARCH AND DEVELOPMENT ..........................................................56
     J.   SOFT COSTS ........................................................................................57

**LOSS ADJUSTMENT AND SETTLEMENT**

1.   REQUIREMENTS IN CASE OF LOSS ..............................................................58
2.   CURRENCY FOR LOSS PAYMENT.................................................................59
3.   PARTIAL PAYMENT OF LOSS SETTLEMENT.................................................59
4.   COLLECTION FROM OTHERS ......................................................................59
5.   SUBROGATION...........................................................................................59
6.   COMPANY OPTION......................................................................................59

Case ID: 210900124
POLICY-000



**Account No.   1-56307**
**Policy No.   1056619**

## TABLE OF CONTENTS
### (Order In Which They Appear)                        Page No.

7.     ABANDONMENT ...........................................................................................................59
8.     APPRAISAL ...................................................................................................................59
9.     SUIT AGAINST THE COMPANY ...............................................................................60
10.    SETTLEMENT OF CLAIMS .......................................................................................60

**GENERAL PROVISIONS**

1.     CANCELLATION/NON-RENEWAL .........................................................................62
2.     INSPECTIONS...............................................................................................................62
3.     PROVISIONS APPLICABLE TO SPECIFIC JURISDICTIONS ..................................62
4.     LIBERALIZATION .......................................................................................................64
5.     MISREPRESENTATION AND FRAUD .......................................................................64
6.     LENDERS LOSS PAYEE AND MORTGAGEE INTERESTS AND OBLIGATIONS................65
7.     OTHER INSURANCE ...................................................................................................66
8.     POLICY MODIFICATION............................................................................................67
9.     REDUCTION BY LOSS ...............................................................................................68
10.    SUSPENSION ...............................................................................................................68
11.    TITLES...........................................................................................................................68
12.    ASSIGNMENT ..............................................................................................................68
13.    DEFINITIONS ...............................................................................................................68
SCHEDULE OF LOCATIONS ............................................................................... APPENDIX A
WIND AREAS........................................................................................................... APPENDIX B
SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT, Form
FMG7308
RISK IMPROVEMENT COVERAGE ENDORSEMENT, Form FMG7332
CYBER OPTIMAL RECOVERY ENDORSEMENT, Form FMG7588

POLICY-007
**Case ID: 210900124**



**Account No.   1-56307**
**Policy No.   1056619**

# DECLARATIONS

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as described in this Policy.

## 1.   NAMED INSURED AND MAILING ADDRESS

The Trustees of the University of Pennsylvania and any subsidiary, and The Trustees of the University of Pennsylvania interest in any partnership or joint venture in which The Trustees of the University of Pennsylvania has management control or ownership as now constituted or hereafter is acquired, as the respective interest of each may appear; all hereafter referred to as the "Insured," including legal representatives.

2929 Walnut Street, Suite 460
Philadelphia, PA 19104-5099

## 2.   POLICY DATES

The term of this Policy is:

FROM: 01 July 2019 at 12:01 a.m., Standard Time;
TO:      01 July 2020 at 12:01 a.m., Standard Time,

at the **location** of property involved as provided in this Policy.

## 3.   INSURANCE PROVIDED

The coverage under this Policy applies to property described on the Schedule of Locations or covered under the terms and conditions of the AUTOMATIC COVERAGE, ERRORS AND OMISSIONS or MISCELLANEOUS PROPERTY provisions, unless otherwise provided.

Schedule of Locations are as listed on the Schedule of Locations attached to this Policy.

## 4.   PREMIUM

This Policy is issued in consideration of an initial premium.

## 5.   PREMIUM PAYABLE

Marsh USA, Inc. pays the premium under this Policy, and any return of the paid premium accruing under this Policy will be paid to the account of Marsh USA, Inc.

## 6.   LOSS ADJUSTMENT/PAYABLE

Loss, if any, will be adjusted with and payable to The Trustees of the University of Pennsylvania, or as may be directed by The Trustees of the University of Pennsylvania.

Additional insured interests will also be included in loss payment as their interests may appear when named as additional named insured, lender, mortgagee and/or loss payee either on a Certificate of Insurance or other evidence of insurance on file with the Company or named below.

POLICY-008          Case ID: 210900124



When named on a Certificate of Insurance or other evidence of insurance, such additional interests are automatically added to this Policy as their interests may appear as of the effective date shown on the Certificate of Insurance or other evidence of insurance. The Certificate of Insurance or other evidence of insurance will not amend, extend or alter the terms, conditions, provisions and limits of this Policy.

## 7. TERRITORY

Coverage as provided under this Policy applies in Canada, the United States of America, the Commonwealth of Puerto Rico, Botswana and the People's Republic of China.

As respects MISCELLANEOUS PROPERTY, coverage as provided under this Policy applies worldwide except does not apply in:

Afghanistan; Albania; Algeria; Angola; Armenia; Azerbaijan; Bangladesh; Belarus; Belize; Benin; Bhutan; Bolivia; Bosnia and Herzegovina; Burkina Faso; Burundi; Cambodia; Cameroon; Central African Republic; Chad; Cote D'Ivoire; Cuba; Democratic Republic of the Congo; Djibouti; Egypt; Equatorial Guinea; Eritrea; Ethiopia; Fiji; Gabon; Gambia; Georgia; Ghana; Grenada; Guinea; Guinea-Bissau; Guatemala; Guyana; Haiti; Honduras; Jammu and Kashmir in India; Iran; Iraq; Israel; Gaza Strip, West Bank and territories north of Latitude 32.80 N in Israel; Kenya; Laos; Lebanon; Lesotho; Liberia; Libya; Madagascar; Malawi; Mali; Mauritania; Mauritius; Moldova; Mongolia; Montenegro; Montserrat; Mozambique; Myanmar; Namibia; Nepal; Niger; Nigeria; North Korea; Pakistan; Papua New Guinea; Aksai Chin and Trans-Karakoram Tract in People's Republic of China; Republic of the Congo; Chechen Republic of the Russian Federation; Rwanda; Senegal; Seychelles; Sierra Leone; Somalia; Sri Lanka; South Sudan; Sudan; Swaziland; Syria; Tajikistan; Tanzania; Timor-Leste; Togo; Tunisia; Agri, Batman, Bingol, Bitlis, Diyarbakir, Elazig, Hakkari, Igdir, Mardin, Mus, Sanliurfa, Siirt, Sirnak and Van in Turkey; Turkmenistan; Uganda; Ukraine; Crimea Region of Ukraine; Uzbekistan; Venezuela; Yemen; Zambia; and Zimbabwe.

## 8. JURISDICTION

This Policy will be governed by the laws of the United States of America.

Any disputes arising hereunder will be exclusively subject to the jurisdiction of the United States of America.

## 9. CURRENCY

All amounts, including deductibles, premiums and limits of liability, indicated in this Policy shall be in the currency represented by the three letter currency designation shown. This three letter currency designator is defined in Table A.1-Currency and funds code list, International Organization for Standardization (ISO) 4217, edition in effect at the inception of this Policy.

## 10. LIMITS OF LIABILITY

The Company's maximum limit of liability in an **occurrence**, including any insured TIME ELEMENT loss, will not exceed the Policy limit of liability of USD 2,250,000,000 subject to the following provisions:

A. Limits of liability and time limits stated below or elsewhere in this Policy are part of, and not in addition to, the Policy limit of liability.

B. Limits of liability apply per **occurrence**, unless otherwise stated.

POLICY-009

Case ID: 210900124



Account No. 1-56307
Policy No. 1056619

C.  Limits of liability in an **occurrence** apply to the total loss or damage at all **locations** and for all coverages involved, including any insured TIME ELEMENT loss, subject to the following provisions:

1)  when a limit of liability applies as an **annual aggregate**, the Company's maximum amount payable will not exceed such limit of liability during any policy year.

2)  when a limit of liability applies to a **location** or other specified property, such limit of liability will be the maximum amount payable for all loss or damage at all **locations** arising from physical loss or damage at such **location** or to such other specified property.

D.  Should an **occurrence** result in liability payable under more than one policy issued to the Named Insured by the Company, or its **representative company(ies)**, the maximum amount payable in the aggregate under all such policies will be the applicable limit(s) of liability indicated in this Policy.

Applicable Limits of Liability/Time Limits:

| | |
|---|---|
| property located in Botswana | USD 1,000,000 |
| property located in the People's Republic of China | USD 2,222,000 |
| For locations where TIME ELEMENT values have not been reported by building excluding Penn Medicine and the University of Pennsylvania Health Systems **locations** per the schedule on file with the Company | USD 500,000,000 for TIME ELEMENT loss |
| ANIMALS | USD 10,000,000, not to exceed USD 5,000,000 for overhead, laboratory, research and experimentation costs, not to exceed USD 50,000 per animal |
| ATTRACTION PROPERTY | 30 days |
| AUTOMATIC COVERAGE | 90 days, not to exceed USD 50,000,000 per **location** |
| CIVIL OR MILITARY AUTHORITY | 30 days |
| CLAIMS PREPARATION COSTS | USD 500,000 |
| COMMUNICABLE DISEASE RESPONSE | USD 1,000,000 **annual aggregate** <br><br> The Company's maximum limit of liability for INTERRUPTION BY COMMUNICABLE DISEASE and this coverage combined shall not exceed USD 1,000,000 **annual aggregate**. |

Case ID: 210900124
POLICY-016



Account No.  1-56307
Policy No.  1056619

| | |
|---|---|
| CONTINGENT TIME ELEMENT EXTENDED | USD 25,000,000 |
| CRISIS MANAGEMENT | 30 days |
| **cyber event** | 1.  USD 1,000,000 **annual aggregate** for DATA RESTORATION and OWNED NETWORK INTERRUPTION combined<br><br>2.  USD 1,000,000 **annual aggregate** for DATA SERVICE PROVIDER PROPERTY DAMAGE and DATA SERVICE PROVIDER TIME ELEMENT combined<br><br>3.  USD 25,000,000 **annual aggregate** for physical loss or damage to stock in process or finished goods manufactured by or for the Insured caused by or resulting from a **cyber event** that impacts the processing, manufacturing, or testing of such property or while it is otherwise being worked on |
| DATA RESTORATION | USD 10,000,000 **annual aggregate** |
| DATA SERVICE PROVIDER PROPERTY DAMAGE and DATA SERVICE PROVIDER TIME ELEMENT combined | USD 5,000,000 **annual aggregate** |
| **earth movement** | USD 250,000,000 **annual aggregate,** not to exceed USD 6,000,000 **annual aggregate** for property located in California |
| EMERGENCY VACATING EXPENSE | USD 2,500,000 |
| ERRORS AND OMISSIONS | USD 50,000,000 |
| EXPEDITING COSTS and EXTRA EXPENSE combined | USD 50,000,000 |
| EXTENDED PERIOD OF LIABILITY | 365 days |
| fines or penalties for breach of contract or for late or noncompletion of orders combined | USD 100,000 |
| **flood** | USD 250,000,000, not to exceed the following:<br><br>1)  USD 1,000,000 for Location No. 1, ID No. 0049 as described on the Schedule of Locations |

Case ID: 210900124



**Account No.  1-56307**
**Policy No.  1056619**

| | |
|---|---|
| | 2)  USD 25,000,000 for Location No. 46, Location No. 1, ID No. 0039 and 0040; Location No. 35 for the two lane entrace for approximately 500ft of roadway and Location No. 163 as described on the Schedule of Locations |
| GROSS PROFIT | 12 months |
| **historic buildings** | 125% of the last reported building value |
| INGRESS/EGRESS | 30 days |
| INTERRUPTION BY COMMUNICABLE DISEASE | 365 days, not to exceed USD 1,000,000 **annual aggregate**<br><br>The Company's maximum limit of liability for COMMUNICABLE DISEASE RESPONSE and this coverage combined shall not exceed USD 1,000,000 **annual aggregate**. |
| LAND AND WATER CONTAMINANT CLEANUP, REMOVAL AND DISPOSAL | USD 250,000 **annual aggregate** |
| landscape gardening | USD 2,500,000 except USD 10,000,000 for Location No. 35 as described on the Schedule of Locations |
| LEASEHOLD INTEREST | USD 50,000,000 |
| LOGISTICS EXTRA COST | 180 days, not to exceed 200% of the **normal cost** |
| MISCELLANEOUS PROPERTY | 1.  USD 50,000,000 per **location**, not to exceed  USD 2,500,000 per **location** for property located outside the United States of America, Canada and The Commonwealth of Puerto Rico for property at a **location**<br><br>2.  USD 12,500,000, not to exceed  USD 2,500,000 for property located outside the United States of America, Canada and The Commonwealth of Puerto Rico for property not at a **location** |
| PATIENT AND TENANT RELOCATION EXPENSE | USD 2,500,000 |
| PATIENT'S PERSONAL PROPERTY | USD 2,500,000 |
| PRIZES AND GIVEAWAYS | USD 500,000 |

Advantage - TE Select - US North America - 2016 (2019 update) ©2019 FM Global. All rights reserved

POLICY-012                                              Case ID: 210900124



**Account No.   1-56307**
**Policy No.   1056619**

| | |
|---|---|
| racing shells, support launches and sailing dinghies | USD 2,500,000, not to exceed USD 500,000 while on water |
| RESEARCH AND DEVELOPMENT | USD 50,000,000 |
| SERVICE INTERRUPTION PROPERTY DAMAGE and SERVICE INTERRUPTION TIME ELEMENT combined | USD 50,000,000 |
| TERRORISM | USD 5,000,000 **annual aggregate**, not to exceed the following:<br><br>1. USD 5,000,000 **annual aggregate** for AUTOMATIC COVERAGE, ERRORS AND OMISSIONS, MISCELLANEOUS PROPERTY and TEMPORARY REMOVAL OF PROPERTY combined<br><br>2. USD 5,000,000 **annual aggregate** for **flood** when caused by or resulting from **terrorism**<br><br>The limits for TERRORISM shall not include the **actual cash value** portion of fire damage caused by **terrorism**.<br><br>The limits for TERRORISM do not apply to the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT(S). |
| **valuable papers and records** | USD 100,000,000, not to exceed USD 50,000 per item for **irreplaceable valuable papers and records** not on a schedule on file with the Company |

## 11.   DEDUCTIBLES

Subject to the deductible general provisions stated below, in each case of loss covered by this Policy the following deductibles apply per **occurrence**, for all coverages involved, unless otherwise stated:

| | |
|---|---|
| property located in Botswana | USD 25,000 |
| Penn Medicine and the University of Pennsylvania Health System **locations** | USD 250,000 |
| **cyber event** | USD 250,000 for DATA RESTORATION and OWNED NETWORK INTERRUPTION |
| DATA SERVICE PROVIDER PROPERTY DAMAGE and DATA | USD 250,000 |

Case ID: 210900124



Account No.   1-56307
Policy No.   1056619

| SERVICE PROVIDER TIME ELEMENT | |
|---|---|
| earthquake | For property located in California:<br><br>Property Damage: 5%, per **location**<br><br>Time Element: 5%, per **location**<br><br>The above are subject to a minimum of USD 500,000 for Property Damage and Time Element combined per **location**. |
| **flood** | For Location No. 46, Location No. 1, ID No. 0039 and 0040, Location No. 35 for the two lane entrace for approximately 500ft of roadway and Location No. 163 as described on the Schedule of Locations:<br><br>Property Damage: USD 500,000, per **location**, subject to the National Flood Insurance Program provision in the OTHER INSURANCE clause of this Policy<br><br>Time Element: USD 500,000, per **location.** |
| LOGISTICS EXTRA COST | USD 500,000 |
| **wind** | For **wind** loss associated with or occurring in conjunction with a storm or weather disturbance identified by name by any meteorological authority, whether or not named prior to the loss:<br><br>For **locations** described on Wind Areas, Appendix B:<br><br>Property Damage: 1% per building, per **location**<br><br>Time Element: 1% per building, per **location**<br><br>The above are subject to a minimum of USD 500,000 for Property Damage and Time Element combined |
| All Other Loss | USD 500,000 |

Deductible General Provisions:

In each case of loss covered by this Policy, the Company will be liable only if the Insured sustains a loss, including any insured TIME ELEMENT loss, in a single **occurrence** greater than the applicable deductible specified above, and only for its share of that greater amount.

A.    For SERVICE INTERRUPTION loss, when a deductible is not specifically stated as applying to SERVICE INTERRUPTION, the deductible applied to the SERVICE

Advantage - TE Select - US North America - 2016 (2019 update) ©2019 FM Global. All rights reserved

POLICY-012          Case ID: 210900124



Account No.   1-56307
Policy No.   1056619

INTERRUPTION loss will be the deductible that would apply if the cause of the interruption happened at the insured **location** that sustains the interruption of the specified services.

B.  For CONTINGENT TIME ELEMENT EXTENDED loss, when a deductible is not specifically stated as applying to CONTINGENT TIME ELEMENT EXTENDED, the deductible for CONTINGENT TIME ELEMENT EXTENDED loss will be determined as though the **contingent time element location** was an insured **location** under this Policy.

C.  The stated earthquake deductible will be applied to earthquake loss.  The stated **flood** deductible will be applied to **flood** loss.  The stated **wind** deductible will be applied to **wind** loss.  The provisions of item E below will also be applied to each.

D.  When this Policy insures more than one **location**, the deductible will apply against the total loss covered by this Policy in an **occurrence** except that a deductible that applies on a per **location** basis, if specified, will apply separately to each **location** where the physical damage happened regardless of the number of **locations** involved in the **occurrence**.

E.  Unless stated otherwise, if two or more deductibles apply to an **occurrence**, the total to be deducted will not exceed the largest deductible applicable.  For the purposes of this provision, when a separate Property Damage and a separate Time Element deductible apply, the sum of the two deductibles will be considered a single deductible.  If two or more deductibles apply on a per **location** basis in an **occurrence**, the largest deductible applying to each **location** will be applied separately to each such **location**.

F.  When a % deductible is stated above, whether separately or combined, the deductible is calculated as follows:

Property Damage – % of the value, per the Valuation clause(s) of the PROPERTY DAMAGE section, of the property insured at the **location** where the physical damage happened.

Time Element – % of the full Time Element values that would have been earned in the 12 month period following the **occurrence** by use of the facilities at the **location** where the physical damage happened, plus that proportion of the full Time Element values at all other **locations** where TIME ELEMENT loss ensues that was directly affected by use of such facilities and that would have been earned in the 12 month period following the **occurrence**.

G.  For insured physical loss or damage:

1)  to insured fire protection equipment; or

2)  from water or other substance discharged from fire protection equipment of the type insured,

the applicable deductible applying to items 1 or 2 above only will be reduced by fifty percent (50%), per **occurrence**.  However, this provision will not apply to loss or damage resulting from fire or **earth movement** regardless of whether claim is made for such fire or **earth movement**.

POLICY 013

Case ID: 210900124



## PROPERTY DAMAGE

## 1.   INSURED PROPERTY

This Policy insures the following property, unless otherwise excluded elsewhere in this Policy, as described in the INSURANCE PROVIDED provision or within 1,000 feet/300 metres thereof, to the extent of the interest of the Insured in such property:

A.   Real Property, including new buildings and additions under construction, in which the Insured has an insurable interest.

B.   Personal Property:

    1)   owned by the Insured.

    2)   consisting of the Insured's interest as a tenant in improvements and betterments.  In the event of physical loss or damage, the Company agrees to accept and consider the Insured as sole and unconditional owner of improvements and betterments, notwithstanding any contract or lease to the contrary.

    3)   of officers and employees of the Insured.

    4)   of others in the Insured's custody to the extent the Insured is under obligation to keep insured for physical loss or damage insured by this Policy.

    5)   of others in the Insured's custody to the extent of the Insured's legal liability for insured physical loss or damage to Personal Property.  The Company will defend that portion of any suit against the Insured that alleges such liability and seeks damages for such insured physical loss or damage.  The Company may, without prejudice, investigate, negotiate and settle any claim or suit as the Company deems expedient.

This Policy also insures the interest of contractors and subcontractors in insured property during construction at an insured **location** or within 1,000 feet/300 metres thereof, to the extent of the Insured's legal liability for insured physical loss or damage to such property.  Such interest of contractors and subcontractors is limited to the property for which they have been hired to perform work and such interest will not extend to any TIME ELEMENT coverage provided under this Policy.

## 2.   EXCLUDED PROPERTY

The following exclusions apply unless otherwise stated in this Policy:

This Policy excludes:

A.   accounts, bills, currency, deeds, evidences of debt or title, fine arts, rare books, money, notes or securities.

B.   precious metal in bullion form.

C.   land and any substance in or on land.  However, this exclusion does not apply to:

    1)   landscape gardening.

POLICY-018



Account No.  1-56307
Policy No.  1056619

    2)   car parks, parking lots, pavement, roadways, railways, transformer enclosures or walkways.

    3)   fill beneath car parks, parking lots, pavement, roadways, railways, transformer enclosures, walkways, or buildings and structures.

D.   water.  However, this exclusion does not apply to:

    1)   water that is contained within any enclosed tank, piping system or any other processing equipment.

E.   animals except as provided by the ANIMALS coverage of this Policy, standing timber or growing crops.

F.   watercraft or aircraft, except when unfueled and manufactured by the Insured or watercraft consisting of racing shells, support launches and sailing dinghies, or as provided by the PRIZES AND GIVEAWAYS coverage of this Policy.

G.   vehicles of officers or employees of the Insured or vehicles otherwise insured for physical loss or damage except as provided by the PRIZES AND GIVEAWAYS coverage of this Policy.

H.   underground mines or mine shafts or any property within such mine or shaft.

I.   dams or dikes.

J.   property in transit, except as otherwise provided by this Policy.

K.   property sold by the Insured under conditional sale, trust agreement, installment plan or other deferred payment plan after delivery to customers, except as provided by the INSTALLMENT OR DEFERRED PAYMENTS coverage of this Policy.

L.   electronic data, programs or software, except when incorporated into physical goods intended to be sold as:

    1)   finished goods manufactured by the Insured; or

    2)   other merchandise not manufactured by the Insured,

    or as otherwise provided by the DATA RESTORATION coverage of this Policy.

M.   personal property of students.

N.   property located at 2970 Market Street, 3000 Chestnut Street, Philadelphia, PA 19104.

O.   property located at 3900 Walnut Street, Philadelphia, PA 19104-3609, New College House West.

P.   property located at Penn Medicine Lancaster General Health locations.

Q.   property located at Penn Medicine Princeton Health locations.

Case ID: 210900124



R.   property located at 1 Convention Avenue, Philadelphia, PA 19104, Pavilion at the Hospital of University of Pennsylvania.

S.   property located at 701 East Marshall Street, West Chester, PA 19380-4412, Chester County Hospital Expansion project.

T.   property located at 145 King of Prussia Road, Radnor, PA 19087, Penn Medicine at Radnor

## 3.   EXCLUSIONS

In addition to the exclusions elsewhere in this Policy, the following exclusions apply unless otherwise stated:

A.   This Policy excludes:

  1)   indirect or remote loss or damage.

  2)   interruption of business, except to the extent provided by this Policy.

  3)   loss of market or loss of use.

  4)   loss or damage or deterioration arising from any delay.

  5)   mysterious disappearance, loss or shortage disclosed on taking inventory, or any unexplained loss.

  6)   loss from enforcement of any law or ordinance:

    a)   regulating the construction, repair, replacement, use or removal, including debris removal, of any property; or

    b)   requiring the demolition of any property, including the cost in removing its debris;

    except as provided by the DECONTAMINATION COSTS and LAW AND ORDINANCE coverages of this Policy.

  7)   loss resulting from the voluntary parting with title or possession of property if induced by any fraudulent act or by false pretence.

B.   This Policy excludes loss or damage directly or indirectly caused by or resulting from any of the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

  1)   nuclear reaction or nuclear radiation or radioactive contamination.  However:

    a)   if physical damage by fire or sprinkler leakage results, then only that resulting damage is insured; but not including any loss or damage due to nuclear reaction, radiation or radioactive contamination.

    b)   this Policy does insure physical damage directly caused by sudden and accidental radioactive contamination, including resultant radiation damage, from material used or stored or from processes conducted on the insured **location**, provided that on the date of loss, there is neither a nuclear reactor nor any new or used nuclear fuel on

Advantage - TE Select - US North America - 2016 (2019 update) ©2019 FM Global. All rights reserved
Case ID: 210900124



the insured **location**.  This coverage does not apply to any act, loss or damage excluded in item B2f of this EXCLUSIONS clause.

This exclusion B1 and the exceptions in B1a and B1b do not apply to any act, loss or damage which also comes within the terms of exclusion B2b of this EXCLUSIONS clause.

2)   a)   hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack by any:

(i)   government or sovereign power (de jure or de facto);

(ii)  military, naval or air force; or

(iii) agent or authority of any party specified in i or ii above.

b)   discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion or radioactive force, whether in time of peace or war and regardless of who commits the act.

c)   insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an event.

d)   seizure or destruction under quarantine or custom regulation, or confiscation by order of any governmental or public authority.

e)   risks of contraband, or illegal transportation or trade.

f)   **terrorism**, including action taken to prevent, defend against, respond to or retaliate against **terrorism** or suspected **terrorism**, except to the extent provided in the TERRORISM coverage of the Policy.  However, if direct loss or damage by fire results from any of these acts (unless committed by or on behalf of the Insured), then this Policy covers only to the extent of the **actual cash value** of the resulting direct loss or damage by fire to property insured.  This coverage exception for such resulting fire loss or damage does not apply to:

(i)   direct loss or damage by fire which results from any other applicable exclusion in the Policy, including the discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion or radioactive force, whether in time of peace or war and regardless of who commits the act.

(ii)  any coverage provided in the TIME ELEMENT section of this Policy or to any other coverages provided in this Policy.

Any act which satisfies the definition of **terrorism** shall not be considered to be vandalism, malicious mischief, riot, civil commotion, or any other risk of physical loss or damage covered elsewhere in this Policy.

If any act which satisfies the definition of **terrorism** also comes within the terms of item B2a of this EXCLUSIONS clause then item B2a applies in place of this item B2f exclusion.

POLICY-019



If any act which satisfies the definition of **terrorism** also comes within the terms of item B2b of this EXCLUSIONS clause then item B2b applies in place of this item B2f exclusion.

If any act which satisfies the definition of **terrorism** also comes within the terms of item B2c of this EXCLUSIONS clause then item B2c applies in place of this item B2f exclusion.

If any act excluded herein involves nuclear reaction, nuclear radiation or radioactive contamination, this item B2f exclusion applies in place of item B1 of this EXCLUSIONS clause.

3)  any dishonest act, including but not limited to theft, committed alone or in collusion with others, at any time:

   a)  by an Insured or any proprietor, partner, director, trustee, officer, or employee of an Insured; or

   b)  by any proprietor, partner, director, trustee, or officer of any business or entity (other than a common carrier) engaged by an Insured to do anything in connection with property insured under this Policy.

   This Policy does insure acts of direct insured physical damage intentionally caused by an employee of an Insured or any individual specified in b above, and done without the knowledge of the Insured.  This coverage does not apply to any act excluded in B2f of this EXCLUSIONS clause.  In no event does this Policy cover loss by theft by any individual specified in a or b above.

4)  lack of the following services:

   a)  incoming electricity, fuel, water, gas, steam or refrigerant;

   b)  outgoing sewerage;

   c)  incoming or outgoing voice, data or video,

   all when caused by an event off the insured **location**, except as provided in the DATA SERVICE PROVIDER and SERVICE INTERRUPTION coverages of this Policy.  But, if the lack of such a service directly causes insured physical damage on the insured **location**, then only that resulting damage is insured.

C.  This Policy excludes the following, but, if physical damage not excluded by this Policy results, then only that resulting damage is insured:

1)  faulty workmanship, material, construction or design from any cause.

2)  loss or damage to stock or material attributable to manufacturing or processing operations while such stock or material is being processed, manufactured, tested, or otherwise worked on.

3)  deterioration, depletion, rust, corrosion or erosion, wear and tear, inherent vice or latent defect.

POLICY-020

Case ID: 210900124



Account No.   1-56307
Policy No.   1056619

4)   settling, cracking, shrinking, bulging, or expansion of:

   a)   foundations (including any pedestal, pad, platform or other property supporting machinery).

   b)   floors.

   c)   pavements.

   d)   walls.

   e)   ceilings.

   f)   roofs.

5)   a)   changes of temperature damage (except to machinery or equipment); or

   b)   changes in relative humidity damage,

   all whether atmospheric or not.

6)   insect, animal or vermin damage.

7)   loss or damage to the interior portion of buildings under construction from rain, sleet or snow, whether or not driven by wind, when the installation of the roof, walls or windows of such buildings has not been completed.

D.   This Policy excludes the following unless directly resulting from other physical damage not excluded by this Policy:

1)   **contamination**, and any cost due to **contamination** including the inability to use or occupy property or any cost of making property safe or suitable for use or occupancy.  If **contamination** due only to the actual not suspected presence of **contaminant(s)** directly results from other physical damage not excluded by this Policy, then only physical damage caused by such **contamination** may be insured.  This exclusion D1 does not apply to radioactive contamination which is excluded elsewhere in this Policy.

2)   shrinkage.

3)   changes in color, flavor, texture or finish.

4)   loss, damage, death or disease of plants, trees or shrubs caused by or resulting from experiments, research projects or natural causes.

## 4.   APPLICATION OF POLICY TO DATE OR TIME RECOGNITION

With respect to situations caused by any **date or time recognition** problem by **electronic data processing equipment or media** (such as the so-called Year 2000 problem), this Policy applies as follows.

A.   This Policy does not pay for remediation, change, correction, repair or assessment of any **date or time recognition** problem, including the Year 2000 problem, in any **electronic data processing equipment or media**, whether preventative or remedial, and whether before or

Case ID: 210900124
POLICY-027



after a loss, including temporary protection and preservation of property.  This Policy does not pay for any TIME ELEMENT loss resulting from the foregoing remediation, change, correction, repair or assessment.

B.   Failure of **electronic data processing equipment or media** to correctly recognize, interpret, calculate, compare, differentiate, sequence, access or process data involving one or more dates or times, including the Year 2000, is not insured physical loss or damage.  This Policy does not pay for any such incident or for any TIME ELEMENT loss resulting from any such incident.

Subject to all of its terms and conditions, this Policy does pay for physical loss or damage not excluded by this Policy that results from a failure of **electronic data processing equipment or media** to correctly recognize, interpret, calculate, compare, differentiate, sequence, access or process data involving one or more dates or times, including the Year 2000.  Such covered resulting physical loss or damage does not include any loss, cost or expense described in A or B above.  If such covered resulting physical loss or damage happens, and if this Policy provides TIME ELEMENT coverage, then, subject to all of its terms and conditions, this Policy also covers any insured Time Element loss directly resulting therefrom.

## 5.   VALUATION

Adjustment of the physical loss amount under this Policy will be computed as of the date of loss at the place of the loss, and for no more than the interest of the Insured.

Unless stated otherwise in an Additional Coverage, adjustment of physical loss to property will be subject to the following:

A.   On stock in process, the value of raw materials and labor expended plus the proper proportion of overhead charges.

B.   On finished goods manufactured for the Insured, the regular cash selling price, less all discounts and charges to which the finished goods would have been subject had no loss happened.

C.   On raw materials, supplies or other merchandise not manufactured by the Insured:

1)   if repaired or replaced, the actual expenditure incurred in repairing or replacing the damaged or destroyed property; or

2)   if not repaired or replaced, the **actual cash value**.

D.   On exposed films, records, manuscripts and drawings that are not **valuable papers and records**, the value blank plus the cost of copying information from back-up or from originals of a previous generation.  These costs will not include research, engineering or any costs of restoring or recreating lost information.

E.   On property that is damaged by fire and such fire is the result of **terrorism**, the **actual cash value** of the fire damage loss.  Any remaining fire damage loss shall be adjusted according to the terms and conditions of the Valuation clause(s) in this section of the Policy and shall be subject to the limit(s) of liability for TERRORISM, and if stated the limit of liability for SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT(S), as shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section.

POLICY-022   Case ID: 210900124



F.   On books, pre-recorded audio or video tapes, records or laser discs, microforms, periodicals, music scores, pamphlets, slides, maps, photographs and charts, the cost of repairing or replacing such property with like kind or quality including the costs of acquisition, processing and cataloging.

G.   On plants, trees and shrubs reported in the statement(s) of values, the value determined by the "Replacement Cost" or "Trunk Formula Method" described in the Guide for Plant Appraisal, 2000 edition, and/or the most recent edition available, of the International Society of Arboriculture (I.S.A.) and supplemented by relevant regional I.S.A. chapter species rating and valuation guides.  On all other plants, trees and shrubs, the value of the largest commercially available nursery stock, or seeds but not to exceed the cost to repair or replace such property with material of like kind or quality.

H.   On all other property, the lesser of the following:

   1)   The cost to repair.

   2)   The cost to rebuild or replace on the same site with new materials of like size, kind and quality.

   3)   The cost in rebuilding, repairing or replacing on the same or another site, but not to exceed the size and operating capacity that existed on the date of loss.

   4)   The selling price of real property or machinery and equipment, other than stock, offered for sale on the date of loss.

   5)   The cost to replace unrepairable electrical or mechanical equipment, including computer equipment, with equipment that is the most functionally equivalent to that damaged or destroyed, even if such equipment has technological advantages and/or represents an improvement in function and/or forms part of a program of system enhancement.

   6)   The increased cost of demolition, if any, directly resulting from insured loss, if such property is scheduled for demolition.

   7)   The unamortized value of improvements and betterments, if such property is not repaired or replaced at the Insured's expense.

   8)   The **actual cash value** if such property is:

      a)   useless to the Insured; or

      b)   not repaired, replaced or rebuilt on the same or another site within two years from the date of loss, unless such time is extended by the Company.

The Insured may elect not to repair or replace the insured real or personal property lost, damaged or destroyed.  Loss settlement may be elected on the lesser of repair or replacement cost basis if the proceeds of such loss settlement are expended on other capital expenditures related to the Insured's operations within two years from the date of loss.  As a condition of collecting under this item, such expenditure must be unplanned as of the date of loss and be made at an insured **location** under this Policy.  This item does not extend to LAW AND ORDINANCE.

POLICY-023



## 6. ADDITIONAL COVERAGES

This Policy includes the following Additional Coverages for insured physical loss or damage.

These Additional Coverages:

1) are subject to the applicable limit of liability;

2) will not increase the Policy limit of liability; and

3) are subject to the Policy provisions, including applicable exclusions and deductibles,

all as shown in this section and elsewhere in this Policy.

## CYBER ADDITIONAL COVERAGES

## A. DATA RESTORATION

This Policy covers insured **physical loss or damage to electronic data, programs or software**.

With respect to **physical loss or damage to electronic data, programs or software** caused by or resulting from a **cyber event**, this Additional Coverage will apply when the time to recreate or restore such data, programs or software with due diligence and dispatch is in excess of 48 hours.

For the purposes of this Additional Coverage, insured data, programs or software can be anywhere worldwide, including while in transit, except in Cuba, Iran, North Korea, Sudan, Syria or Crimea Region of Ukraine.

This Additional Coverage also covers:

1) the cost of the following reasonable and necessary actions taken by the Insured provided such actions are taken due to actual insured **physical loss or damage to electronic data, programs or software**:

   a) actions to temporarily protect and preserve insured electronic data, programs or software.

   b) actions taken for the temporary repair of insured **physical loss or damage to electronic data, programs or software**.

   c) actions taken to expedite the permanent repair or replacement of such damaged property.

2) the reasonable and necessary costs incurred by the Insured to temporarily protect or preserve insured electronic data, programs or software against immediately impending insured **physical loss or damage to electronic data, programs or software**. In the event that there is no physical loss or damage, the costs covered under this item will be subject to the deductible that would have applied had there been such physical loss or damage.

POLICY-024 Case ID: 210900124



Costs recoverable under this Additional Coverage are excluded from coverage elsewhere in this Policy.

This Additional Coverage excludes loss or damage to data, programs or software when incorporated into physical goods intended to be sold as:

1)  finished goods manufactured by the Insured; or

2)  other merchandise not manufactured by the Insured.

DATA RESTORATION Exclusions: As respects DATA RESTORATION, the following applies:

1)  the exclusions in the EXCLUSIONS clause of this section do not apply except for A1, A2, A6, B1, B2, B3a and B4.

2)  the following additional exclusions apply:

    This Policy excludes the following, but, if physical damage not excluded by this Policy results, then only that resulting damage is insured:

    a)  errors or omissions in processing or copying.

    b)  loss or damage to data, programs or software from errors or omissions in programming or machine instructions.

    c)  deterioration, inherent vice, vermin or wear and tear.

DATA RESTORATION Valuation: On property covered under this Additional Coverage the loss amount will not exceed:

1)  the cost to repair, replace or restore data, programs or software including the costs to recreate, research and engineer;

2)  if not repaired, replaced or restored within two years from the date of loss, the blank value of the media.

## B.   DATA SERVICE PROVIDER PROPERTY DAMAGE

This Policy covers insured physical loss or damage to insured property at an insured **location** when such physical loss or damage results from the interruption of **off-premises data processing or data transmission services** by reason of any accidental event at the facilities of the provider of such services that immediately prevents in whole or in part the delivery of such provided services.

For the purposes of this Additional Coverage:

1)  facilities of the provider of **off-premises data processing or data transmission services** can be located worldwide except in Cuba, Iran, North Korea, Sudan, Syria or Crimea Region of Ukraine, and

2)  an accidental event to satellites will be considered an accidental event at the facilities of the provider.

Advantage - TE Select - US North America - 2016 (2019 update) ©2019 FM Global. All rights reserved

POLICY-025          Case ID: 210900124



This Additional Coverage will apply when the period of interruption of **off-premises data processing or data transmission services** as described below is in excess of 24 hours.

The period of interruption of **off-premises data processing or data transmission services** is the period starting with the time when an interruption of provided services happens; and ending when with due diligence and dispatch the service could be wholly restored.

Additional General Provisions:

1)  The Insured will immediately notify the company providing **off-premises data processing or data transmission services** of any interruption of such services.

2)  The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has entered into for such specified services.

DATA SERVICE PROVIDER PROPERTY DAMAGE Exclusions: As respects DATA SERVICE PROVIDER PROPERTY DAMAGE, the following applies:

1)  Items B4 and C5 of the EXCLUSIONS clause in this section do not apply except for B4 with respect to:

   a)  incoming electricity, fuel, water, gas, steam or refrigerant; and

   b)  outgoing sewerage.

2)  The following additional exclusions apply:

   This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

   a)  **earth movement** for property located in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

   b)  **terrorism**.

## OTHER ADDITIONAL COVERAGES

## A.    ACCIDENTAL INTERRUPTION OF SERVICES

This Policy covers physical damage resulting from changes in temperature or relative humidity to insured property at an insured **location** when such changes in temperature or relative humidity result from the interruption of services consisting of electricity, gas, fuel, steam, water or refrigeration by reason of any accidental event, other than insured physical loss or damage, at the insured **location**.

This Additional Coverage will apply when the period of service interruption as described below is in excess of 24 hours.

POLICY-026

Case ID: 210900124



The period of service interruption is the period starting with the time when an interruption of specified services happens; and ending when with due diligence and dispatch the service could be wholly restored.

## B.   ACCOUNTS RECEIVABLE

This Policy covers the following directly resulting from insured physical loss or damage to accounts receivable records while anywhere within this Policy's TERRITORY, including while in transit:

1)   any shortage in the collection of accounts receivable.

2)   the interest charges on any loan to offset such impaired collection pending repayment of such uncollectible sum.  Unearned interest and service charges on deferred payment accounts and normal credit losses on bad debts will be deducted in determining the amount recoverable.

3)   the reasonable and necessary cost incurred for material and time required to re-establish or reconstruct accounts receivable records excluding any costs covered by any other insurance.

4)   any other necessary and reasonable costs incurred to reduce the loss, to the extent the losses are reduced.

Accounts receivable records will include accounts receivable records stored as electronic data.

In the event of loss, the Insured will:

1)   use all reasonable efforts, including legal action, if necessary, to effect collection of outstanding accounts receivable.

2)   reduce loss by use of any suitable property or service:

   a)   owned or controlled by the Insured; or

   b)   obtainable from other sources.

3)   reconstruct, if possible, accounts receivable records so that no shortage is sustained.

The settlement of loss will be made within 90 days from the date of physical loss or damage. All amounts recovered by the Insured on outstanding accounts receivable on the date of loss will belong and be paid to the Company up to the amount of loss paid by the Company.  All recoveries exceeding the amount paid will belong to the Insured.

ACCOUNTS RECEIVABLE Exclusions: As respects ACCOUNTS RECEIVABLE, the following additional exclusions apply:

This Policy does not insure against shortage resulting from:

1)   bookkeeping, accounting or billing errors or omissions; or

2)   a)   alteration, falsification, manipulation; or

POLICY-027



    b)  concealment, destruction or disposal,

of accounts receivable records committed to conceal the wrongful giving, taking, obtaining or withholding of money, securities or other property; but only to the extent of such wrongful giving, taking, obtaining or withholding.

## C.   ANIMALS

This Policy covers insured physical loss or damage to animals.

ANIMALS Exclusions: As respects ANIMALS, the following additional exclusions apply:

This Policy excludes the following unless directly resulting from other physical damage not excluded by this Policy:

1)  death, destruction, or injury from natural causes.

2)  escape.

3)  sickness, disease, infection, infestation or illness.

4)  error or omission in processing and/or failure on the part of the Insured to provide nourishment, medicine or sanitary conditions.

5)  **contamination** of animals, food or medicine.

ANIMALS Valuation: On property covered under this Additional Coverage the loss amount will not exceed:

1)  the purchase price of commercially available laboratory animals, including overhead, laboratory, research and experimentation costs.

## D.   AUTOMATIC COVERAGE

This Policy covers insured physical loss or damage to insured property at any **location** purchased, leased, rented or otherwise acquired by the Insured after the inception date of this Policy.

This Additional Coverage applies:

1)  from the date of purchase, lease, rental or acquisition,

2)  until the first of the following:

    a)  the **location** is bound by the Company.

    b)  agreement is reached that the **location** will not be insured under this Policy.

    c)  the time limit shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section has been reached.  The time limit begins on the date that the University Risk Manager has received notification of the purchase, lease, rental acquisition or utilization of the property.

POLICY-028

Case ID: 210900124



### E.    BRANDS AND LABELS

If branded or labeled insured property is physically damaged and the Company elects to take all or any part of that property, the Insured may at the Company's expense:

1)   stamp "salvage" on the property or its containers; or

2)   remove or obliterate the brands or labels,

if doing so will not damage the property.

The Insured must relabel such property or its containers to be in compliance with any applicable law.

### F.    CLAIMS PREPARATION COSTS

This Policy covers the actual costs incurred by the Insured:

1)   of reasonable fees payable to the Insured's: accountants, architects, auditors, engineers, or other professionals; and

2)   the cost of using the Insured's employees,

for producing and certifying any particulars or details contained in the Insured's books or documents, or such other proofs, information or evidence required by the Company resulting from insured loss payable under this Policy for which the Company has accepted liability.

This Additional Coverage will not cover the fees and costs of:

1)   attorneys, public adjusters, and loss appraisers, all including any of their subsidiary, related or associated entities either partially or wholly owned by them or retained by them for the purpose of assisting them,

2)   loss consultants who provide consultation on coverage or negotiate claims.

This Additional Coverage is subject to the deductible that applies to the loss.

### G.    COMMUNICABLE DISEASE RESPONSE

If a **location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **location** is limited, restricted or prohibited by:

1)   an order of an authorized governmental agency regulating the actual not suspected presence of **communicable disease**; or

2)   a decision of an Officer of the Insured as a result of the actual not suspected presence of **communicable disease**,

this Policy covers the reasonable and necessary costs incurred by the Insured at such **location** with the actual not suspected presence of **communicable disease** for the:

Advantage - TE Select - US North America - 2016 (2019 update) ©2019 FM Global. All rights reserved

POLICY-029          Case ID: 210900124



1) cleanup, removal and disposal of the actual not suspected presence of **communicable diseases** from insured property; and

2) actual costs of fees payable to public relations services or actual costs of using the Insured's employees for reputation management resulting from the actual not suspected presence of **communicable diseases** on insured property.

This Additional Coverage will apply when access to such **location** is limited, restricted or prohibited in excess of 48 hours.

This Additional Coverage does not cover any costs incurred due to any law or ordinance with which the Insured was legally obligated to comply prior to the actual not suspected presence of **communicable disease**.

COMMUNICABLE DISEASE RESPONSE Exclusions: As respects COMMUNICABLE DISEASE RESPONSE, the following additional exclusion applies:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

1) **terrorism**.

## H.   CONSEQUENTIAL REDUCTION IN VALUE

This Policy covers the reduction in value of insured merchandise that is a part of pairs, sets, or components, directly resulting from insured physical loss or damage to other insured parts of pairs, sets or components of such merchandise.  If settlement is based on a constructive total loss, the Insured will surrender the undamaged parts of such merchandise to the Company.

## I.   CONTROL OF DAMAGED PROPERTY

This Policy gives control of physically damaged property consisting of finished goods manufactured by or for the Insured.

1) the Insured will have full rights to the possession and control of damaged property in the event of insured physical damage to such property provided proper testing is done to show which property is physically damaged.

2) the Insured using reasonable judgment will decide if the physically damaged property can be reprocessed or sold.

3) property so judged by the Insured to be unfit for reprocessing or selling will not be sold or disposed of except by the Insured, or with the Insured's consent.

4) any salvage proceeds received will go to the:

a) Company at the time of loss settlement; or

b) Insured if received prior to loss settlement and such proceeds will reduce the amount of loss payable accordingly.

POLICY 036
Case ID: 210900124



## J.   DEBRIS REMOVAL

This Policy covers the reasonable and necessary costs incurred to remove debris from an insured **location** that remains as a direct result of insured physical loss or damage.

This Additional Coverage does not cover the costs of removal of:

1)   contaminated uninsured property; or

2)   the **contaminant** in or on uninsured property,

whether or not the **contamination** results from insured physical loss or damage.  This Additional Coverage covers the costs of removal of contaminated insured property or the **contaminant** in or on insured property only if the **contamination**, due to the actual not suspected presence of **contaminant(s)**, of the debris resulted directly from other physical damage not excluded by the Policy.

## K.   DECONTAMINATION COSTS

If insured property is contaminated as a direct result of insured physical damage and there is in force at the time of the loss any law or ordinance regulating **contamination** due to the actual not suspected presence of **contaminant(s)**, then this Policy covers, as a direct result of enforcement of such law or ordinance, the increased cost of decontamination and/or removal of such contaminated insured property in a manner to satisfy such law or ordinance.  This Additional Coverage applies only to that part of insured property so contaminated due to the actual not suspected presence of **contaminant(s)** as a direct result of insured physical damage.

The Company is not liable for the costs required for removing contaminated uninsured property or the **contaminant** therein or thereon, whether or not the **contamination** results from an insured event.

## L.   EMERGENCY VACATING EXPENSE

As respects Penn Medicine and the University of Pennsylvania Health System only:

This Policy covers the reasonable and necessary costs incurred by the Insured for the emergency evacuation and subsequent return of patients, tenants and residents that are undergoing medical care, assistance or rehabilitation when:

1)   an authorized governmental agency; or

2)   an Officer of the Insured using reasonable discretion,

orders such evacuation from an insured **healthcare facility** as a direct result of immediately impending physical loss or damage of the type insured.

This Additional Coverage does not cover costs resulting from evacuation of any patient or tenant because of a medical condition(s).

This Additional Coverage is subject to the deductible provisions that would have applied had the physical loss or damage happened.

Advantage - TE Select - US North America - 2016 (2019 update) ©2019 FM Global. All rights reserved
POLICY-031
Case ID: 210900124



EMERGENCY VACATING EXPENSE Exclusion: As respects EMERGENCY VACATING EXPENSE, the following additional exclusion applies:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

1) **terrorism**.

## M.   ERRORS AND OMISSIONS

If physical loss or damage is not payable under this Policy solely due to an error or unintentional omission:

1) in the description of where insured property is physically located;

2) to include any **location**:

   a) owned, leased or rented by the Insured on the effective date of this Policy; or

   b) purchased, leased or rented by the Insured during the term of this Policy; or

3) that results in cancellation of the property insured under this Policy;

this Policy covers such physical loss or damage, to the extent it would have provided coverage had such error or unintentional omission not been made.

It is a condition of this Additional Coverage that any error or unintentional omission be reported by the Insured to the Company when discovered and corrected.

## N.   EXPEDITING COSTS

This Policy covers the reasonable and necessary costs incurred:

1) for the temporary repair of insured physical damage to insured property;

2) for the temporary replacement of insured equipment suffering insured physical damage; and

3) to expedite the permanent repair or replacement of such damaged property.

This Additional Coverage does not cover costs recoverable elsewhere in this Policy, including the cost of permanent repair or replacement of damaged property.

## O.   INSTALLMENT OR DEFERRED PAYMENTS

This Policy covers insured physical loss or damage to personal property of the type insured sold by the Insured under a conditional sale or trust agreement or any installment or deferred payment plan and after such property has been delivered to the buyer.  Coverage is limited to the unpaid balance for such property.

POLICY-032

Case ID: 210900124



Account No.   1-56307
Policy No.   1056619

In the event of loss to property sold under deferred payment plans, the Insured will use all reasonable efforts, including legal action, if necessary, to effect collection of outstanding amounts due or to regain possession of the property.

There is no liability under this Policy for loss:

1) pertaining to products recalled including, but not limited to, the costs to recall, test or to advertise such recall by the Insured.

2) from theft or conversion by the buyer of the property after the buyer has taken possession of such property.

3) to the extent the buyer continues payments.

4) not within the TERRITORY of this Policy.

INSTALLMENT OR DEFERRED PAYMENTS Valuation: On property covered under this Additional Coverage the loss amount will not exceed the lesser of the following:

1) total amount of unpaid installments less finance charges.

2) **actual cash value** of the property at the time of loss.

3) cost to repair or replace with material of like size, kind and quality.

## P.   LAND AND WATER CONTAMINANT CLEANUP, REMOVAL AND DISPOSAL

This Policy covers the reasonable and necessary cost for the cleanup, removal and disposal of the actual not suspected presence of **contaminant(s)** from uninsured property consisting of land, water or any other substance in or on land at the insured **location** if the release, discharge or dispersal of such **contaminant(s)** is a direct result of insured physical loss or damage to insured property.

This Policy does not cover the cost to cleanup, remove and dispose of **contamination** from such property:

1) at any **location** insured for Personal Property only.

2) at any property insured under AUTOMATIC COVERAGE, ERRORS AND OMISSIONS or MISCELLANEOUS PROPERTY coverage provided by this Policy.

3) when the Insured fails to give written notice of loss to the Company within 180 days after inception of the loss.

## Q.   LAW AND ORDINANCE

This Policy covers the costs as described herein resulting from the Insured's obligation to comply with a law or ordinance, provided that:

1) such law or ordinance is enforced as a direct result of insured physical loss or damage at an insured **location**;

POLICY-033

Case ID: 210900124



2) such law or ordinance is in force at the time of such loss or damage; and

3) such **location** was not required to be in compliance with such law or ordinance prior to the happening of the insured physical loss or damage.

Coverage A:

The reasonable and necessary costs incurred by the Insured to comply with the enforcement of the minimum requirements of any law or ordinance that regulates the demolition, construction, repair, replacement or use of buildings, structures, machinery or equipment.

As respects insured property, this Coverage A covers the reasonable and necessary costs to:

1) demolish any physically damaged and undamaged portions of the insured buildings, structures, machinery or equipment.

2) repair or rebuild the physically damaged and undamaged portions, whether or not demolition is required, of such insured buildings, structures, machinery or equipment.

The Company's maximum liability for this Coverage A at each insured **location** in any **occurrence** will not exceed the actual costs incurred in demolishing the physically damaged and undamaged portions of the insured property plus the lesser of:

1) the reasonable and necessary cost, excluding the cost of land, to rebuild on another site; or

2) the cost to rebuild on the same site.

Coverage B:

The reasonable estimated cost to repair, replace or rebuild insured property consisting of buildings, structures, machinery or equipment that the Insured is legally prohibited from repairing, replacing or rebuilding to the same height, floor area, number of units, configuration, occupancy or operating capacity, because of the enforcement of any law or ordinance that regulates the construction, repair, replacement or use of buildings, structures, machinery or equipment.

LAW AND ORDINANCE Coverage B Valuation: On property covered under this Coverage B that cannot legally be repaired or replaced**,** the loss amount will be the difference between:

1) the **actual cash value**; and

2) the cost that would have been incurred to repair, replace or rebuild such lost or damaged property had such law or ordinance not been enforced at the time of loss.

LAW AND ORDINANCE Exclusions: As respects LAW AND ORDINANCE, the following additional exclusions apply:

This Policy does not cover:

1) any cost incurred as a direct or indirect result of enforcement of any law or ordinance regulating any form of **contamination**.



2) any machinery or equipment manufactured by or for the Insured, unless used by the Insured in its operation at the **location** suffering the physical loss or damage.

### R.   LOSS PAYMENT INCREASED TAX LIABILITY

This Policy covers the increase in tax liability as described herein incurred by the Insured.

Coverage A:

The increase in tax liability from an insured loss at an insured **location** if the tax treatment of:

1) the profit portion of a loss payment under this Policy involving finished stock manufactured by the Insured; and/or

2) the profit portion of a TIME ELEMENT loss payment under this Policy;

is greater than the tax treatment of profits that would have been incurred had no loss happened.

### S.   MACHINERY OR EQUIPMENT STARTUP OPTION

After insured machinery or equipment that has sustained insured physical loss or damage is repaired or replaced and such machinery or equipment is undergoing startup, the following applies:

If physical loss or damage of the type insured directly results to such machinery or equipment from such startup, the Insured shall have the option of claiming such resulting insured damage as part of the original event of physical loss or damage or as a separate **occurrence**.

This Additional Coverage applies only:

1) to the first startup event after the original repair or replacement; and

2) when the first startup event happens during the term of this Policy or its renewal issued by the Company.

For the purposes of this Additional Coverage, startup means:

1) the introduction into machinery or equipment of feedstock or other materials for processing or handling;

2) the commencement of fuel or energy supply to machinery or equipment.

### T.   MISCELLANEOUS PROPERTY

This Policy covers insured physical loss or damage to:

1) insured property;

2) property of the type insured that is under contract to be used in a construction project at an insured **location**:

Advantage - TE Select - US North America - 2016 (2019 update) ©2019 FM Global. All rights reserved
POLICY-033
Case ID: 210900124



a)  from the time such property is delivered to the Insured or their contractor (with respect to the property under construction) by the manufacturer or supplier;

b)  while such property is located at a storage site; and

c)  while such property is in transit from a storage site to another storage site or to a construction project at an insured **location**,

that does not include any such property owned or rented by the contractor;

while anywhere within this Policy's TERRITORY, including while in transit.

This Additional Coverage excludes property covered elsewhere in this Policy.

MISCELLANEOUS PROPERTY Exclusions: As respects MISCELLANEOUS PROPERTY, the following additional exclusions apply:

1)  This Policy excludes:

a)  **transmission and distribution systems** not at a **location**.

b)  property insured under import or export ocean marine insurance.

c)  property shipped between continents.

d)  airborne shipments unless by regularly scheduled passenger airlines or air freight carriers.

e)  property of others, including the Insured's legal liability for it, hauled on vehicles owned, leased or operated by the Insured when acting as a common or contract carrier.

2)  This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

a)  **earth movement** for property located in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

U.   **OPERATIONAL TESTING**

This Policy covers insured physical loss or damage to insured property during the **period of operational testing**.

This Additional Coverage excludes property, including stock or material, manufactured or processed by the Insured.

V.   **PATIENT AND TENANT RELOCATION EXPENSE**

For Penn Medicine and the University of Pennsylvania Health System only:

POLICY-036

Case ID: 210900124



This Policy covers the reasonable and necessary costs incurred by the Insured to relocate and return patients, tenants and residents of an insured **healthcare facility** to another **healthcare facility**, within this Policy's TERRITORY, when the insured **healthcare facility** is made uninhabitable as a direct result of insured physical loss or damage.

This Additional Coverage also covers the following reasonable and necessary costs when such costs are incurred as the direct result of the relocation to another **healthcare facility** and then subsequent return to the insured **healthcare facility** when repairs are complete:

1) the cost to pack and transport Personal Property associated with the patient of the **healthcare facility**, including but not limited to swing beds and medical equipment.

2) the cost to pack and transport personal property of the type insured belonging to patients, tenants and residents.

3) the cost to search for a **healthcare facility**.

4) the costs to establish new utility services at the other **healthcare facility**, less refunds from discontinued services of the uninhabitable insured **healthcare facility**.

5) the cost to disconnect and reconnect fixtures and equipment.

6) the cost to store personal property of the type insured belonging to patients, residents and tenants until such time as the property can be moved to the insured **healthcare facility**.

This Additional Coverage does not cover the following:

1) costs recoverable elsewhere in this Policy.

2) security deposits or other payments made to the landlord or lessor of the new **healthcare facility**.

3) down payments, legal fees and closing costs for the purchase of new **healthcare facility**.

4) loss due to the termination of a lease or other agreement.

5) cost to replace Personal Property sent with the patient, tenant or resident to the other **healthcare facility** which for any reason is not returned to the insured **healthcare facility**.

## W.   PATIENT'S PERSONAL PROPERTY

For Penn Medicine and the University of Pennsylvania Health System only:

This Policy covers insured physical loss or damage to patient's personal property of the type insured not in the custody of the Insured while at an insured **healthcare facility** within this Policy's TERRITORY.

This Additional Coverage excludes property covered elsewhere in this Policy.

POL-EXP-037

Case ID: 210900124



PATIENT'S PERSONAL PROPERTY Exclusion: As respects PATIENT'S PERSONAL PROPERTY, the following additional exclusion applies:

This Policy excludes:

1)   vehicles registered for highway use.

## X.   PRIZES AND GIVEAWAYS

For Penn Medicine and the University of Pennsylvania Health System only:

This Policy covers insured physical loss or damage to personal property of the type insured, including motor vehicles and watercraft, when such property is a prize or giveaway for an Insured's fundraising or charity event while anywhere within this Policy's TERRITORY, excluding while in transit.

This Additional Coverage excludes property covered elsewhere in this Policy.

## Y.   PROTECTION AND PRESERVATION OF PROPERTY

This Policy covers:

1)   reasonable and necessary costs incurred for actions to temporarily protect or preserve insured property; provided such actions are necessary due to actual, or to prevent immediately impending, insured physical loss or damage to such insured property.

2)   reasonable and necessary:

   a)   fire department firefighting charges imposed as a result of responding to a fire in, on or exposing the insured property.

   b)   costs incurred of restoring and recharging fire protection systems following an insured loss.

   c)   costs incurred for the water used for fighting a fire in, on or exposing the insured property.

This Additional Coverage does not cover costs incurred for actions to temporarily protect or preserve insured property from actual, or to prevent immediately impending, physical loss or damage covered by TERRORISM coverage as provided in this section of the Policy.

This Additional Coverage is subject to the deductible provisions that would have applied had the physical loss or damage happened.

## Z.   SERVICE INTERRUPTION PROPERTY DAMAGE

This Policy covers insured physical loss or damage to insured property at an insured **location** when such physical loss or damage results from the interruption of incoming services consisting of electricity, gas, fuel, steam, water, refrigeration or from the lack of outgoing sewerage service by reason of any accidental event at the facilities of the supplier of such service located within this Policy's TERRITORY, that immediately prevents in whole or in part the delivery of such usable service.

POLICY-038   Case ID: 210900124



This Additional Coverage will apply when the period of service interruption as described below is in excess of 24 hours.

The period of service interruption is the period starting with the time when an interruption of specified services happens; and ending when with due diligence and dispatch the service could be wholly restored.

Additional General Provisions:

1) The Insured will immediately notify the suppliers of services of any interruption of such services.

2) The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has for the supply of such specified services.

SERVICE INTERRUPTION PROPERTY DAMAGE Exclusions: As respects SERVICE INTERRUPTION PROPERTY DAMAGE, the following applies:

1) The exclusions in the EXCLUSIONS clause in this section do not apply except for:

    a) A1, A2, A3, A6, B1, B2, and

    b) B4 with respect to incoming or outgoing voice, data or video, and

    c) D1 except with respect to fungus, mold or mildew.

2) The following additional exclusions apply:

    This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

    a) **earth movement** for property located in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

    b) **terrorism**.

## AA.   TEMPORARY REMOVAL OF PROPERTY

When insured property is removed from an insured **location** for the purpose of being repaired or serviced or in order to avoid threatened physical loss or damage of the type insured by this Policy, this Policy covers such property:

1) while at the premises to which such property has been moved; and

2) for physical loss or damage as provided at the insured **location** from which such property was removed.

This Additional Coverage does not apply to property:

1) insured, in whole or in part, elsewhere in this Policy.

Advantage - TE Select - US North America - 2016 (2019 update) ©2019 FM Global. All rights reserved

POLICY-039
Case ID: 210900124



2)  insured, in whole or in part, by any other insurance policy.

3)  removed for normal storage, processing or preparation for sale or delivery.

## BB. TERRORISM

This Policy covers physical loss or damage to property as described in the INSURANCE PROVIDED provision caused by or resulting from **terrorism**.

Any act which satisfies the definition of **terrorism** shall not be considered to be vandalism, malicious mischief, riot, civil commotion, or any other risk of physical loss or damage covered elsewhere in this Policy.

Amounts recoverable under this Additional Coverage are excluded from coverage elsewhere in this Policy.

This Additional Coverage does not cover loss or damage which also comes within the terms of either item B2a or B2c of the EXCLUSIONS clause in this section of the Policy.

This Additional Coverage does not in any event cover loss or damage directly or indirectly caused by or resulting from any of the following, regardless of any other cause or event, whether or not insured under this Policy contributing concurrently or in any other sequence to the loss:

1)  that involves the use, release or escape of nuclear materials, or that directly or indirectly results in nuclear reaction or radiation or radioactive contamination or that involves the discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion, or radioactive force, whether in time of peace or war and regardless of who commits the act; or

2)  that is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

3)  in which pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials; or

4)  that involves action taken to prevent, defend against, respond to or retaliate against **terrorism** or suspected **terrorism**.

## CC. TRANSPORTATION

This Policy covers the following personal property, except as excluded by this Policy, while in transit within the TERRITORY of this Policy:

1)  owned by the Insured.

2)  shipped to customers under F.O.B., C & F or similar terms.  The Insured's contingent interest in such shipments is admitted.

3)  of others in the actual or constructive custody of the Insured to the extent of the Insured's interest or legal liability.

POLICY-040

Case ID: 210900124



4) of others sold by the Insured, that the Insured has agreed prior to the loss to insure during course of delivery including:

   a) when shipped by the Insured's direct contract service provider or by the Insured's direct contract manufacturer to the Insured or to the Insured's customer.

   b) when shipped by the Insured's customer to the Insured or to the Insured's contract service provider or to the Insured's contract manufacturer.

Coverage Attachment and Duration:

1) This Additional Coverage covers from the time the property leaves the original point of shipment for transit until the property arrives at the destination.

2) However, coverage on export shipments not insured under ocean cargo policies ends when the property is loaded on board overseas vessels or aircraft. Coverage on import shipments not insured under ocean cargo policies begins after discharge from overseas vessels or aircraft.

This Additional Coverage:

1) covers general average and salvage charges on shipments covered while waterborne.

2) insures physical loss or damage caused by or resulting from:

   a) unintentional acceptance of fraudulent bills of lading, shipping or messenger receipts.

   b) improper parties having gained possession of property through fraud or deceit.

Additional General Provisions:

1) This Additional Coverage will not inure directly or indirectly to the benefit of any carrier or bailee.

2) The Insured has permission, without prejudicing this insurance, to accept:

   a) ordinary bills of lading used by carriers;

   b) released bills of lading;

   c) undervalued bills of lading; and

   d) shipping or messenger receipts.

3) The Insured may waive subrogation against railroads under side track agreements.

Except as otherwise stated, the Insured will not enter into any special agreement with carriers releasing them from their common law or statutory liability.

TRANSPORTATION Exclusions: As respects TRANSPORTATION, the following applies:

Case ID: 210900124
POLICY-041



**Account No.   1-56307**
**Policy No.   1056619**

1) the exclusions in the EXCLUSIONS clause of this section do not apply except for A1 through A4, B1 through B4, C1, C3, C5, C6, D1 through D3.

2) the following additional exclusions apply:

This Policy excludes:

a) samples in the custody of salespeople or selling agents.

b) property insured under import or export ocean marine insurance.

c) waterborne shipments, unless:

(i)  by inland water; or

(ii) by coastal shipments.

d) waterborne shipments via Panama Canal or to and from Alaska, the Commonwealth of Puerto Rico, and Hawaii.

e) airborne shipments unless by regularly scheduled passenger airlines or air freight carriers.

f) property of others, including the Insured's legal liability for it, hauled on vehicles owned, leased or operated by the Insured when acting as a common or contract carrier.

g) any transporting vehicle.

TRANSPORTATION Valuation: On property covered under this Additional Coverage the loss amount will not exceed:

1) Property shipped to or for the account of the Insured will be valued at actual invoice to the Insured.  Included in the value are accrued costs and charges legally due.  Charges may include the Insured's commission as selling agent.

2) Property sold by the Insured and shipped to or for the purchaser's account will be valued at the Insured's selling invoice amount.  Prepaid or advanced freight costs are included.

3) Property not under invoice will be valued:

a) for property of the Insured, at the valuation provisions of this Policy applying at the place from which the property is being transported; or

b) for other property, at the actual cash market value at the destination point on the date of loss,

less any charges saved which would have become due and payable upon arrival at destination.

Advantage - TE Select - US North America - 2016 (2019 update) ©2019 FM Global. All rights reserved

POLICY-042
Case ID: 210900124



## DD. VALUABLE PAPERS AND RECORDS

This Policy covers insured physical loss or damage to **valuable papers and records** while anywhere within this Policy's TERRITORY, including while in transit.

VALUABLE PAPERS AND RECORDS Exclusions: As respects VALUABLE PAPERS AND RECORDS, the following applies:

1) the exclusions in the EXCLUSIONS clause of this section do not apply except for A1, A2, A6, A7, B1, B2, B3a and B4.

2) the following additional exclusions apply:

This Policy excludes:

a) currency, money, securities.

b) errors or omissions in processing or copying of **valuable papers and records**, but, if physical damage not excluded by this Policy results, then only that resulting damage is insured.

c) deterioration, inherent vice, or wear and tear, but, if physical damage not excluded by this Policy results, then only that resulting damage is insured.

d) fungus, mold or mildew unless directly resulting from other physical damage not excluded by this Policy.

VALUABLE PAPERS AND RECORDS Valuation: On property covered under this Additional Coverage the loss amount will not exceed the lesser of the following:

1) the cost to repair or restore such property to the physical condition that existed on the date of loss.

2) the cost to replace.

3) the value, if any, designated for the item on the schedule on file with the Company.

POLICY-043



**Account No. 1-56307**
**Policy No. 1056619**

## TIME ELEMENT

TIME ELEMENT loss as provided in the TIME ELEMENT COVERAGES and TIME ELEMENT COVERAGE EXTENSIONS of this section of the Policy:

A.   is subject to the applicable limit of liability that applies to the insured physical loss or damage but in no event for more than any limit of liability that is stated as applying to the specific TIME ELEMENT COVERAGE and/or TIME ELEMENT COVERAGE EXTENSION; and

B.   will not increase the Policy limit of liability; and

C.   is subject to the Policy provisions, including applicable exclusions and deductibles,

all as shown in this section and elsewhere in this Policy.

## 1.   LOSS INSURED

A.   This Policy insures TIME ELEMENT loss, as provided in the TIME ELEMENT COVERAGES, directly resulting from physical loss or damage of the type insured:

1)   to property described elsewhere in this Policy and not otherwise excluded by this Policy or otherwise limited in the TIME ELEMENT COVERAGES below;

2)   used by the Insured, or for which the Insured has contracted use;

3)   while located as described in the INSURANCE PROVIDED provision or within 1,000 feet/300 metres thereof, or as described in the TEMPORARY REMOVAL OF PROPERTY provision; or

4)   while in transit as provided by this Policy, and

5)   during the Periods of Liability described in this section,

provided such loss or damage is not at a **contingent time element location**.

B.   This Policy insures TIME ELEMENT loss only to the extent it cannot be reduced through:

1)   the use of any property or service owned or controlled by the Insured;

2)   the use of any property or service obtainable from other sources;

3)   working extra time or overtime; or

4)   the use of inventory,

all whether at an insured **location** or at any other premises. The Company reserves the right to take into consideration the combined operating results of all associated, affiliated or subsidiary companies of the Insured in determining the TIME ELEMENT loss.

C.   This Policy covers expenses reasonably and necessarily incurred by the Insured to reduce the loss otherwise payable under this section of this Policy. The amount of such recoverable expenses will not exceed the amount by which the loss has been reduced.

Advantage - TE Select - US North America - 2016 (2019 update) ©2019 FM Global. All rights reserved

POLICY-044 Case ID: 210900124



D.   In determining the amount of loss payable, the Company will consider the experience of the business before and after and the probable experience during the PERIOD OF LIABILITY. The probable experience will consider any increase or decrease in demand for the Insured's goods or services during the PERIOD OF LIABILITY, even if such increase or decrease is from the same event that caused physical loss or damage starting the PERIOD OF LIABILITY.

## 2.   TIME ELEMENT COVERAGES

### A.   INSURED OPTION

The Insured has the option to make claim based on either

a)   GROSS EARNINGS and EXTENDED PERIOD OF LIABILITY; or

b)   GROSS PROFIT,

as described in the TIME ELEMENT section of this Policy and subject to the applicable terms and conditions as may be shown elsewhere.

Such option may be exercised at any time prior to the conditions set forth in the SETTLEMENT OF CLAIMS clause in the LOSS ADJUSTMENT AND SETTLEMENT section of this Policy.

If such claim involves more than one insured **location**, including interdependency at one or more insured **locations**, such claim will be adjusted by using the single coverage option chosen above.

### B.   GROSS EARNINGS

Measurement of Loss:

1)   The recoverable GROSS EARNINGS loss is the Actual Loss Sustained by the Insured of the following during the PERIOD OF LIABILITY:

a)   Gross Earnings;

b)   less all charges and expenses that do not necessarily continue during the interruption of production or suspension of business operations or services;

c)   plus all other earnings derived from the operation of the business.

2)   For the purposes of the Measurement of Loss, Gross Earnings is:

for manufacturing operations: the net sales value of production less the cost of all raw stock, materials and supplies used in such production; or

for mercantile or non-manufacturing operations: the total net sales less cost of merchandise sold, materials and supplies consumed in the operations or services rendered by the Insured.

POLICY-043



Account No.   1-56307
Policy No.   1056619

Any amount recovered under property damage coverage at selling price will be considered to have been sold to the Insured's regular customers and will be credited against net sales.

3) In determining the indemnity payable as the Actual Loss Sustained, the Company will consider the continuation of only those normal charges and expenses that would have been earned had there been no interruption of production or suspension of business operations or services.

4) There is recovery hereunder to the extent that the Insured is:

a) wholly or partially prevented from producing goods or continuing business operations or services;

b) unable to make up lost production within a reasonable period of time, not limited to the period during which production is interrupted;

c) unable to continue such operations or services during the PERIOD OF LIABILITY; and

d) able to demonstrate a loss of sales for the operations, services or production prevented.

## C.   GROSS PROFIT

Measurement of Loss:

1) The recoverable GROSS PROFIT loss is the Actual Loss Sustained by the Insured of the following due to the necessary interruption of business during the PERIOD OF LIABILITY: a) Reduction in Sales and b) Increase in Cost of Doing Business.  The amount payable as indemnity hereunder will be:

a) with respect to Reduction in Sales:  The sum produced by applying the Rate of Gross Profit to the amount by which the sales during the PERIOD OF LIABILITY will fall short of the Standard Sales.  In determining the Reduction in Sales, any amount recovered under property damage coverage at selling price will be credited against lost sales.

b) with respect to Increase in Cost of Doing Business:

(i) the additional expenditure necessarily and reasonably incurred for the sole purpose of avoiding or diminishing the reduction in sales which, but for that expenditure, would have taken place during the PERIOD OF LIABILITY; but

(ii) not exceeding the sum produced by applying the Rate of Gross Profit to the amount of the reduction thereby avoided,

all less any sum saved during the PERIOD OF LIABILITY with respect to such of the Insured Fixed Charges as may cease or be reduced because of such interruption of business.

2) For the purposes of the Measurement of Loss:

Case ID: 210900124
POLICY-046



Gross Profit is:

The amount produced by adding to the Net Profit the amount of the Insured Fixed Charges, or if there be no Net Profit the amount of the Insured Fixed Charges less that proportion of any loss from business operations as the amount of the Insured Fixed Charges bears to all fixed charges.

Net Profit is:

The net operating profit (exclusive of all capital receipts and accruals and all outlay properly chargeable to capital) resulting from the business of the Insured at the insured **locations** after due provision has been made for all fixed charges and other expenses including depreciation but before the deduction of any taxes on profits.

Insured Fixed Charges is:

All fixed charges unless specifically excluded herein.

Sales is:

The money paid or payable to the Insured for goods sold and delivered and for services rendered in the conduct of the business at an insured **location**.

Rate of Gross Profit is:

The rate of Gross Profit earned on the sales during the twelve full calendar months immediately before the date of the physical loss or damage to the described property.

Standard Sales is:

The sales during that period in the twelve months immediately before the date of the physical loss or damage to the described property which corresponds with the PERIOD OF LIABILITY.

3) In determining the indemnity payable as the Actual Loss Sustained:

a) if any fixed charges of the business are not insured hereunder, then, in computing the amount recoverable hereunder as Increase in Cost of Doing Business, that proportion only of the additional expenditure will be recoverable hereunder which the sum of the Net Profit and the Insured Fixed Charges bears to the sum of the Net Profit and all the fixed charges.

b) if during the PERIOD OF LIABILITY goods will be sold or services will be rendered elsewhere than at the insured **locations** for the benefit of the business, either by the Insured or by others on the Insured's behalf, the money paid or payable in respect of such sales or services will be included in arriving at the amount of sales during the PERIOD OF LIABILITY.

4) The Insured will act with due diligence and dispatch in repairing or replacing physically damaged buildings and equipment to the same or equivalent physical and operating conditions that existed prior to the damage; and take whatever actions are necessary and reasonable to minimize the loss payable hereunder.

POLICY-047

Case ID: 210900124



GROSS PROFIT Exclusions: As respects GROSS PROFIT, the TIME ELEMENT EXCLUSIONS B and C of this section do not apply and the following applies instead:

This Policy does not insure against any increase in loss due to damages for breach of contract or for late or noncompletion of orders, or fines or penalties of any nature except fines or penalties for breach of contract or for late or noncompletion of orders.

Coverage under GROSS PROFIT for the reduction in sales due to contract cancellation will include only those sales that would have been earned under the contract during the PERIOD OF LIABILITY.

## D.   EXTRA EXPENSE

Measurement of Loss:

The recoverable EXTRA EXPENSE loss will be the reasonable and necessary extra costs incurred by the Insured of the following during the PERIOD OF LIABILITY:

1)   extra expenses to temporarily continue as nearly **normal** as practicable the conduct of the Insured's business;

2)   extra costs of temporarily using property or facilities of the Insured or others; and

3)   costs to purchase finished goods from third parties to fulfill orders when such orders cannot be met due to physical loss or damage to the Insured's finished goods, less payment received for the sale of such finished goods.

less any value remaining at the end of the PERIOD OF LIABILITY for property obtained in connection with the above.

If the Insured makes claim in accordance with the terms and conditions of the INSURED OPTION clause, the PERIOD OF LIABILITY for EXTRA EXPENSE coverage will be the PERIOD OF LIABILITY applicable to the Time Element coverage option selected.

EXTRA EXPENSE Exclusions: As respects EXTRA EXPENSE, the following applies:

1)   TIME ELEMENT EXCLUSIONS C does not apply to item 3 above.

2)   The following additional exclusions apply:

This Policy does not insure:

a)   any loss of income.

b)   costs that usually would have been incurred in conducting the business during the same period had no physical loss or damage happened.

c)   costs of permanent repair or replacement of property that has been damaged or destroyed.  However, this exclusion does not apply to item 3 above.

d)   any expense recoverable elsewhere in this Policy.

POLICY-048



Account No. 1-56307
Policy No. 1056619

## E. LEASEHOLD INTEREST

Measurement of Loss:

The recoverable LEASEHOLD INTEREST incurred by the Insured of the following:

1) If the lease agreement requires continuation of rent; and if the property is wholly untenantable or unusable, the actual rent payable for the unexpired term of the lease; or if the property is partially untenantable or unusable, the proportion of the rent payable for the unexpired term of the lease.

2) If the lease is cancelled by the lessor pursuant to the lease agreement or by the operation of law; the Lease Interest for the first three months following the loss; and the Net Lease Interest for the remaining unexpired term of the lease.

3) As used above, the following terms mean:

   Net Lease Interest:
   That sum which placed at 6% interest rate compounded annually would equal the Lease Interest (less any amounts otherwise payable hereunder).

   Lease Interest:
   The excess rent paid for the same or similar replacement property over actual rent payable plus cash bonuses or advance rent paid (including maintenance or operating charges) for each month during the unexpired term of the Insured's lease.

LEASEHOLD INTEREST Exclusions: As respects LEASEHOLD INTEREST, the following applies:

1) This Policy does not insure loss directly resulting from physical loss or damage to Personal Property.

2) TIME ELEMENT EXCLUSIONS A, B and C do not apply and the following applies instead:

   This Policy does not insure any increase in loss resulting from the suspension, lapse or cancellation of any license, or from the Insured exercising an option to cancel the lease; or from any act or omission of the Insured that constitutes a default under the lease.

## F. RENTAL INSURANCE

Measurement of Loss:

The recoverable RENTAL INSURANCE loss is the Actual Loss Sustained by the Insured of the following during the PERIOD OF LIABILITY:

1) the fair rental value of any portion of the property occupied by the Insured;

2) the income reasonably expected from rentals of unoccupied or unrented portions of such property; and

3) the rental income from the rented portions of such property according to bona fide leases, contracts or agreements in force at the time of loss,

POLICY 049



**Account No. 1-56307**
**Policy No. 1056619**

all not to include noncontinuing charges and expenses.

RENTAL INSURANCE Exclusions: As respects RENTAL INSURANCE, TIME ELEMENT EXCLUSIONS A does not apply and the following applies instead:

This Policy does not insure any loss of rental income during any period in which the insured property would not have been tenantable for any reason other than an insured loss.

## 3. PERIOD OF LIABILITY

A. The PERIOD OF LIABILITY applying to all TIME ELEMENT COVERAGES, except GROSS PROFIT and LEASEHOLD INTEREST and as shown below or if otherwise provided under any TIME ELEMENT COVERAGE EXTENSION, and subject to any Time Limit provided in the LIMITS OF LIABILITY clause in the DECLARATIONS section, is as follows:

1) For building and equipment, the period:

    a) starting from the time of physical loss or damage of the type insured; and

    b) ending when with due diligence and dispatch the building and equipment could be:

        (i) repaired or replaced; and

        (ii) made ready for operations,

        under the same or equivalent physical and operating conditions that existed prior to the damage.

    c) not to be limited by the expiration of this Policy.

2) For building and equipment under construction:

    a) the equivalent of the above period of time will be applied to the level of business that would have been reasonably achieved after construction and startup would have been completed had no physical damage happened; and

    b) due consideration will be given to the actual experience of the business compiled after completion of the construction and startup.

3) For stock-in-process and mercantile stock, including finished goods not manufactured by the Insured, the time required with the exercise of due diligence and dispatch:

    a) to restore stock in process to the same state of manufacture in which it stood at the inception of the interruption of production or suspension of business operations or services; and

    b) to replace physically damaged mercantile stock.

This item does not apply to RENTAL INSURANCE.

4) For raw materials and supplies, the period of time:

Advantage - TE Select - US North America - 2016 (2019 update) ©2019 FM Global. All rights reserved

POLICY-056

Case ID: 210900124



    a)  of actual interruption of production or suspension of operations or services resulting from the inability to get suitable raw materials and supplies to replace similar ones damaged; but

    b)  limited to that period for which the damaged raw materials and supplies would have supplied operating needs.

5)  If water:

    a)  used for any manufacturing purpose, including but not limited to as a raw material or for power;

    b)  stored behind dams or in reservoirs; and

    c)  on any insured **location**,

is released as the result of physical damage of the type insured to such dam, reservoir or connected equipment, the Company's liability for the actual interruption of production or suspension of operations or services due to inadequate water supply will not extend beyond 30 consecutive days after the damaged dam, reservoir or connected equipment has been repaired or replaced.

This item does not apply to RENTAL INSURANCE.

6)  For physically damaged exposed films, records, manuscripts and drawings, the time required to copy from backups or from originals of a previous generation.  This time does not include research, engineering or any other time necessary to restore or recreate lost information.

This item does not apply to RENTAL INSURANCE.

7)  For physically damaged or destroyed property covered under DATA RESTORATION, the period:

    a)  starting from the time of **physical loss or damage to electronic data, programs or software**; and

    b)  ending when with due diligence and dispatch the electronic data, programs or software could have been recreated or restored under the same or equivalent physical and operating conditions that existed prior to the physical loss or damage.

This item does not apply to RENTAL INSURANCE.

B.    The PERIOD OF LIABILITY applying to GROSS PROFIT is as follows:

1)  The period:

    a)  starting from the time of physical loss or damage of the type insured; and

    b)  ending not later than the period of time shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section,

POLICY-031



during which period the results of the business shall be directly affected by such damage.

   c)  not to be limited by the expiration of this Policy.

2)  For property under construction, the period:

   a)  starting on the date that production, business operation or service would have commenced if physical damage of the type insured had not happened; and

   b)  ending not later than the period of time shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section,

during which period the results of the business shall be directly affected by such damage.

   c)  not to be limited by the expiration of this Policy.

The Rate of Gross Profit and Standard Sales will be based on the experience of the business after construction is completed and the probable experience during the PERIOD OF LIABILITY.

C.   The PERIOD OF LIABILITY does not include any additional time due to the Insured's inability to resume operations for any reason, including but not limited to:

1)  making changes to the buildings, structures, machinery or equipment except as provided in the LAW AND ORDINANCE clause in the PROPERTY DAMAGE section.

2)  restaffing or retraining employees.  However, this item does not apply to additional time needed to train staff to use new machinery or equipment that replaces machinery or equipment that suffered insured physical loss or damage, provided such training is completed within 90 consecutive days after the new machinery or equipment has been installed.

If two or more Periods of Liability apply such periods will not be cumulative.

## 4.   TIME ELEMENT EXCLUSIONS

In addition to the exclusions elsewhere in this Policy, the following exclusions apply to TIME ELEMENT loss:

This Policy does not insure:

A.   Any loss during any idle period, including but not limited to when production, operation, service or delivery or receipt of goods would cease, or would not have taken place or would have been prevented due to:

1)  physical loss or damage not insured by this Policy on or off of the insured **location**.

2)  planned or rescheduled shutdown.

3)  strikes or other work stoppage.

POLICY-052   Case ID: 210900124



    4)   any other reason other than physical loss or damage insured under this Policy.

B.   Any increase in loss due to:

    1)   suspension, cancellation or lapse of any lease, contract, license or orders.

    2)   damages for breach of contract or for late or noncompletion of orders.

    3)   fines or penalties of any nature except fines or penalties for breach of contract or for late or noncompletion of orders.

    4)   any other consequential or remote loss.

C.   Any loss resulting from physical loss or damage to finished goods manufactured by the Insured, or the time required for their reproduction.

D.   Any loss resulting from the **actual cash value** portion of direct physical loss or damage by fire caused by or resulting from **terrorism**.

## 5.    TIME ELEMENT COVERAGE EXTENSIONS

This Policy also insures TIME ELEMENT loss, as provided by the TIME ELEMENT COVERAGES of this Policy, for the TIME ELEMENT COVERAGE EXTENSIONS described below.

### CYBER TIME ELEMENT COVERAGE EXTENSIONS

### A.    DATA SERVICE PROVIDER TIME ELEMENT

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the period of interruption at an insured **location** of **off-premises data processing or data transmission services**, when the interruption is caused by any accidental event at the facilities of the provider of such services that immediately prevents in whole or in part the delivery of such provided services.

For the purposes of this Extension:

    1)   facilities of the provider of **off-premises data processing or data transmission services** can be located worldwide except in Cuba, Iran, North Korea, Sudan, Syria or Crimea Region of Ukraine, and

    2)   an accidental event to satellites will be considered an accidental event at the facilities of the provider.

This Extension will apply when the period of interruption of **off-premises data processing or data transmission services** is in excess of 24 hours.

Additional General Provisions:

    1)   The Insured will immediately notify the company providing **off-premises data processing or data transmission services** of any interruption of such services.

POLICY-053

Case ID: 210900124



2) The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has entered into for such specified services.

Coverage provided in this Extension is excluded from coverage elsewhere in this Policy.

This Extension does not cover Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured covered by OWNED NETWORK INTERRUPTION coverage as provided in this section of the Policy.

DATA SERVICE PROVIDER TIME ELEMENT Exclusions: As respects DATA SERVICE PROVIDER TIME ELEMENT, the following applies:

1) Item B4 of the EXCLUSIONS clause in the PROPERTY DAMAGE section does not apply except for B4 with respect to:

   a) incoming electricity, fuel, water, gas, steam or refrigerant; and

   b) outgoing sewerage.

2) The following additional exclusions apply:

   This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

   a) **earth movement** for property located in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

   b) **terrorism**.

As used above, the period of interruption of **off-premises data processing or data transmission services**:

1) is the period starting with the time when an interruption of provided services happens; and ending when with due diligence and dispatch the service could be wholly restored and the **location** receiving the service could or would have resumed normal operations following the restorations of service under the same or equivalent physical and operating conditions as provided by the PERIOD OF LIABILITY clause in this section.

2) is limited to only those hours during which the Insured would or could have used service(s) if it had been available.

3) does not extend to include the interruption of operations caused by any reason other than interruption of the provided service(s).

**B.   OWNED NETWORK INTERRUPTION**

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the period of interruption directly resulting from:

POLICY-054          Case ID: 210900124



1) the failure of the Insured's **electronic data processing equipment or media** to operate, provided that such failure is the direct result of a **cyber event** directed at the NAMED INSURED; or

2) the Insured's reasonable action to temporarily protect the Insured's **electronic data processing equipment or media** against an actual or immediately impending **cyber event** directed at the NAMED INSURED, provided such action is necessary to prevent failure of the Insured's **electronic data processing equipment or media** to operate.

For the purposes of this Extension, the Insured's **electronic data processing equipment or media** can be located worldwide except in Cuba, Iran, North Korea, Sudan, Syria or Crimea Region of Ukraine.

As respects item 1 above, this Extension will apply when the period of interruption is in excess of 48 hours.

As used above, the period of interruption:

1) is the period starting when the Insured's **electronic data processing equipment or media** fails to operate and ending when with due diligence and dispatch, the Insured's **electronic data processing equipment or media** could be restored to the same or equivalent operating condition that existed prior to the failure.

2) does not include the additional time to make changes to the Insured's **electronic data processing equipment or media**.

## SUPPLY CHAIN TIME ELEMENT COVERAGE EXTENSIONS

### A. CIVIL OR MILITARY AUTHORITY

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY if an order of civil or military authority limits, restricts or prohibits partial or total access to an insured **location** provided such order is the direct result of physical damage of the type insured at the insured **location** or within five statute miles/eight kilometres of it.

This Extension does not apply to LEASEHOLD INTEREST.

The PERIOD OF LIABILITY for this TIME ELEMENT COVERAGE EXTENSION will be:

The period of time:

1) starting at the time of such physical damage; and

2) ending not later than the number of consecutive days shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section,

this period of time is part of and not in addition to any PERIOD OF LIABILITY applying to any coverage provided in the TIME ELEMENT section.

POLICY-055

Case ID: 210900124



**B.   CONTINGENT TIME ELEMENT EXTENDED**

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY directly resulting from physical loss or damage of the type insured to property of the type insured at **contingent time element locations** located within the TERRITORY of this Policy.

As respects CONTINGENT TIME ELEMENT EXTENDED:

1)   Time Element loss recoverable under this Extension is extended to include the following TIME ELEMENT COVERAGE EXTENSIONS:

     CIVIL OR MILITARY AUTHORITY
     CONTINGENT TIME ELEMENT EXTENDED
     DATA SERVICE PROVIDER TIME ELEMENT
     DELAY IN STARTUP
     EXTENDED PERIOD OF LIABILITY
     INGRESS/EGRESS
     ON PREMISES SERVICES
     SERVICE INTERRUPTION TIME ELEMENT

2)   The Insured will influence and cooperate with the **contingent time element location** in every way and take any reasonable and necessary action to mitigate the loss payable hereunder.

3)   TIME ELEMENT EXCLUSIONS C does not apply.

CONTINGENT TIME ELEMENT EXTENDED Exclusions: As respects CONTINGENT TIME ELEMENT EXTENDED, the following additional exclusions apply:

This Policy does not insure loss resulting from:

1)   lack of incoming or outgoing transmission of voice, data or video.

2)   **earth movement** as respects a direct or indirect customer, supplier, contract manufacturer or contract service provider located in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

3)   physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence of loss.

**C.   INGRESS/EGRESS**

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY due to the necessary interruption of the Insured's business due to partial or total physical prevention of ingress to or egress from an insured **location**, whether or not the premises or property of the Insured is damaged, provided that such prevention is a direct result of physical damage of the type insured to property of the type insured.

INGRESS/EGRESS Exclusions: As respects INGRESS/EGRESS, the following additional exclusions apply:

Advantage - TE Select - US North America - 2016 (2019 update) ©2019 FM Global. All rights reserved

POLICY-058

Case ID: 210900124



This Policy does not insure loss resulting from:

1)  lack of incoming or outgoing service consisting of electric, fuel, gas, water, steam, refrigerant, sewerage and voice, data or video.

2)  picketing or other action by strikers except for physical damage not excluded by this Policy.

3)  physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

The PERIOD OF LIABILITY for this TIME ELEMENT COVERAGE EXTENSION will be:

The period of time:

1)  starting at the time of such physical damage; and

2)  ending not later than the number of consecutive days shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section,

this period of time is part of and not in addition to any PERIOD OF LIABILITY applying to any coverage provided in the TIME ELEMENT section.

**D.   LOGISTICS EXTRA COST**

This Policy covers the extra cost incurred by the Insured during the PERIOD OF LIABILITY due to the disruption of the **normal** movement of goods or materials:

1)  directly between insured **locations**; or

2)  directly between an insured **location** and a **location** of a direct customer, supplier, contract manufacturer or contract service provider to the Insured,

provided that such disruption is a direct result of physical loss or damage of the type insured to property of the type insured located within the TERRITORY of this Policy.

Measurement of Loss:

The recoverable extra cost loss will be the reasonable and necessary extra costs incurred by the Insured of the following:

1)  extra costs to temporarily continue as nearly **normal** as practicable the movement of goods or materials.

This Extension will apply when the PERIOD OF LIABILITY is in excess of 48 hours except 168 hours applies for **earth movement** and/or **flood** and/or **wind**.

LOGISTICS EXTRA COST Exclusions: As respects LOGISTICS EXTRA COST, the following additional exclusions apply:

POLICY-057   Case ID: 210900124



This Policy does not insure:

1) any loss resulting from disruption in the movement of goods or materials between **contingent time element locations**.

2) any loss resulting from disruption of incoming or outgoing services consisting of electricity, gas, fuel, steam, water, refrigeration, sewerage and voice, data or video.

3) any loss of income.

4) costs that usually would have been incurred in conducting the business during the same period had there been no disruption of **normal** movement of goods or materials.

5) costs of permanent repair or replacement of property that has been damaged or destroyed.

6) any expense recoverable elsewhere in this Policy.

7) any loss resulting from disruption caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

8) any loss resulting from disruption caused by loss or damage from **earth movement** in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

9) any loss resulting from disruption caused by physical loss or damage to personal property of the Insured while in transit.

The PERIOD OF LIABILITY for this TIME ELEMENT COVERAGE EXTENSION will be:

The period of time:

1) starting at the time of physical loss or damage causing the disruption of the **normal** movement of goods or materials directly between insured **locations**; or directly between the insured **location** and the **location** of the direct customer, supplier, contract manufacturer or contract service provider to the Insured, and

2) ending not later than:

   a) when with due diligence and dispatch the **normal** movement of goods or materials directly between insured **locations**; or directly between the insured **location** and the **location** of the direct customer, supplier, contract manufacturer or contract service provider to the Insured could be resumed; or

   b) the number of consecutive days shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section.

## E.   SERVICE INTERRUPTION TIME ELEMENT

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the period of service interruption at an insured **location** when the loss is

POLICY-038



Account No.   1-56307
Policy No.   1056619

caused by the interruption of incoming services consisting of electricity, gas, fuel, steam, water, refrigeration or from the lack of outgoing sewerage service by reason of any accidental event at the facilities of the supplier of such service located within this Policy's TERRITORY, that immediately prevents in whole or in part the delivery of such usable services.

This Extension will apply when the period of service interruption is in excess of 24 hours.

Additional General Provisions:

1)   The Insured will immediately notify the suppliers of services of any interruption of such services.

2)   The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has for the supply of such specified services.

SERVICE INTERRUPTION TIME ELEMENT Exclusions: As respects SERVICE INTERRUPTION TIME ELEMENT, the following applies:

1)   The exclusions in the EXCLUSIONS clause in the PROPERTY DAMAGE section do not apply except for:

   a)   A1, A2, A3, A6, B1, B2, and

   b)   B4 with respect to incoming or outgoing voice, data or video, and

   c)   D1 except with respect to fungus, mold or mildew.

2)   The following additional exclusions apply:

   This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

   a)   **earth movement** for property located in California, in the **New Madrid Seismic Zone** or in the **Pacific Northwest Seismic Zone**.

   b)   **terrorism**.

As used above, the period of service interruption:

1)   is the period starting with the time when an interruption of specified services happens; and ending when with due diligence and dispatch the service could be wholly restored and the **location** receiving the service could or would have resumed normal operations following the restorations of service under the same or equivalent physical and operating conditions as provided by the PERIOD OF LIABILITY clause in this section.

2)   is limited to only those hours during which the Insured would or could have used service(s) if it had been available.

3)   does not extend to include the interruption of operations caused by any reason other than interruption of the specified service(s).

Advantage - TE Select - US North America - 2016 (2019 update) ©2019 FM Global. All rights reserved

POLICY-059



**Account No.   1-56307**
**Policy No.   1056619**

## ADDITIONAL TIME ELEMENT COVERAGE EXTENSIONS

### A.   ATTRACTION PROPERTY

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY directly resulting from physical loss or damage of the type insured to property of the type insured that attracts business to an insured **location** and is within 1 statute mile/1.6 kilometres of the insured **location**.

ATTRACTION PROPERTY Exclusions: As respects ATTRACTION PROPERTY, the following additional exclusion applies:

This Policy does not insure loss resulting from:

1)   physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

The PERIOD OF LIABILITY for this TIME ELEMENT COVERAGE EXTENSION will be:

The period of time:

1)   starting at the time of such physical damage; and

2)   ending not later than the number of consecutive days shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section.

### B.   CRISIS MANAGEMENT

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY if an order of civil or military authority limits, restricts or prohibits partial or total access to an insured **location**, provided such order is a direct result of:

1)   a violent crime, suicide, attempted suicide, or armed robbery; or

2)   a death or bodily injury caused by a workplace accident;

at such insured **location**.

For the purposes of this Extension only, a workplace accident shall be considered a sudden, fortuitous event that happens during working hours and arises out of work performed in the course and the scope of employment.

This Extension of coverage will apply when the PERIOD OF LIABILITY is in excess of 4 hours.

CRISIS MANAGEMENT Exclusions: As respects CRISIS MANAGEMENT, the following additional exclusion applies:

POLICY-000

Case ID: 210900124



This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

1)   **terrorism**.

The PERIOD OF LIABILITY for this TIME ELEMENT COVERAGE EXTENSION will be:

The period of time:

1)   starting with the time the civil or military authority prohibits access; and

2)   ending not later than the number of consecutive days shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section.

## C.   DELAY IN STARTUP

GROSS EARNINGS or GROSS PROFIT and EXTRA EXPENSE are extended to cover the Actual Loss Sustained incurred by the Insured during the PERIOD OF LIABILITY due to the reasonable and necessary delay in startup of business operations directly resulting from physical loss or damage of the type insured to insured property under construction at an insured **location**.

## D.   EXTENDED PERIOD OF LIABILITY

The GROSS EARNINGS coverage is extended to cover the reduction in sales resulting from:

1)   the interruption of business as covered by GROSS EARNINGS;

2)   for such additional length of time as would be required with the exercise of due diligence and dispatch to restore the Insured's business to the condition that would have existed had no loss happened; and

3)   commencing with the date on which the liability of the Company for loss resulting from interruption of business would terminate if this Extension had not been included in this Policy.

However, this Extension does not apply to GROSS EARNINGS loss resulting from physical loss or damage caused by or resulting from **terrorism**.

EXTENDED PERIOD OF LIABILITY Exclusions: As respects EXTENDED PERIOD OF LIABILITY, the TIME ELEMENT EXCLUSIONS B of this section does not apply and the following applies instead:

This Policy does not insure against any increase in loss due to damages for breach of contract or for late or noncompletion of orders, or fines or penalties of any nature except fines or penalties for breach of contract or for late or noncompletion of orders.

Coverage under this Extension for the reduction in sales due to contract cancellation will include only those sales that would have been earned under the contract during the extended period of liability.

POLICY-001                          Case ID: 210900124



Coverage under this Extension does not apply for more than the number of consecutive days shown in the LIMITS OF LIABILITY clause of the DECLARATIONS section.

## E.    INTERRUPTION BY COMMUNICABLE DISEASE

If a **location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **location** is limited, restricted or prohibited by:

1)    an order of an authorized governmental agency regulating the actual not suspected presence of **communicable disease**; or

2)    a decision of an Officer of the Insured as a result of the actual not suspected presence of **communicable disease**,

this Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY at such **location** with the actual not suspected presence of **communicable disease**.

This Extension will apply when access to such **location** is limited, restricted, or prohibited in excess of 48 hours.

INTERRUPTION BY COMMUNICABLE DISEASE Exclusions: As respects INTERRUPTION BY COMMUNICABLE DISEASE, the following additional exclusions apply:

This Policy does not insure loss resulting from:

1)    the enforcement of any law or ordinance with which the Insured was legally obligated to comply prior to the time of the actual spread of **communicable disease**.

2)    loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any sequence of loss.

The PERIOD OF LIABILITY for this TIME ELEMENT COVERAGE EXTENSION will be:

The period of time:

1)    starting at the time of the order of the authorized governmental agency or the Officer of the Insured; and

2)    ending not later than the number of consecutive days shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section,

this period of time is part of and not in addition to any PERIOD OF LIABILITY applying to any coverage provided in the TIME ELEMENT section.

## F.    ON PREMISES SERVICES

This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY directly resulting from physical loss or damage

Advantage - TE Select - US North America - 2016 (2019 update) ©2019 FM Global. All rights reserved

POLICY-002



of the type insured to the following property located within 1,000 feet/300 metres of the insured **location**:

1) Electrical equipment and equipment used for the transmission of voice, data or video.

2) Electrical, fuel, gas, water, steam, refrigeration, sewerage, voice, data or video transmission lines.

## G. PROTECTION AND PRESERVATION OF PROPERTY TIME ELEMENT

This Policy covers the Actual Loss Sustained by the Insured for a period of time not to exceed 48 hours prior to and 48 hours after the Insured first taking reasonable action for the temporary protection and preservation of property insured by this Policy provided such action is necessary to prevent immediately impending insured physical loss or damage to such insured property.

This Extension does not cover the Actual Loss Sustained by the Insured to temporarily protect or preserve insured property from actual, or to prevent immediately impending, physical loss or damage covered by TERRORISM coverage as provided in the PROPERTY DAMAGE section.

This Extension is subject to the deductible provisions that would have applied had the physical loss or damage happened.

## H. RELATED REPORTED VALUES

If reported TIME ELEMENT values include:

1) **locations** used by the Insured (such as branch stores, sales outlets and other plants) but not listed on a schedule under this Policy; and

2) a TIME ELEMENT loss would result at such **locations**,

3) from insured physical loss or damage at an insured **location**,

then this Policy provides coverage for such resulting TIME ELEMENT loss in accordance with the coverage applicable at such insured **location**.

## I. RESEARCH AND DEVELOPMENT

The GROSS EARNINGS and GROSS PROFIT coverages are extended to insure the Actual Loss Sustained by the Insured of continuing fixed charges and ordinary payroll directly attributable to the interruption of research and development activities that in themselves would not have produced income during the PERIOD OF LIABILITY, however, this additional coverage does not cover any overhead, laboratory, research and experimental costs insured elsewhere in this Policy.

The PERIOD OF LIABILITY for this Extension will be the period from the time of direct physical loss or damage of the type insured to the time when the property could be repaired or replaced and made ready for operations, but not to be limited by the date of expiration of this Policy.

POLICY-003 Case ID: 210900124



## J.    SOFT COSTS

This Policy covers the Actual Loss Sustained incurred by the Insured of **soft costs** during the PERIOD OF LIABILITY arising out of the delay of completion of buildings and additions under construction directly resulting from physical loss or damage of the type insured to insured property under construction at an insured **location**.

POLICY-064

Case ID: 210900124



## LOSS ADJUSTMENT AND SETTLEMENT

1.   **REQUIREMENTS IN CASE OF LOSS**

The Insured will:

1) give immediate written notice to the Company of any loss.

2) protect the property from further loss or damage.

3) promptly separate the damaged and undamaged property; put it in the best possible order; and furnish a complete inventory of the lost, destroyed, damaged and undamaged property showing in detail the quantities, costs, **actual cash value**, replacement value and amount of loss claimed.

4) give a signed and sworn proof of loss to the Company within 90 days after the loss, unless that time is extended in writing by the Company.  The proof of loss must state the knowledge and belief of the Insured as to:

   a) the time and origin of the loss.

   b) the Insured's interest and that of all others in the property.

   c) the **actual cash value** and replacement value of each item and the amount of loss to each item; all encumbrances; and all other contracts of insurance, whether valid or not, covering any of the property.

   d) any changes in the title, use, occupation, location, possession or exposures of the property since the effective date of this Policy.

   e) by whom and for what purpose any **location** insured by this Policy was occupied on the date of loss, and whether or not it then stood on leased ground.

5) include a copy of all the descriptions and schedules in all policies and, if required, provide verified plans and specifications of any buildings, fixtures, machinery or equipment destroyed or damaged.

6) further, the Insured, will as often as may be reasonably required:

   a) exhibit to any person designated by the Company all that remains of any property;

   b) submit to examination under oath by any person designated by the Company and sign the written records of examinations; and

   c) produce for examination at the request of the Company:

      (i)  all books of accounts, business records, bills, invoices and other vouchers; or

      (ii) certified copies if originals are lost,

   at such reasonable times and places that may be designated by the Company or its representative and permit extracts and machine copies to be made.

POLICY-003

Case ID: 210900124



Account No.   1-56307
Policy No.   1056619

2.   **CURRENCY FOR LOSS PAYMENT**

Losses will be adjusted and paid in the currency of the United States of America, except in Canada where losses will be paid in Canadian currency, unless directed otherwise by the Insured.

3.   **PARTIAL PAYMENT OF LOSS SETTLEMENT**

In the event of insured physical loss or damage determined by the Company's representatives to be in excess of the applicable Policy deductible, the Company will advance mutually agreed upon partial payment(s), subject to the Policy's provisions.  To obtain such partial payments, the Insured will submit a signed and sworn Proof of Loss as described in this Policy, with adequate supporting documentation.

4.   **COLLECTION FROM OTHERS**

The Company will not be liable for any loss to the extent that the Insured has collected for such loss from others.

5.   **SUBROGATION**

The Insured is required to cooperate in any subrogation proceedings.  The Company may require from the Insured an assignment or other transfer of all rights of recovery against any party for loss to the extent of the Company's payment.

The Company will not acquire any rights of recovery that the Insured has expressly waived prior to a loss, nor will such waiver affect the Insured's rights under this Policy.

Any recovery from subrogation proceedings, less costs incurred by the Company in such proceedings, will be payable to the Insured in the proportion that the amount of:

1)   any applicable deductible; and/or

2)   any provable uninsured loss,

bears to the entire provable loss amount.

6.   **COMPANY OPTION**

The Company has the option to take all or any part of damaged property at the agreed or appraised value.  The Company must give notice to the Insured of its intention to do so within 30 days after receipt of Proof of Loss.

7.   **ABANDONMENT**

There may be no abandonment of any property to the Company.

8.   **APPRAISAL**

If the Insured and the Company fail to agree on the amount of loss, each will, on the written demand of either, select a competent and disinterested appraiser after:

1)   the Insured has fully complied with all provisions of this Policy, including REQUIREMENTS IN CASE OF LOSS; and

Case ID: 210900124



2)      the Company has received a signed and sworn Proof of Loss from the Insured.

Each will notify the other of the appraiser selected within 20 days of such demand.

The appraisers will first select a competent and disinterested umpire.  If the appraisers fail to agree upon an umpire within 30 days then, on the request of the Insured or the Company, the umpire will be selected by a judge of a court of record in the jurisdiction in which the appraisal is pending.  The appraisers will then appraise the amount of loss, stating separately **actual cash value** and replacement cost value as of the date of loss and the amount of loss, for each item of physical loss or damage or if, for TIME ELEMENT loss, the amount of loss for each TIME ELEMENT coverage of this Policy.

If the appraisers fail to agree, they will submit their differences to the umpire.  An award agreed to in writing by any two will determine the amount of loss.

The Insured and the Company will each:

1)      pay its chosen appraiser; and

2)      bear equally the other expenses of the appraisal and umpire.

A demand for APPRAISAL shall not relieve the Insured of its continuing obligation to comply with the terms and conditions of this Policy, including as provided under REQUIREMENTS IN CASE OF LOSS.

The Company will not be held to have waived any of its rights by any act relating to appraisal.

## 9.    SUIT AGAINST THE COMPANY

No suit, action or proceeding for the recovery of any claim will be sustained in any court of law or equity unless:

1)      the Insured has fully complied with all the provisions of this Policy; and

2)      legal action is started within twelve months after inception of the loss.

If under the insurance laws of the jurisdiction in which the property is located, such twelve months' limitation is invalid, then any such legal action must be started within the shortest limit of time permitted by such laws.

## 10.    SETTLEMENT OF CLAIMS

The amount of loss for which the Company may be liable will be paid within 30 days after:

A.      proof of loss as described in this Policy is received by the Company; and

B.      when a resolution of the amount of loss is made either by:

1)      written agreement between the Insured and the Company; or

2)      the filing with the Company of an award as provided in the APPRAISAL clause of this section.

Case ID: 210900124



Account No.   1-56307
Policy No.   1056619

Advantage - TE Select - US North America - 2016 (2019 update) ©2019 FM Global. All rights reserved
POLICY-008
Case ID: 210900124



**Account No.   1-56307**
**Policy No.   1056619**

## GENERAL PROVISIONS

**1.    CANCELLATION/NON-RENEWAL**

This Policy may be:

A.    cancelled at any time at the request of the Insured by surrendering this Policy to the Company or by giving written notice to the Company stating when such cancellation will take effect; or

B.    cancelled by the Company by giving the Insured not less than:

    1)   60 days' written notice of cancellation; or

    2)   10 days' written notice of cancellation if the Insured fails to remit, when due, payment of premium for this Policy; or

C.    non-renewed by the Company by giving the Insured not less than 60 days' written notice of non-renewal.

Return of any unearned premium will be calculated on the customary short rate basis if the Insured cancels and on a pro-rata basis if the Company cancels this Policy.  Return of any unearned premium will be made by the Company as soon as practicable.

**2.    INSPECTIONS**

The Company, at all reasonable times, will be permitted, but will not have the duty, to inspect insured property.  The Company does not address life, safety or health issues.

The Company's:

A.    right to make inspections;

B.    making of inspections; or

C.    providing recommendations or other information in connection with any inspections,

will not constitute an undertaking, on behalf of or for the benefit of the Insured or others.  The Company will have no liability to the Insured or any other person because of any inspection or failure to inspect.

When the Company is not providing jurisdictional inspections, the Owner/Operator has the responsibility to assure that jurisdictional inspections are performed as required, and to assure that required jurisdictional Operating Certificates are current for their pressure equipment.

**3.    PROVISIONS APPLICABLE TO SPECIFIC JURISDICTIONS**

A.    If the provisions of this Policy conflict with the laws of any jurisdictions in which this Policy applies, and if certain provisions are required by law to be stated in this Policy, this Policy will be read so as to eliminate such conflict or deemed to include such provisions for insured **locations** within such jurisdictions.

POLICY-069                        Case ID: 210900124



B.   The Company will provide to the Insured copies of endorsements mandated for use by the laws of provinces in Canada.  The endorsements modify this Policy with respect to any insured property located in the province in which the endorsement applies.

C.   The Company will provide to the Insured copies of endorsements mandated for use by the laws of states in the United States of America.  The endorsements modify this Policy with respect to any insured property located in the state in which the endorsement applies.

D.   In respect of any insured property located in France or in French territories, coverage is provided for loss or damage caused by or resulting from acts of terrorism committed within France or within French territories, in accordance with articles L126-2, R126-1 and R126-2 of the Insurance Code and decree 2001-1337 dated 28 December 2001.

E.   Notwithstanding anything contained in this Policy to the contrary, there is no coverage for loss or damage and any resulting TIME ELEMENT loss, as provided in the TIME ELEMENT section of this Policy, caused by or resulting from the following regardless of any other cause or event contributing concurrently or in any other sequence to the loss:

   1)   **terrorism** for property located in **Great Britain**.

F.   Coverage is provided for physical loss or damage and any resulting TIME ELEMENT loss as provided in the TIME ELEMENT section of this Policy to insured property in Northern Ireland occasioned by or happening through or in consequence directly or indirectly of:

   1)   riot, civil commotion and (except in respect of loss or damage and resulting TIME ELEMENT loss by fire or explosion) strikers, locked-out workers or persons taking part in labor disturbances or malicious persons; and

   2)   **terrorism**,

   subject to liability of the Company only to be for the extent of the loss not recoverable by the Insured under the "Criminal Damage (Compensation) (Northern Ireland) Order 1977" or subsequent legislation; and to all other terms, conditions and limits of this Policy.

G    For any insured property located in Norway, this Policy insures against loss or damage to insured property resulting from Natural Catastrophe perils as designated in the Act of Natural Perils of June 16th, 1989.

H.   With respect to any insured property in South Africa, the following conditions additionally apply:

   Notwithstanding anything contained herein to the contrary:

   1)   This Policy does not cover loss of or damage directly or indirectly to property related to or caused by:

      a)   civil commotion, labour disturbances, riot, strike, lockout or public disorder or any act or activity which is calculated or directed to bring about any of the above;

      b)   war, invasion, act of foreign enemy, hostilities or warlike operations (whether war be declared or not) or civil war;

      c)   (i)   mutiny, military rising, military or usurped power, martial law or state of siege,

POLICY_070



or any other event or cause which determines the proclamation or maintenance of martial law or siege;

(ii)  insurrection, rebellion or revolution.

d)  any act (whether on behalf of any organization, body or person, or group of persons) calculated or directed to overthrow or influence any state or government, or any provincial, local or tribal authority with force, or by means of fear, terrorism or violence;

e)  any act which is calculated or directed to bring about loss or damage in order to further any political aim, objective or cause or to bring about any social or economic change, or in protest against any state or government, or any provincial, local or tribal authority, or for the purpose of inspiring fear in the public, or any section thereof;

f)  any attempt to perform any act referred to in clause d or e above;

g)  The act of any lawfully established authority in controlling, preventing, suppressing or in any other way dealing with any event referred to in clause a, b, c, d, e or f above.

If the Insurers allege that by reason of clauses a, b, c, d, e, f, or g of this exclusion, loss or damage is not covered by this Policy, the burden of proving the contrary will rest on the Insured.

2)  This Policy does not cover loss or damage caused directly or indirectly by or through or in consequence of any event for which a fund has been established in terms of the War Damage Insurance and Compensation Act 1976 (No. 85 of 1976) or any similar Act operative in any of the territories to which this Policy applies.

I.  As respects the United States, its territories and possessions and the Commonwealth of Puerto Rico, the definition of **terrorism** is declared null and void and it is agreed that an event defined as a Certified Act of Terrorism under the terms of the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT(S) attached to this Policy shall be considered an act of **terrorism** within the terms of this Policy.  Coverage recoverable under the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT(S) is excluded from any other coverage under this Policy. Any difference in limit between loss recoverable under the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT(S) and this Policy is not recoverable under this Policy.

## 4.  LIBERALIZATION

If during the period that insurance is in force under this Policy, any filed rules or regulations affecting the same are revised by statute so as to broaden the insurance without additional premium charge, such extended or broadened insurance will inure to the benefit of the Insured within such jurisdiction, effective the date of the change specified in such statute.

## 5.  MISREPRESENTATION AND FRAUD

This entire Policy will be void if, whether before or after a loss, an Insured has:

POLICY_011

Case ID: 210900124



A.   willfully concealed or misrepresented any material fact or circumstance concerning this insurance, the subject thereof, any insurance claim, or the interest of an Insured.

B.   made any attempt to defraud the Company.

C.   made any false swearing.

## 6.   LENDERS LOSS PAYEE AND MORTGAGEE INTERESTS AND OBLIGATIONS

A.   The Company will pay for loss to specified property insured under this Policy to each specified Lender Loss Payee (hereinafter referred to as Lender) as its interest may appear, and to each specified Mortgagee as its interest may appear, under all present or future mortgages upon such property, in order of precedence of the mortgages.

B.   The interest of the Lender or Mortgagee (as the case may be) in property insured under this Policy will not be invalidated by:

   1)   any act or neglect of the debtor, mortgagor, or owner (as the case may be) of the property.

   2)   foreclosure, notice of sale, or similar proceedings with respect to the property.

   3)   change in the title or ownership of the property.

   4)   change to a more hazardous occupancy.

   The Lender or Mortgagee will notify the Company of any known change in ownership, occupancy, or hazard and, within 10 days of written request by the Company, may pay the increased premium associated with such known change.  If the Lender or Mortgagee fails to pay the increased premium, all coverage under this Policy will cease.

C.   If this Policy is cancelled at the request of the Insured or its agent, the coverage for the interest of the Lender or Mortgagee will terminate 10 days after the Company sends to the Lender or Mortgagee written notice of cancellation, unless:

   1)   sooner terminated by authorization, consent, approval, acceptance, or ratification of the Insured's action by the Lender or Mortgagee, or its agent.

   2)   this Policy is replaced by the Insured, with a policy providing coverage for the interest of the Lender or Mortgagee, in which event coverage under this Policy with respect to such interest will terminate as of the effective date of the replacement policy, notwithstanding any other provision of this Policy.

D.   The Company may cancel this Policy and/or the interest of the Lender or Mortgagee under this Policy, by giving the Lender or Mortgagee written notice 60 days prior to the effective date of cancellation, if cancellation is for any reason other than non-payment.  If the debtor, mortgagor, or owner has failed to pay any premium due under this Policy, the Company may cancel this Policy for such non-payment, but will give the Lender or Mortgagee written notice 10 days prior to the effective date of cancellation.  If the Lender or Mortgagee fails to pay the premium due by the specified cancellation date, all coverage under this Policy will cease.

POLICY-072



E.      The Company has the right to invoke this Policy's SUSPENSION clause.  The suspension of insurance will apply to the interest of the Lender or Mortgagee in any machine, vessel, or part of any machine or vessel, subject to the suspension.  The Company will provide the Lender or Mortgagee at the last known address a copy of the suspension notice.

F.      If the Company pays the Lender or Mortgagee for any loss, and denies payment to the debtor, mortgagor or owner, the Company will, to the extent of the payment made to the Lender or Mortgagee be subrogated to the rights of the Lender or Mortgagee under all securities held as collateral to the debt or mortgage.  No subrogation will impair the right of the Lender or Mortgagee to sue or recover the full amount of its claim.  At its option, the Company may pay to the Lender or Mortgagee the whole principal due on the debt or mortgage plus any accrued interest.  In this event, all rights and securities will be assigned and transferred from the Lender or Mortgagee to the Company, and the remaining debt or mortgage will be paid to the Company.

G.      If the Insured fails to render proof of loss, the Lender or Mortgagee, upon notice of the Insured's failure to do so, will render proof of loss within 60 days of notice and will be subject to the provisions of this Policy relating to APPRAISAL, SETTLEMENT OF CLAIMS, and SUIT AGAINST THE COMPANY.

H.      Other provisions relating to the interests and obligations of the Lender or Mortgagee may be added to this Policy by agreement in writing.

## 7.   OTHER INSURANCE

A.      If there is any other insurance that would apply in the absence of this Policy, this Policy will apply only after such insurance whether collectible or not.

B.      In no event will this Policy apply as contributing insurance.

C.      The Insured is permitted to have other insurance over any limits or sublimits of liability specified elsewhere in this Policy without prejudice to this Policy.  The existence of any such insurance will not reduce any limit or sublimit of liability in this Policy.  Any other insurance that would have provided primary coverage in the absence of this Policy will not be considered excess.

D.      The Insured is permitted to have other insurance for all, or any part, of any deductible in this Policy.  The existence of such other insurance will not prejudice recovery under this Policy.  If the limits of liability of such other insurance are greater than this Policy's applicable deductible, this Policy's insurance will apply only after such other insurance has been exhausted.

E.      If this Policy is deemed to contribute with other insurance, the limit of liability applicable at each **location**, for the purposes of such contribution with other insurers, will be the latest amount described in this Policy or the latest **location** value on file with the Company.

F.      National Flood Insurance Program: This Policy shall respond as excess over those terms and conditions concurrent with the Standard Flood Insurance Policy issued to the Insured, its renewal or replacement thereof.

The **flood** deductible for Location No. 1, ID No. 0039 and 0040; Location No. 46; Location No. 35 for the two lane entrance for approximately 500ft of roadway and Location No. 163

Advantage - TE Select - US North America - 2016 (2019 update) ©2019 FM Global. All rights reserved

POLICY-073
Case ID: 210900124



as described on the Schedule of Locations will be reduced by one dollar for each dollar recovered under the Standard Flood Insurance Policy until no deductible applies.

It is agreed that the Insured will purchase **flood** insurance for Location No. 1, ID No. 0039 and 0040; Location No. 46; Location No. 35 for the two lane entrance for approximately 500ft of roadway and Location No. 163 as described on the Schedule of Locations from the National Flood Insurance Program and will maintain the maximum amount of available flood insurance for building and contents under the National Flood Insurance Program.

If for any reason the National Flood Insurance Program Standard Flood Insurance Policy should not be in force at the time of loss, this Policy will respond as if the terms and conditions of the Standard Flood Insurance policy were in force and the maximum amount of available flood insurance for building and contents coverage had been purchased from the National Flood Insurance Program.

G.   Primary Policy:

1)   The Insured has purchased other insurance in a Primary Policy issued with PICC Property and Casualty Company Limited, Beijing Branch Policy Number PQYC201811020000002425, its renewal or replacement thereof.

2)   Coverage provided under such Primary Policy that is also provided under this Policy shall be considered primary insurance. Primary insurance is the first policy to respond to a loss.

3)   This Policy shall respond after the coverage provided under such Primary Policy that is also provided under this Policy has been exhausted.

4)   Any coverage provided by such Primary Policy that is not provided by this Policy does not extend to this Policy.

5)   The insolvency or inability to pay of the company issuing the Primary Policy shall in no event increase this Company's liability under this Policy nor in any way result in this Company becoming liable for any primary insurance.

6)   It is agreed that during the term of this Policy the Insured will not cancel or restrict such Primary Policy without the knowledge and consent of this Company. If such Primary Policy is cancelled, restricted or allowed to expire and not renewed without the knowledge and consent of this Company, this Policy will continue to apply as though such Primary Policy had been maintained in full force and effect.

## 8.   POLICY MODIFICATION

This Policy contains all of the agreements between the Insured and the Company concerning this insurance.  The Insured and the Company may request changes to this Policy.  This Policy can be changed only by endorsements issued by the Company and made a part of this Policy.

Notice to any agent or knowledge possessed by any agent or by any other person will not:

A.   create a waiver, or change any part of this Policy; or

B.   prevent the Company from asserting any rights under the provisions of this Policy.

POLICY 074

Case ID: 210900124



## 9.  REDUCTION BY LOSS

Claims paid under this Policy will not reduce its limit of liability, except claims paid will reduce any **annual aggregate** limit.

## 10.  SUSPENSION

On discovery of a dangerous condition, the Company may immediately suspend this insurance on any machine, vessel or part thereof by giving written notice to the Insured.  The suspended insurance may be reinstated by the Company.  Any unearned premium resulting from such suspension will be returned by the Company.

## 11.  TITLES

The titles in this Policy are only for reference.  The titles do not in any way affect the provisions of this Policy.

## 12.  ASSIGNMENT

Assignment of this Policy will not be valid except with the written consent of the Company.

## 13.  DEFINITIONS

The following terms when appearing in **boldface** in this Policy mean:

**actual cash value**:
the amount it would cost to repair or replace insured property, on the date of loss, with material of like kind and quality, with proper deduction for obsolescence and physical depreciation.

**annual aggregate**:
the Company's maximum amount payable during any policy year.

**communicable disease**:
disease which is:

A.  transmissible from human to human by direct or indirect contact with an affected individual or the individual's discharges, or

B.  Legionellosis.

**contaminant**:
anything that causes **contamination**.

**contamination**:
any condition of property due to the actual or suspected presence of any foreign substance, impurity, pollutant, hazardous material, poison, toxin, pathogen or pathogenic organism, bacteria, virus, disease causing or illness causing agent, fungus, mold or mildew.

**contingent time element location**:
A.  any **location**:

1)  of a direct customer, supplier, contract manufacturer or contract service provider to the Insured;

Advantage - TE Select - US North America - 2016 (2019 update) ©2019 FM Global. All rights reserved

Case ID: 210900124



2)   of any company under a royalty, licensing fee or commission agreement with the
Insured;

B.   any **location** of a company that is a direct or indirect customer, supplier, contract
manufacturer or contract service provider to a **location** described in A1 above,

not including **locations** of any company directly or indirectly supplying to, or receiving from, the
Insured, electricity, fuel, gas, water, steam, refrigeration, sewage, voice, data or video.

**cyber event**:
any act involving the malicious or unauthorized access to, operation of, or use of **electronic data
processing equipment or media**, regardless of any other cause or event contributing concurrently
or in any other sequence of loss.  However, physical loss or damage by fire, explosion or sprinkler
leakage resulting from **cyber event** will not be considered to be loss by **cyber event** within the
terms and conditions of this Policy.

**date or time recognition**:
the recognition, interpretation, calculation, comparison, differentiation, sequencing, accessing or
processing of data involving one or more dates or times, including the Year 2000.

**earth movement**:
any natural or man-made earth movement including, but not limited to earthquake or landslide,
regardless of any other cause or event contributing concurrently or in any other sequence of loss.
However, physical loss or damage by fire, explosion, sprinkler leakage, or **flood** resulting from
**earth movement** will not be considered to be loss by **earth movement** within the terms and
conditions of this Policy.

**electronic data processing equipment or media**:
any computer, computer system or component, hardware, network, microprocessor, microchip,
integrated circuit or similar devices or components in computer or non-computer equipment,
operating systems, data, programs or other software stored on electronic, electro-mechanical,
electro-magnetic data processing or production equipment, whether the property of the Insured or
not.

**flood**:
flood; surface waters; rising waters; storm surge, sea surge, wave wash; waves; tsunami; tide or
tidal water; the release of water, the rising, overflowing or breaking of boundaries of natural or
man-made bodies of water; or the spray therefrom; all whether driven by wind or not; or sewer
back-up resulting from any of the foregoing; regardless of any other cause or event, whether natural
or man-made, contributing concurrently or in any other sequence of loss.  Physical loss or damage
from **flood** associated with a storm or weather disturbance whether or not identified by name by
any meteorological authority, is considered to be **flood** within the terms of this Policy.  However,
physical loss or damage by fire, explosion or sprinkler leakage resulting from **flood** is not
considered to be loss by **flood** within the terms and conditions of this Policy.

**healthcare facility**:
facility where medicine is practiced.

**historic buildings**:
buildings which are declared by a local, state or federal authority to be of historical significance or
historical value and such property is regulated by the enforcement of any law or ordinance

Advantage - TE Select - US North America - 2016 (2019 update) ©2019 FM Global. All rights reserved

POLICY-070



**Account No.   1-56307**
**Policy No.   1056619**

regulating the construction, repair, replacement or use of buildings or structures at an insured **location**.

**irreplaceable**:
an item which cannot be replaced with other of like kind and quality.

**location**:
A.    as specified in the Schedule of Locations, or

B.    if not so specified in the Schedule of Locations:

    1)    a building, yard, dock, wharf, pier or bulkhead (or any group of the foregoing),

        a)    bounded on all sides by public streets, clear land space or open waterways, each not less than 50 feet/15 metres wide.  Any bridge or tunnel crossing such street, space or waterway will render such separation inoperative for the purpose of this definition.

**New Madrid Seismic Zone**:
Arkansas, United States of America, counties of:
Arkansas, Clay, Craighead, Crittenden, Cross, Fulton, Greene, Independence, Izard, Jackson, Lawrence, Lee, Lonoke, Mississippi, Monroe, Phillips, Poinsett, Prairie, Randolph, Sharp, St. Francis, White, Woodruff

Illinois, United States of America, counties of:
Alexander, Bond, Clay, Clinton, Crawford, Edwards, Effingham, Fayette, Franklin, Gallatin, Hamilton, Hardin, Jackson, Jasper, Jefferson, Johnson, Lawrence, Madison, Marion, Massac, Monroe, Perry, Pope, Pulaski, Randolph, Richland, Saline, St. Clair, Union, Wabash, Washington, Wayne, White, Williamson

Indiana, United States of America, counties of:
Gibson, Knox, Pike, Posey, Spencer, Vanderburgh, Warrick

Kentucky, United States of America, counties of:
Ballard, Caldwell, Calloway, Carlisle, Christian, Crittenden, Daviess, Fulton, Graves, Henderson, Hickman, Hopkins, Livingston, Lyon, Marshall, McCracken, McLean, Muhlenberg, Todd, Trigg, Union, Webster

Mississippi, United States of America, counties of:
Alcorn, Benton, Coahoma, De Soto, Lafayette, Marshall, Panola, Quitman, Tate, Tippah, Tunica

Missouri, United States of America, counties of:
Bollinger, Butler, Cape Girardeau, Carter, Dunklin, Iron, Jefferson, Madison, Mississippi, New Madrid, Oregon, Pemiscot, Perry, Reynolds, Ripley, Scott, Shannon, St. Francois, St. Louis, City of St. Louis, Ste. Genevieve, Stoddard, Washington, Wayne

Tennessee, United States of America, counties of:
Benton, Carroll, Chester, Crockett, Decatur, Dyer, Fayette, Gibson, Hardeman, Hardin, Haywood, Henderson, Henry, Houston, Humphreys, Lake, Lauderdale, Madison, McNairy, Montgomery, Obion, Perry, Shelby, Stewart, Tipton, Weakley

**normal**:
the condition that would have existed had no physical loss or damage happened.

Case ID: 210900124
POLICY 617



**normal cost**:
the cost associated with the movement of goods or materials suffering the disruption that the Insured would have incurred had no physical loss or damage causing disruption happened.

**occurrence**:
the sum total of all loss or damage of the type insured, including any insured TIME ELEMENT loss, arising out of or caused by one discrete event of physical loss or damage, except as respects the following:

A.   **terrorism**: **occurrence** shall mean the sum total of all loss or damage of the type insured, including any insured TIME ELEMENT loss, arising out of or caused by all acts of **terrorism** during a continuous period of seventy-two (72) hours.

B.   **earth movement**: **occurrence** shall mean the sum total of all loss or damage of the type insured, including any insured TIME ELEMENT loss, arising out of or caused by all **earth movement(s)** during a continuous period of seventy-two (72) hours.

**off-premises data processing or data transmission services**:
the storage or processing of data performed off-premises of the Insured's property, including the transmission of voice, data or video over a single, or combination of, computer or communication networks.

**Pacific Northwest Seismic Zone**:
Oregon, United States of America, counties of:
Benton, Clackamas, Clatsop, Columbia, Coos, Curry, Douglas, Hood River, Jackson, Josephine, Klamath, Lane, Lincoln, Linn, Marion, Multnomah, Polk, Tillamook, Washington, Yamhill

Washington, United States of America, counties of:
Chelan, Clallam, Clark, Cowlitz, Grays Harbor, Island, Jefferson, King, Kitsap, Kittitas, Lewis, Mason, Pacific, Pierce, San Juan, Skagit, Skamania, Snohomish, Thurston, Wahkiakum, Whatcom

British Columbia (includes Vancouver Island), Canada:
South of 50° N latitude and west of 120° W longitude

**period of operational testing**:
the period of time beginning 24 hours prior to the earlier of the following:

A.   introduction, into a system, of feedstock or other materials for processing or handling;

B.   commencement of fuel or energy supply to a system,

and ending with the earlier of the following:

A.   the expiration date or cancellation date of this Policy.

B.   if specified, the number of consecutive days shown in the LIMITS OF LIABILITY clause in the DECLARATIONS section.

**physical loss or damage to electronic data, programs or software**:
the destruction, distortion or corruption of electronic data, programs or software.

**representative company(ies)**:

POLICY-078       Case ID: 210900124



Factory Mutual Insurance Company, FM Insurance Company Limited or FM Insurance Europe S.A.; Affiliated FM Insurance Company; Appalachian Insurance Company or any other company issuing a local policy at the direction of the Company.

**soft costs**:
costs over and above those that are **normal** at an insured **location** undergoing renovation or in the course of construction, limited to the following:

A.   construction loan fees - the additional cost incurred to rearrange loans necessary for the completion of construction, repairs or reconstruction including; the cost to arrange refinancing, accounting work necessary to restructure financing, legal work necessary to prepare new documents, charges by the lenders for the extension or renewal of loans necessary.

B.   commitment fees, leasing and marketing expenses - the cost of returning any commitment fees received from prospective tenant(s) or purchaser(s), the cost of re-leasing and marketing due to loss of tenant(s) or purchaser(s).

C.   additional fees for architects, engineers, consultants, attorneys and accountants needed for the completion of construction, repairs or reconstruction.

D.   property taxes, building permits, additional interest on loans, realty taxes and insurance premiums.

**terrorism**:
any act, involving the use or threat of: force, violence, dangerous conduct, interference with the operations of any business, government or other organization or institution, or any similar act,

when the effect or apparent purpose is:

A.   to influence or instill fear in any government (de jure or de facto) or the public, or any segment of either; or

B.   to further or to express support for, or opposition to, any political, religious, social, ideological or similar type of objective or position.

**transmission and distribution systems**:
transmission and distribution systems including but not limited to electricity, gas, fuel, steam, water, refrigeration, sewerage, voice, data, and video.  Such systems shall include poles, towers and fixtures, overhead conductors and devices, underground and underwater conduit, underground and underwater conductors and devices, line transformers, service meters, street lighting and signal systems.

**valuable papers and records**:
written, printed or otherwise inscribed documents and records, including books, maps, films, drawings, abstracts, deeds, mortgages and manuscripts, all of which must be of value to the Insured.

**wind**:
direct action of wind including substance driven by wind.  **Wind** does not mean or include anything defined as **flood** in this Policy.

POLICY 079                    Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

**Account No. 1-56307**
**Policy No. 1056619**

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0007 | 034047.20 | Shops At Penn | 3401 Walnut Street | Philadelphia | Pennsylvania | 19104-3433 | Philadelphia | United States of America |
| | 0539 | 034047.20 | Hospital of the University of Pennsylvania | 3400 Spruce Street | Philadelphia | Pennsylvania | 19104-4274 | Philadelphia | United States of America |
| | 0088 | 034047.20 | Perry World House | 3803 Locust Walk | Philadelphia | Pennsylvania | 19104-6150 | Philadelphia | United States of America |
| | 0412 | 034047.20 | UCA Properties | 104 South 40th Street | Philadelphia | Pennsylvania | 19104-3079 | Philadelphia | United States of America |
| | 0049 | 034047.20 | Penn Park | 3000 Walnut Street | Philadelphia | Pennsylvania | 19104-3455 | Philadelphia | United States of America |
| | 0244 | 034047.20 | Levin Building, Neurobehavioral Sciences Building | 425 South University Avenue | Philadelphia | Pennsylvania | 19104-4544 | Philadelphia | United States of America |
| | 0053 | 034047.20 | Christian Association Building | 3701 Sansom Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0400 | 034047.20 | UCA Properties | 3914 Sansom Street | Philadelphia | Pennsylvania | 19104-3162 | Philadelphia | United States of America |
| | 0401 | 034047.20 | UCA Properties | 3916 Sansom Street | Philadelphia | Pennsylvania | 19104-3112 | Philadelphia | United States of America |
| | 0402 | 034047.20 | UCA Properties | 3918 Delancey Street | Philadelphia | Pennsylvania | 19104-4107 | Philadelphia | United States of America |
| | 0403 | 034047.20 | UCA Properties | 3920 Sansom Street | Philadelphia | Pennsylvania | 19104-3112 | Philadelphia | United States of America |
| | 0404 | 034047.20 | UCA Properties | 3932 Sansom Street | Philadelphia | Pennsylvania | 19104-3112 | Philadelphia | United States of America |
| | 0405 | 034047.20 | UCA Properties | 3934 Sansom Street | Philadelphia | Pennsylvania | 19104-3112 | Philadelphia | United States of America |
| | 0054 | 034047.20 | Public Safety Auxiliary (Parking Lot) | 4038 Chestnut Street | Philadelphia | Pennsylvania | 19104-3020 | Philadelphia | United States of America |
| | 0059 | 034047.20 | Civic House | 3914 Locust Walk | Philadelphia | Pennsylvania | 19104-6152 | Philadelphia | United States of America |

POLICY-030

Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

**Account No. 1-56307**
**Policy No. 1056619**

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0050 | 034047.20 | Footbridge M&S Mid Way Range | 3401 & 3451 Walnut St | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0067 | 034047.20 | Housekeeping Annex | 3808 Sansom St | Philadelphia | Pennsylvania | 19104-3191 | Philadelphia | United States of America |
| | 0043 | 034047.20 | Shoemaker Green | 217 S 33rd St | Philadelphia | Pennsylvania | 19104-3801 | Philadelphia | United States of America |
| | 0217 | 034047.20 | Netter Center for Community Partnership | 111 South 38th Street | Philadelphia | Pennsylvania | 19104-3411 | Philadelphia | United States of America |
| | 0212 | 034047.20 | TRL 30th Street Entrance | 126 South 30th Street | Philadelphia | Pennsylvania | 19104-3403 | Philadelphia | United States of America |
| | 0082 | 034047.20 | FRES | 3811 Walnut Street | Philadelphia | Pennsylvania | 19104-3604 | Philadelphia | United States of America |
| | 0413 | 034047.20 | UCA Properties | 108 South 40th Street | Philadelphia | Pennsylvania | 19104-3017 | Philadelphia | United States of America |
| | 0414 | 034047.20 | UCA Properties | 126 South 39th Street | Philadelphia | Pennsylvania | 19104-3611 | Philadelphia | United States of America |
| | 0415 | 034047.20 | UCA Properties | 206 South 42nd Street | Philadelphia | Pennsylvania | 19104-3557 | Philadelphia | United States of America |
| | 0416 | 034047.20 | UCA Properties | 212 South 42nd Street | Philadelphia | Pennsylvania | 19104-3558 | Philadelphia | United States of America |
| | 0417 | 034047.20 | UCA Properties | 214 South 42nd Street | Philadelphia | Pennsylvania | 19104-3559 | Philadelphia | United States of America |
| | 0420 | 034047.20 | UCA Properties | 3428 Sansom Street | Philadelphia | Pennsylvania | 19104-3416 | Philadelphia | United States of America |
| | 0423 | 034047.20 | UCA Properties | 3913 Pine Street | Philadelphia | Pennsylvania | 19104-4161 | Philadelphia | United States of America |
| | 0424 | 034047.20 | UCA Properties | 3914 Pine Street | Philadelphia | Pennsylvania | 19104-4102 | Philadelphia | United States of America |
| | 0425 | 034047.20 | UCA Properties | 3915 Pine Street | Philadelphia | Pennsylvania | 19104-4165 | Philadelphia | United States of America |
| | 0426 | 034047.20 | UCA Properties | 3917 Pine Street | Philadelphia | Pennsylvania | 19104-4167 | Philadelphia | United States of America |

POLICY-001

Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

**Account No. 1-56307**
**Policy No. 1056619**

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0427 | 034047.20 | UCA Properties | 3918 Pine Street | Philadelphia | Pennsylvania | 19104-4102 | Philadelphia | United States of America |
| | 0428 | 034047.20 | UCA Properties | 3919 Pine Street | Philadelphia | Pennsylvania | 19104-4168 | Philadelphia | United States of America |
| | 0429 | 034047.20 | UCA Properties | 3921 Pine Street | Philadelphia | Pennsylvania | 19104-4181 | Philadelphia | United States of America |
| | 0430 | 034047.20 | UCA Properties | 3922 Pine Street | Philadelphia | Pennsylvania | 19104-4102 | Philadelphia | United States of America |
| | 0431 | 034047.20 | UCA Properties | 3922 Sansom Street | Philadelphia | Pennsylvania | 19104-3112 | Philadelphia | United States of America |
| | 0432 | 034047.20 | UCA Properties | 3923 Pine Street | Philadelphia | Pennsylvania | 19104-4183 | Philadelphia | United States of America |
| | 0433 | 034047.20 | UCA Properties | 3924 Sansom Street | Philadelphia | Pennsylvania | 19104-3112 | Philadelphia | United States of America |
| | 0434 | 034047.20 | UCA Properties | 3925 Pine Street | Philadelphia | Pennsylvania | 19104-4184 | Philadelphia | United States of America |
| | 0435 | 034047.20 | UCA Properties | 3926 Pine Street | Philadelphia | Pennsylvania | 19104-4102 | Philadelphia | United States of America |
| | 0436 | 034047.20 | UCA Properties | 3926 Sansom Street | Philadelphia | Pennsylvania | 19104-3112 | Philadelphia | United States of America |
| | 0439 | 034047.20 | UCA Properties | 3933 Pine Street | Philadelphia | Pennsylvania | 19104-4188 | Philadelphia | United States of America |
| | 0440 | 034047.20 | UCA Properties - Office of Fraternity and Sorority Affairs | 3933 Walnut Street | Philadelphia | Pennsylvania | 19104-6136 | Philadelphia | United States of America |
| | 0441 | 034047.20 | UCA Properties | 3935 Baltimore Avenue | Philadelphia | Pennsylvania | 19104-4503 | Philadelphia | United States of America |
| | 0442 | 034047.20 | UCA Properties | 3935 Pine Street | Philadelphia | Pennsylvania | 19104-4189 | Philadelphia | United States of America |
| | 0443 | 034047.20 | UCA Properties | 3937 Pine Street | Philadelphia | Pennsylvania | 19104-4190 | Philadelphia | United States of America |
| | 0444 | 034047.20 | UCA Properties | 3938 Delancey Street | Philadelphia | Pennsylvania | 19104-4107 | Philadelphia | United States of America |

Case ID: 210900124
POLICY-002



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

**Account No. 1-56307**
**Policy No. 1056619**

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0445 | 034047.20 | UCA Properties | 3939 Pine Street | Philadelphia | Pennsylvania | 19104-4191 | Philadelphia | United States of America |
| | 0446 | 034047.20 | UCA Properties | 3940 Pine Street | Philadelphia | Pennsylvania | 19104-4102 | Philadelphia | United States of America |
| | 0447 | 034047.20 | UCA Properties | 3942 Pine Street | Philadelphia | Pennsylvania | 19104-4164 | Philadelphia | United States of America |
| | 0449 | 034047.20 | UCA Properties | 3954 Pine Street | Philadelphia | Pennsylvania | 19104-4102 | Philadelphia | United States of America |
| | 0450 | 034047.20 | UCA Properties | 3960 Pine Street | Philadelphia | Pennsylvania | 19104-4100 | Philadelphia | United States of America |
| | 0451 | 034047.20 | UCA Properties | 4000 Chestnut Street | Philadelphia | Pennsylvania | 19104-3588 | Philadelphia | United States of America |
| | 0452 | 034047.20 | UCA Properties | 4002 Chestnut Street | Philadelphia | Pennsylvania | 19104-3020 | Philadelphia | United States of America |
| | 0453 | 034047.20 | UCA Properties | 4007 Chestnut Street | Philadelphia | Pennsylvania | 19104-3000 | Philadelphia | United States of America |
| | 0499 | 034047.20 | UCA Properties | 4009 Chestnut Street | Philadelphia | Pennsylvania | 19104-3243 | Philadelphia | United States of America |
| | 0455 | 034047.20 | UCA Properties | 4013 Chestnut Street | Philadelphia | Pennsylvania | 19104-3019 | Philadelphia | United States of America |
| | 0457 | 034047.20 | UCA Properties | 4025-27 Locust Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0458 | 034047.20 | UCA Properties | 4032 Locust Street | Philadelphia | Pennsylvania | 19104-3507 | Philadelphia | United States of America |
| | 0459 | 034047.20 | UCA Properties | 4033 Baltimore Avenue | Philadelphia | Pennsylvania | 19104-4525 | Philadelphia | United States of America |
| | 0460 | 034047.20 | UCA Properties | 4035 Walnut Street | Philadelphia | Pennsylvania | 19104-3513 | Philadelphia | United States of America |
| | 0462 | 034047.20 | UCA Properties | 4047 Locust Street | Philadelphia | Pennsylvania | 19104-3519 | Philadelphia | United States of America |
| | 0463 | 034047.20 | UCA Properties | 4054 Spruce Street | Philadelphia | Pennsylvania | 19104-7307 | Philadelphia | United States of America |

POLICY 003

Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0464 | 034047.20 | UCA Properties | 407 South 40th Street | Philadelphia | Pennsylvania | 19104-4144 | Philadelphia | United States of America |
| | 0465 | 034047.20 | UCA Properties | 4124 Ludlow Street | Philadelphia | Pennsylvania | 19104-3036 | Philadelphia | United States of America |
| | 0466 | 034047.20 | UCA Properties | 413 South 40th Street | Philadelphia | Pennsylvania | 19104-4142 | Philadelphia | United States of America |
| | 0473 | 034047.20 | UCA Properties - Cavanaugh's Restaurant | 125 South 39th Street | Philadelphia | Pennsylvania | 19104-3610 | Philadelphia | United States of America |
| | 0478 | 034047.20 | UCA Properties - Office Building | 4104 Walnut Street | Philadelphia | Pennsylvania | 19104-3511 | Philadelphia | United States of America |
| | 0100 | 034047.20 | UCA Properties - Police Mini Station | 3927-29  Walnut Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0700 | 034047.20 | Main Campus -  UCA Properties - Penn Law School | 3406 Sansom Street | Philadelphia | Pennsylvania | 19104-3404 | Philadelphia | United States of America |
| | 0480 | 034047.20 | UCA Properties - Solar | 3920 Spruce Street | Philadelphia | Pennsylvania | 19104-4113 | Philadelphia | United States of America |
| | 0486 | 034047.20 | UCA Properties | 3725-45 Walnut Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0493 | 034047.20 | UCA Properties | 4258-60 Chestnut Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0487 | 034047.20 | UCA Properties | 115-23 40th Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0494 | 034047.20 | UCA Properties | 502 Woodland Terrace | Philadelphia | Pennsylvania | 19104-4564 | Philadelphia | United States of America |
| | 0488 | 034047.20 | UCA Properties | 3930 Sansom Street | Philadelphia | Pennsylvania | 19104-3112 | Philadelphia | United States of America |
| | 0418 | 034047.20 | UCA Properties - Wallingford Apartments | 20-22 S. 39th Street | Wallingford | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0490 | 034047.20 | UCA Properties - Parking Lot | 3912 Chestnut Street | Philadelphia | Pennsylvania | 19104-3111 | Philadelphia | United States of America |

POLICY-684

Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0491 | 034047.20 | UCA Properties | 122 South 39th Street | Philadelphia | Pennsylvania | 19104-3613 | Philadelphia | United States of America |
| | 0544 | 034047.20 | Hospital of the University of Pennsylvania - Mobile Equipment | 3400 Spruce Street | Philadelphia | Pennsylvania | 19104-4274 | Philadelphia | United States of America |
| | 0008 | 034047.20 | University Shop. Center, Hamilton Village | 220 S 40th St | Philadelphia | Pennsylvania | 19104-3543 | Philadelphia | United States of America |
| | 0009 | 034047.20 | Parking Garage No. 37 | 3335 Chestnut Street | Philadelphia | Pennsylvania | 19104-3328 | Philadelphia | United States of America |
| | 0406 | 034047.20 | UCA Properties - Azalea Court | 400 South 40th Street | Philadelphia | Pennsylvania | 19104-6701 | Philadelphia | United States of America |
| | 0407 | 034047.20 | UCA Properties | 4200 Pine Street | Philadelphia | Pennsylvania | 19104-4948 | Philadelphia | United States of America |
| | 0055 | 034047.20 | Alfred Greenfield Intercultural Center & Carriage House | 3708 Chestnut Street | Philadelphia | Pennsylvania | 19104-6188 | Philadelphia | United States of America |
| | 0199 | 034047.20 | Perelman School of Medicine - Anatomy, Chemistry Wing | 3620 Hamilton Walk | Philadelphia | Pennsylvania | 19104-4799 | Philadelphia | United States of America |
| | 0056 | 034047.20 | Science Center | 3440 Market Street | Philadelphia | Pennsylvania | 19104-3325 | Philadelphia | United States of America |
| | 0001 | 034047.20 | Annenberg Center | 3680 Walnut Street | Philadelphia | Pennsylvania | 19104-6219 | Philadelphia | United States of America |
| | 0002 | 034047.20 | Annenberg Public Policy Center | 202 South 36th Street | Philadelphia | Pennsylvania | 19104-3806 | Philadelphia | United States of America |
| | 0003 | 034047.20 | Annenberg School | 3620 Walnut Street | Philadelphia | Pennsylvania | 19104-6220 | Philadelphia | United States of America |
| | 0408 | 034047.20 | UCA Properties - Berkshire Apartments | 4101-03 Spruce Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |

POLICY 003   Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0200 | 034047.20 | Perelman School of Medicine- Bio- Medical Research Building II | 421 Curie Boulevard | Philadelphia | Pennsylvania | 19104-4863 | Philadelphia | United States of America |
| | 0201 | 034047.20 | Perelman School of Medicine - Blockley Hall | 423 Guardian Drive | Philadelphia | Pennsylvania | 19104-4865 | Philadelphia | United States of America |
| | 0245 | 034047.20 | Center for Greater Philadelphia - Board Of Medical Examiners Building | 3700 Market Street, Suite 308 | Philadelphia | Pennsylvania | 19104-3190 | Philadelphia | United States of America |
| | 0057 | 034047.20 | Carriage House/LGBT Center | 3907 Spruce Street | Philadelphia | Pennsylvania | 19104-6031 | Philadelphia | United States of America |
| | 0279 | 034047.20 | Caster Building | 3701 Locust Walk | Philadelphia | Pennsylvania | 19104-6214 | Philadelphia | United States of America |
| | 0260 | 034047.20 | Charles Adams Hall | 200 South 36th Street | Philadelphia | Pennsylvania | 19104-6221 | Philadelphia | United States of America |
| | 0218 | 034047.20 | Chemistry Laboratories: Cret Wing | 231 South 34th Street | Philadelphia | Pennsylvania | 19104-3816 | Philadelphia | United States of America |
| | 0202 | 034047.20 | Perelman School of Medicine - Chestnut Hall Apartments (Treatment Research Center Lease) | 3900 Chestnut Street | Philadelphia | Pennsylvania | 19104-3179 | Philadelphia | United States of America |
| | 0096 | 034047.20 | Chill-Elect Substations | 3401 & 3451 Walnut St | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0058 | 034047.20 | The ARCH | 3601 Locust Walk | Philadelphia | Pennsylvania | 19104-6224 | Philadelphia | United States of America |
| | 0010 | 034047.20 | Class 1923 Ice Rink | 3130 Walnut Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0011 | 034047.20 | Class 1925 House | 3941 Irving Street | Philadelphia | Pennsylvania | 19104-3700 | Philadelphia | United States of America |

POLICY 036

Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0012 | 034047.20 | Class Of 1920 Dining Commons And Garage | 3800 Locust Walk | Philadelphia | Pennsylvania | 19104-6139 | Philadelphia | United States of America |
| | 0203 | 034047.20 | Clinical Research Building | 415 Curie Boulevard | Philadelphia | Pennsylvania | 19104-6140 | Philadelphia | United States of America |
| | 0060 | 034047.20 | College Hall | 3450 Woodland Walk | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0387 | 034047.20 | The Wharton School - Colonial Penn Center | 3641-43 Locust Walk | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0061 | 034047.20 | Comm Block | 3401 Walnut Street | Philadelphia | Pennsylvania | 19104-3433 | Philadelphia | United States of America |
| | 0204 | 034047.20 | Perelman School of Medicine - Cyclotron | 420 Curie Boulevard | Philadelphia | Pennsylvania | 19104-4217 | Philadelphia | United States of America |
| | 0062 | 034047.20 | Van Pelt - Dietrich Library Center | 3420 Walnut Street | Philadelphia | Pennsylvania | 19104-6276 | Philadelphia | United States of America |
| | 0013 | 034047.20 | Dubois College House | 3900 Walnut Street | Philadelphia | Pennsylvania | 19104-3609 | Philadelphia | United States of America |
| | 0219 | 034047.20 | Eisenlohr Annex | 3808-10 Walnut Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0063 | 034047.20 | Eisenlohr Hall/ President's House | 3812 Walnut Street | Philadelphia | Pennsylvania | 19104-6137 | Philadelphia | United States of America |
| | 0014 | 034047.20 | English House | 3565 Sansom St | Philadelphia | Pennsylvania | 19104-3464 | Philadelphia | United States of America |
| | 0251 | 034047.20 | Evans Dental Institute | 4001 Spruce Street | Philadelphia | Pennsylvania | 19104-6003 | Philadelphia | United States of America |
| | 0220 | 034047.20 | Fox-Fels Hall | 3814 Walnut Street | Philadelphia | Pennsylvania | 19104-6197 | Philadelphia | United States of America |
| | 0261 | 034047.20 | Meyerson Hall | 210 South 34th Street | Philadelphia | Pennsylvania | 19104-3899 | Philadelphia | United States of America |
| | 0221 | 034047.20 | Fisher-Bennett Hall | 3340 Walnut Street | Philadelphia | Pennsylvania | 19104-6203 | Philadelphia | United States of America |
| | 0064 | 034047.20 | Franklin Building | 3451 Walnut Street | Philadelphia | Pennsylvania | 19104-6205 | Philadelphia | United States of America |

POLICY 087

Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0065 | 034047.20 | Franklin Building Annex | 125 S. 36th Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0036 | 034047.20 | Franklin Field - Weiss Weight Room Pavilion | 233 South 33rd Street | Philadelphia | Pennsylvania | 19104-3809 | Philadelphia | United States of America |
| | 0037 | 034047.20 | Franklin Field Footbridge | 233 South 33rd Street | Philadelphia | Pennsylvania | 19104-3809 | Philadelphia | United States of America |
| | 0038 | 034047.20 | Franklin Field Stadium/Munger Complex | 233 South 33rd Street | Philadelphia | Pennsylvania | 19104-3809 | Philadelphia | United States of America |
| | 0178 | 034047.20 | Phi Kappa Psi Fraternity | 3934 Spruce Street | Philadelphia | Pennsylvania | 19104-4178 | Philadelphia | United States of America |
| | 0193 | 034047.20 | Lambda Chi Alpha Fraternity | 128 S 39th St | Philadelphia | Pennsylvania | 19104-3611 | Philadelphia | United States of America |
| | 0189 | 034047.20 | Lambda Chi Alpha Fraternity | 128 South 39th Street | Philadelphia | Pennsylvania | 19104-3611 | Philadelphia | United States of America |
| | 0190 | 034047.20 | Kappa Alpha Society | 124 South 39th Street | Philadelphia | Pennsylvania | 19104-3611 | Philadelphia | United States of America |
| | 0500 | 034047.20 | UCA Properties | 4025-4033 Pine Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0268 | 034047.20 | Graduate Research Wing of the Moore School | 200 South 33rd Street | Philadelphia | Pennsylvania | 19104-3802 | Philadelphia | United States of America |
| | 0269 | 034047.20 | Moore School Building | 200 South 33rd Street | Philadelphia | Pennsylvania | 19104-3802 | Philadelphia | United States of America |
| | 0263 | 034047.20 | Morgan Building | 205 South 34th Street | Philadelphia | Pennsylvania | 19104-6312 | Philadelphia | United States of America |
| | 0073 | 034047.20 | Module 7 Utility 7 | 601 South University Avenue | Philadelphia | Pennsylvania | 19104-4574 | Philadelphia | United States of America |
| | 0074 | 034047.20 | Museum of Archaeology and Anthropology | 3260 South Street | Philadelphia | Pennsylvania | 19104-4379 | Philadelphia | United States of America |

POLICY-088



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0021 | 034047.20 | Museum Garage No. 7 | 3200 South Street | Philadelphia | Pennsylvania | 19104-4314 | Philadelphia | United States of America |
| | 0075 | 034047.20 | Music Building (Van Pelt Annex) | 201 South 34th Street | Philadelphia | Pennsylvania | 19104-3803 | Philadelphia | United States of America |
| | 0022 | 034047.20 | Sansom Place East | 3600 Chestnut Street | Philadelphia | Pennsylvania | 19104-3208 | Philadelphia | United States of America |
| | 0275 | 034047.20 | Claire M. Fagin Hall | 418 Curie Boulevard | Philadelphia | Pennsylvania | 19104-4217 | Philadelphia | United States of America |
| | 0044 | 034047.20 | Palestra | 223 S 33rd St | Philadelphia | Pennsylvania | 19104-3801 | Philadelphia | United States of America |
| | 0023 | 034047.20 | Parking Garage: Walnut 32 | 3201 Walnut Street | Philadelphia | Pennsylvania | 19104-3405 | Philadelphia | United States of America |
| | 0024 | 034047.20 | School of Education, Parking Garage No. 28 | 3720 Walnut St | Philadelphia | Pennsylvania | 19104-6241 | Philadelphia | United States of America |
| | 0025 | 034047.20 | Retail Space and Parking Garage 38 | 119 South 38th Street | Philadelphia | Pennsylvania | 19104-3136 | Philadelphia | United States of America |
| | 0236 | 034047.20 | Solomon Building | 3720 Walnut Street | Philadelphia | Pennsylvania | 19104-6241 | Philadelphia | United States of America |
| | 0262 | 034047.20 | Furness-Duhring Building | 236 S 34th St | Philadelphia | Pennsylvania | 19104-3804 | Philadelphia | United States of America |
| | 0035 | 034047.20 | Gimble Gymnasium/David Pottruck Health & Fitness | 3701 Walnut Street | Philadelphia | Pennsylvania | 19104-6194 | Philadelphia | United States of America |
| | 0117 | 034047.20 | Gittis Hall | 3443 Sansom Street | Philadelphia | Pennsylvania | 19104-3426 | Philadelphia | United States of America |
| | 0222 | 034047.20 | Goddard Laboratories, Biology Building | 3710 Hamilton Walk | Philadelphia | Pennsylvania | 19104-4202 | Philadelphia | United States of America |
| | 0114 | 034047.20 | Graduate School Of Education Building | 3700 Walnut Street | Philadelphia | Pennsylvania | 19104-6216 | Philadelphia | United States of America |

POLICY 049

Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0015 | 034047.20 | Rodin College House | 3901 Locust Walk | Philadelphia | Pennsylvania | 19104-6153 | Philadelphia | United States of America |
| | 0016 | 034047.20 | Harnwell College House | 3829 Locust Walk | Philadelphia | Pennsylvania | 19104-6150 | Philadelphia | United States of America |
| | 0017 | 034047.20 | Harrison College House | 3910 Irving Street | Philadelphia | Pennsylvania | 19104-6007 | Philadelphia | United States of America |
| | 0223 | 034047.20 | Hayden Hall | 3320 Smith Walk | Philadelphia | Pennsylvania | 19104-6316 | Philadelphia | United States of America |
| | 0018 | 034047.20 | Hill College House | 3333 Walnut Street | Philadelphia | Pennsylvania | 19104-3435 | Philadelphia | United States of America |
| | 0283 | 034047.20 | School of Veterinary Medicine - Hill Pavilion | 380 South University Avenue | Philadelphia | Pennsylvania | 19104-4539 | Philadelphia | United States of America |
| | 0039 | 034047.20 | Hollenback Annex | 3000 South Street | Philadelphia | Pennsylvania | 19104-4308 | Philadelphia | United States of America |
| | 0040 | 034047.20 | Hollenback Center & Boiler House | 3000 South Street | Philadelphia | Pennsylvania | 19104-4308 | Philadelphia | United States of America |
| | 0068 | 034047.20 | Houston Hall | 3417 Spruce Street | Philadelphia | Pennsylvania | 19104-4298 | Philadelphia | United States of America |
| | 0041 | 034047.20 | Hutchinson Gymnasium | 219 S 33rd St | Philadelphia | Pennsylvania | 19104-6315 | Philadelphia | United States of America |
| | 0069 | 034047.20 | Lippincott Library | 3420 Walnut Street, 3rd Floor | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0019 | 034047.20 | Institute Contemporary Art | 118 South 36th Street | Philadelphia | Pennsylvania | 19104-3289 | Philadelphia | United States of America |
| | 0224 | 034047.20 | Vagelos Laboratories of IAST | 3340 Smith Walk | Philadelphia | Pennsylvania | 19104-6383 | Philadelphia | United States of America |
| | 0225 | 034047.20 | International House Philadelphia | 3701 Chestnut Street | Philadelphia | Pennsylvania | 19104-3104 | Philadelphia | United States of America |
| | 0226 | 034047.20 | Irvine Auditorium - Organ | 3401 Spruce Street | Philadelphia | Pennsylvania | 19104-6307 | Philadelphia | United States of America |
| | 0227 | 034047.20 | Irvine Auditorium | 3401 Spruce Street | Philadelphia | Pennsylvania | 19104-6307 | Philadelphia | United States of America |

POLICY 090



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0228 | 034047.20 | Jaffe Art History Building | 3405 Woodland Walk | Philadelphia | Pennsylvania | 19104-6208 | Philadelphia | United States of America |
| | 0205 | 034047.20 | Perelman School of Medicine - John Morgan Building | 3620 Hamilton Walk | Philadelphia | Pennsylvania | 19104-4799 | Philadelphia | United States of America |
| | 0206 | 034047.20 | Perelman School of Medicine - Johnson Pavilion | 3610 Hamilton Walk | Philadelphia | Pennsylvania | 19104-4500 | Philadelphia | United States of America |
| | 0388 | 034047.20 | The Wharton School - J on M. Huntsman Hall | 3730 Walnut Street | Philadelphia | Pennsylvania | 19104-3615 | Philadelphia | United States of America |
| | 0229 | 034047.20 | Kelly Writers House/Chaplin's House | 3805 Locust Walk | Philadelphia | Pennsylvania | 19104-6150 | Philadelphia | United States of America |
| | 0020 | 034047.20 | Kings Court | 3465 Sansom Street | Philadelphia | Pennsylvania | 19104-6185 | Philadelphia | United States of America |
| | 0389 | 034047.20 | The Wharton School - Lauder Institute & Fisher/Wharton School, Office, Classrooms | 256 South 37th Street | Philadelphia | Pennsylvania | 19104-6330 | Philadelphia | United States of America |
| | 0230 | 034047.20 | Leidy Laboratory of Biology | 3740 Hamilton Walk | Philadelphia | Pennsylvania | 19104-4202 | Philadelphia | United States of America |
| | 0266 | 034047.20 | Levine Hall | 3330 Walnut Street | Philadelphia | Pennsylvania | 19104-3409 | Philadelphia | United States of America |
| | 0252 | 034047.20 | Levy Center For Oral Health Research | 4010 Locust Street | Philadelphia | Pennsylvania | 19104-4199 | Philadelphia | United States of America |
| | 0042 | 034047.20 | Hecht Tennis Center | 240 South 31St Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0231 | 034047.20 | Life Science-Lynch Biological Building, University Ave & Guardian Drive | 433 South University Avenue | Philadelphia | Pennsylvania | 19104-4596 | Philadelphia | United States of America |

POLICY-001 Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0070 | 034047.20 | Locust House /The Women's Center | 3643 Locust Walk | Philadelphia | Pennsylvania | 19104-6240 | Philadelphia | United States of America |
| | 0232 | 034047.20 | Claudia Cohen Hall | 249 South 36th Street | Philadelphia | Pennsylvania | 19104-6304 | Philadelphia | United States of America |
| | 0267 | 034047.20 | LRSM Building/Substation | 3231 Walnut Street | Philadelphia | Pennsylvania | 19104-6202 | Philadelphia | United States of America |
| | 0233 | 034047.20 | McNeil Building | 3718 Locust Walk | Philadelphia | Pennsylvania | 19104-6231 | Philadelphia | United States of America |
| | 0234 | 034047.20 | McNeil Center For Early Am Studies | 3355 Woodland Walk | Philadelphia | Pennsylvania | 19104-4531 | Montgomery | United States of America |
| | 0235 | 034047.20 | Perelman Center for Political Science and Economics | 133 South 36th Street | Philadelphia | Pennsylvania | 19104-3210 | Philadelphia | United States of America |
| | 0071 | 034047.20 | Misc. Structures | 3401 Walnut Street | Philadelphia | Pennsylvania | 19104-3433 | Philadelphia | United States of America |
| | 0072 | 034047.20 | Mobile Equipment | 3401 Walnut Street | Philadelphia | Pennsylvania | 19104-3433 | Philadelphia | United States of America |
| | 0026 | 034047.20 | The Quadrangle Dorms (McClelland, Fisher Hassenfeld, Ripe, Ware, Jaffe) | 3700 Spruce Street | Philadelphia | Pennsylvania | 19104-6025 | Bucks | United States of America |
| | 0207 | 034047.20 | Perelman School of Medicine - Richards Medical Research Laboratories | 3700 Hamilton Walk | Philadelphia | Pennsylvania | 19104-6116 | Philadelphia | United States of America |
| | 0045 | 034047.20 | Ringe Squash Courts | 223 S 33rd St | Philadelphia | Pennsylvania | 19104-3801 | Philadelphia | United States of America |
| | 0237 | 034047.20 | Davide Rittenhouse Laboratory | 209 South 33rd Street | Philadelphia | Pennsylvania | 19104-6317 | Philadelphia | United States of America |
| | 0284 | 034047.20 | Rosenthal Building (Gladys Hall) | 3800 Spruce Street | Philadelphia | Pennsylvania | 19104-6009 | Philadelphia | United States of America |
| | 0497 | 034047.20 | UCA Properties | 4200 Spruce Street | Philadelphia | Pennsylvania | 19104-4081 | Philadelphia | United States of America |

POLICY-002

Case ID: 210900124



## SCHEDULE OF LOCATIONS
### APPENDIX A

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0027 | 034047.20 | Sansom Place West | 3650 Chestnut Street | Philadelphia | Pennsylvania | 19104-3215 | Philadelphia | United States of America |
| | 0280 | 034047.20 | School of Social Work | 3815 Walnut Street | Philadelphia | Pennsylvania | 19104-6179 | Philadelphia | United States of America |
| | 0253 | 034047.20 | The Robert Schattner Center | 240 South 40th Street | Philadelphia | Pennsylvania | 19104-3547 | Philadelphia | United States of America |
| | 0118 | 034047.20 | Silverman Hall | 3501 Sansom St | Philadelphia | Pennsylvania | 19104-3464 | Philadelphia | United States of America |
| | 0270 | 034047.20 | Singh Center For Nanotechnology | 3205 Walnut Street | Philadelphia | Pennsylvania | 19104-3405 | Philadelphia | United States of America |
| | 0271 | 034047.20 | Skirkanich Hall | 210 South 33rd Street | Philadelphia | Pennsylvania | 19104-3815 | Philadelphia | United States of America |
| | 0285 | 034047.20 | Ryan Veterinary Hospital of the University of Pennsylvania | 3850 Spruce Street | Philadelphia | Pennsylvania | 19104-4197 | Philadelphia | United States of America |
| | 0498 | 034047.20 | UCA Properties - Spruce House | 4243 Spruce Street | Philadelphia | Pennsylvania | 19104-4022 | Philadelphia | United States of America |
| | 0390 | 034047.20 | The Wharton School - Steinberg Conference Center | 255 South 38th Street | Philadelphia | Pennsylvania | 19104-6356 | Philadelphia | United States of America |
| | 0391 | 034047.20 | The Wharton School - Steinberg Hall - Dietrich Hall | 3620 Locust Walk | Philadelphia | Pennsylvania | 19104-6302 | Philadelphia | United States of America |
| | 0208 | 034047.20 | Perelman School of Medicine - Stellar-Chance Laboratories | 422 Curie Boulevard | Philadelphia | Pennsylvania | 19104-4860 | Philadelphia | United States of America |
| | 0209 | 034047.20 | Stemmler Hall | 3450 Hamilton Walk | Philadelphia | Pennsylvania | 19104-4870 | Philadelphia | United States of America |
| | 0238 | 034047.20 | Stiteler Hall | 208 South 37th Street | Philadelphia | Pennsylvania | 19104-6215 | Philadelphia | United States of America |
| | 0028 | 034047.20 | Stouffer Triangle College House | 3715 Woodland Walk | Philadelphia | Pennsylvania | 19104-6101 | Philadelphia | United States of America |

POLICY.003   Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

**Account No. 1-56307**
**Policy No. 1056619**

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0409 | 034047.20 | UCA Properties - Stouffer Triangle Retail | 3700-3712 Spruce Street | Philadelphia | Pennsylvania | 19104-6026 | Bucks | United States of America |
| | 0716 | 034047.20 | Main Campus - Robbins House | 3537 Locust Walks | Philadelphia | Pennsylvania | 19104-6225 | Philadelphia | United States of America |
| | 0097 | 034047.20 | Main Campus - Supplies | 3401 Walnut Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0410 | 034047.20 | Surrey Hall Apartments | 329 S 42nd St | Philadelphia | Pennsylvania | 19104-4062 | Philadelphia | United States of America |
| | 0076 | 034047.20 | Sweeten Alumni Center | 3533 Locust Walk | Philadelphia | Pennsylvania | 19104-6226 | Philadelphia | United States of America |
| | 0077 | 034047.20 | | 3216 Chancellor Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0119 | 034047.20 | Tanenbaum Hall | 3460 Chestnut Street | Philadelphia | Pennsylvania | 19104-3406 | Philadelphia | United States of America |
| | 0272 | 034047.20 | Towne Building | 220 South 33rd Street | Philadelphia | Pennsylvania | 19104-3802 | Philadelphia | United States of America |
| | 0210 | 034047.20 | Perelman School of Medicine - Translational Research Laboratory | 125 South 31st Street | Philadelphia | Pennsylvania | 19104-3413 | Philadelphia | United States of America |
| | 0029 | 034047.20 | Ven Pelt Manor | 3909 Spruce Street | Philadelphia | Pennsylvania | 19104-6004 | Philadelphia | United States of America |
| | 0392 | 034047.20 | Vance Hall | 3733 Spruce Street | Philadelphia | Pennsylvania | 19104-6360 | Bucks | United States of America |
| | 0286 | 034047.20 | Veterinary Medicine Old Quadrangle | 3800 Spruce Street | Philadelphia | Pennsylvania | 19104-6009 | Philadelphia | United States of America |
| | 0078 | 034047.20 | Vice Provost For University Life | 3609-11 Locust Walk | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0079 | 034047.20 | | 3905 Spruce Street | Philadelphia | Pennsylvania | 19104-4112 | Philadelphia | United States of America |
| | 0046 | 034047.20 | Weightman Hall | 235 South 33rd Street | Philadelphia | Pennsylvania | 19104-3814 | Philadelphia | United States of America |

POLICY 694

Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0240 | 034047.20 | Center for Greater Philadelphia | 3700 Market Street | Philadelphia | Pennsylvania | 19104-3147 | Philadelphia | United States of America |
| | 0211 | 034047.20 | Center for Excellence in Minority Healthcare | 3508 Market Street | Philadelphia | Pennsylvania | 19104-3311 | Philadelphia | United States of America |
| | 0047 | 034047.20 | Dunning Coaches' Center | 231 S 33rd St | Philadelphia | Pennsylvania | 19104-3809 | Philadelphia | United States of America |
| | 0241 | 034047.20 | Williams Hall | 255 South 36th Street | Philadelphia | Pennsylvania | 19104-9970 | Philadelphia | United States of America |
| | 0080 | 034047.20 | Archives | 3401 Market Street | Philadelphia | Pennsylvania | 19104-3318 | Philadelphia | United States of America |
| | 0120 | 034047.20 | Golkin Hall | 3501 Sansom Street | Philadelphia | Pennsylvania | 19104-3464 | Philadelphia | United States of America |
| | 0084 | 034047.20 | Locust Walk | 3600 Locust Walk | Philadelphia | Pennsylvania | 19104-6229 | Philadelphia | United States of America |
| | 0419 | 034047.20 | UCA Properties | 305-307 So 40th St & 309-311 So 40th Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0421 | 034047.20 | UCA Properties | 3430-3436 Sansom Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0242 | 034047.20 | UCA Properties | 3809 Walnut Street | Philadelphia | Pennsylvania | 19104-3604 | Philadelphia | United States of America |
| | 0422 | 034047.20 | UCA Properties | 3901-03 Walnut Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0437 | 034047.20 | UCA Properties | 3928 Sansom Street | Philadelphia | Pennsylvania | 19104-3112 | Philadelphia | United States of America |
| | 0168 | 034047.20 | UCA Properties - Sigma Kappa | 3928 Spruce Street | Philadelphia | Pennsylvania | 19104-4113 | Philadelphia | United States of America |
| | 0448 | 034047.20 | UCA Properties | 3944, 3946, 3948, 3950 Pine Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0454 | 034047.20 | UCA Properties | 4010-4016 Chestnut Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0456 | 034047.20 | UCA Properties | 4015 Walnut Street | Philadelphia | Pennsylvania | 19104-6198 | Philadelphia | United States of America |

POLICY-093
Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

**Account No. 1-56307**
**Policy No. 1056619**

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0461 | 034047.20 | UCA Properties | 4037 Pine Street | Philadelphia | Pennsylvania | 19104-4134 | Philadelphia | United States of America |
| | 0470 | 034047.20 | UCA Properties - Apartments | 4102 Walnut Street | Philadelphia | Pennsylvania | 19104-3563 | Philadelphia | United States of America |
| | 0471 | 034047.20 | UCA Properties - Apartments | 4106-08 Walnut St | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0472 | 034047.20 | UCA Properties - Astor Apts. & Bar | 119-125 South 39th Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0474 | 034047.20 | UCA Properties - Chestnut Arms | 4039 Chestnut Street | Philadelphia | Pennsylvania | 19104-3056 | Philadelphia | United States of America |
| | 0475 | 034047.20 | UCA Properties - Rotunda | 4008-14 & 4016-26 Walnut Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0476 | 034047.20 | UCA Properties - Kidney Center | 4126-38 Walnut St | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0099 | 034047.20 | UCA Properties - Landscape Maintenance Center | 2901 South Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0085 | 034047.20 | UCA Properties - Multi Department Leased Space | 3624 Market Street | Philadelphia | Pennsylvania | 19104-2614 | Philadelphia | United States of America |
| | 0477 | 034047.20 | UCA Properties - Restaurant School & Prop Storage | 4100 Walnut Street | Philadelphia | Pennsylvania | 19104-3511 | Philadelphia | United States of America |
| | 0479 | 034047.20 | UCA Properties - Offices | 3910 Chestnut Street | Philadelphia | Pennsylvania | 19104-3111 | Philadelphia | United States of America |
| | 0030 | 034047.20 | UCA Properties - Lot 40 / Fresh Grocer | 4001-13 Walnut Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0086 | 034047.20 | UCA Properties - Public Safety/Renovation | 4026-4040 Chestnut St. | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |

POLICY 098



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0031 | 034047.20 | UCA Properties - Sansom Street Commons-Inn At Penn, Bookstore, Retail & Offices | 3600 Sansom Street | Philadelphia | Pennsylvania | 19104-3299 | Philadelphia | United States of America |
| | 0481 | 034047.20 | UCA Properties - Sprucewood Apts. | 4105 Spruce Street | Philadelphia | Pennsylvania | 19104-4065 | Philadelphia | United States of America |
| | 0482 | 034047.20 | UCA Properties - St. Leonard's Court | 3819-31 Chestnut Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0562 | 034047.20 | UCA Properties - University City District Offices | 3926-3938 Chestnut Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0483 | 034047.20 | UCA Properties - Webster Manor Apartments | 4224-34 Osage Avenue | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0484 | 034047.20 | UCA Properties - Divinity Chapel/Parent Infant Center & Expansion/ Spruce House | 4201 Spruce Street Building 1921 | Philadelphia | Pennsylvania | 19104-7499 | Philadelphia | United States of America |
| | 0243 | 034047.20 | UCA Properties - SAS Advancement | 3615-3619 Market Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0485 | 034047.20 | UCA Properties - Iron Gate, Civic House | 3700 Chestnut Street | Philadelphia | Pennsylvania | 19104-3180 | Philadelphia | United States of America |
| | 0087 | 034047.20 | UCA Properties - Left Bank | 3101 Walnut St | Philadelphia | Pennsylvania | 19104-3437 | Philadelphia | United States of America |
| | 0540 | 034047.20 | Hospital of the University of Pennsylvania - Centrex Building | 3400 Spruce Street | Philadelphia | Pennsylvania | 19104-4274 | Philadelphia | United States of America |

POLICY 097

Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0541 | 034047.20 | Hospital of the University of Pennsylvania - Donner Building | 3400 Spruce Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0542 | 034047.20 | Hospital of the University of Pennsylvania - Dulles Wing | 3400 Spruce Street | Philadelphia | Pennsylvania | 19104-4274 | Philadelphia | United States of America |
| | 0543 | 034047.20 | Hospital of the University of Pennsylvania - Jonathan Evan Rhoads Pav/Swing  Space | 3400 Spruce Street | Philadelphia | Pennsylvania | 19104-4274 | Philadelphia | United States of America |
| | 0545 | 034047.20 | Hospital of the University of Pennsylvania - Devon/Miller Plaza | 3400 Spruce Street | Philadelphia | Pennsylvania | 19104-4274 | Philadelphia | United States of America |
| | 0555 | 034047.20 | Hospital of the University of Pennsylvania - Ravdin Building | 3400 Spruce Street | Philadelphia | Pennsylvania | 19104-4274 | Philadelphia | United States of America |
| | 0546 | 034047.20 | Hospital of the University of Pennsylvania - Ravdin Courtyard | 3400 Spruce Street | Philadelphia | Pennsylvania | 19104-4274 | Philadelphia | United States of America |
| | 0547 | 034047.20 | Hospital of the University of Pennsylvania - Silverstein Pavilion | 3400 Spruce Street | Philadelphia | Pennsylvania | 19104-4274 | Philadelphia | United States of America |

POLICY 098

Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0548 | 034047.20 | Hospital of the University of Pennsylvania - Substation #1 (Underground) Utilities, Elec/Mech | 3400 Spruce Street | Philadelphia | Pennsylvania | 19104-4274 | Philadelphia | United States of America |
| | 0549 | 034047.20 | Hospital of the University of Pennsylvania - White Pavilion | 3400 Spruce Street | Philadelphia | Pennsylvania | 19104-4274 | Philadelphia | United States of America |
| | 0550 | 034047.20 | Hospital of the University of Pennsylvania - Gates Building | 3400 Spruce Street | Philadelphia | Pennsylvania | 19104-4274 | Philadelphia | United States of America |
| | 0551 | 034047.20 | Hospital of the University of Pennsylvania - Gibson Building | 3400 Spruce Street | Philadelphia | Pennsylvania | 19104-4274 | Philadelphia | United States of America |
| | 0552 | 034047.20 | Hospital of the University of Pennsylvania - Maloney Building/Alumni Hall - Renovation | 3400 Spruce Street | Philadelphia | Pennsylvania | 19104-4274 | Philadelphia | United States of America |
| | 0553 | 034047.20 | Hospital of the University of Pennsylvania - Penn Transplant House | 3940 Spruce Street | Philadelphia | Pennsylvania | 19104-4113 | Philadelphia | United States of America |
| | 0169 | 034047.20 | Zeta Beta Tau Fraternity | 235 South 39th Street | Philadelphia | Pennsylvania | 19104-3704 | Philadelphia | United States of America |
| | 0170 | 034047.20 | Alpha Tau Omega Fraternity | 225 South 39th Street | Philadelphia | Pennsylvania | 19104-3694 | Philadelphia | United States of America |

POLICY 699

Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0171 | 034047.20 | Sigma Chi Fraternity | 3809 Locust Walk | Philadelphia | Pennsylvania | 19104-3692 | Philadelphia | United States of America |
| | 0172 | 034047.20 | Delta Phi Fraternity | 3627 Locust Walk | Philadelphia | Pennsylvania | 19104-3877 | Philadelphia | United States of America |
| | 0094 | 034047.20 | Graduate Student Center and Family Resource Center | 3615 Locust Walk | Philadelphia | Pennsylvania | 19104-6240 | Philadelphia | United States of America |
| | 0173 | 034047.20 | Phi Gamma Delta Fraternity | 3619 Locust Walk | Philadelphia | Pennsylvania | 19104-6240 | Philadelphia | United States of America |
| | 0174 | 034047.20 | Psi Upsilon Fraternity (The Castle) | 250 S 36th St | Philadelphia | Pennsylvania | 19104-3806 | Philadelphia | United States of America |
| | 0175 | 034047.20 | Phi Delta Theta Fraternity | 3700 Locust Walk | Philadelphia | Pennsylvania | 19104-3794 | Philadelphia | United States of America |
| | 0176 | 034047.20 | Delta Kappa Epsilon Fraternity | 307 South 39th Street | Philadelphia | Pennsylvania | 19104-4169 | Philadelphia | United States of America |
| | 0191 | 034047.20 | Zeta Psi Fraternity House | 3337 Walnut Street | Philadelphia | Pennsylvania | 19104-3466 | Philadelphia | United States of America |
| | 0177 | 034047.20 | Sigma Alpha Epsilon Fraternity | 3908 Spruce Street | Philadelphia | Pennsylvania | 19104-4175 | Philadelphia | United States of America |
| | 0179 | 034047.20 | Phi Kappa Alpha Fraternity | 3916 Spruce Street | Philadelphia | Pennsylvania | 19104-4177 | Philadelphia | United States of America |
| | 0180 | 034047.20 | Chi Omega Sorority | 3926 Spruce Street | Philadelphia | Pennsylvania | 19104-4180 | Philadelphia | United States of America |
| | 0181 | 034047.20 | Beta Theta Pi Fraternity | 3900-3902 Spruce Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0182 | 034047.20 | Sigma Alpha Mu Fraternity | 3817 Walnut Street | Philadelphia | Pennsylvania | 19104-3690 | Philadelphia | United States of America |
| | 0183 | 034047.20 | Sigma Phi Epsilon Fraternity | 4028 Walnut Street | Philadelphia | Pennsylvania | 19104-3514 | Philadelphia | United States of America |
| | 0184 | 034047.20 | Kappa Sigma Fraternity | 3706 Locust Walk | Philadelphia | Pennsylvania | 19104-3795 | Philadelphia | United States of America |
| | 0185 | 034047.20 | Tau Epsilon Phi Fraternity | 3805-07 Walnut Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |

POLICY 100



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0186 | 034047.20 | Kappa Alpha Theta Sorority | 130-132 South 39th St | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0187 | 034047.20 | Sigma Delta Tau Sorority | 3831-33 Walnut Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0188 | 034047.20 | Alpha Delta Pi Sorority | 3906 Spruce Street | Philadelphia | Pennsylvania | 19104-4113 | Philadelphia | United States of America |
| | 0192 | 034047.20 | Kappa Alpha Theta Fraternity | 130-2 S. 39th Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0633 | 034047.20 | Presbyterian Medical Center - Ralston House, Institute for Aging | 3615 Chestnut Street | Philadelphia | Pennsylvania | 19104-2612 | Philadelphia | United States of America |
| | 0032 | 034047.20 | New College House at Hill Field | 3335 Woodland Walk | Philadelphia | Pennsylvania | 19104-4531 | Philadelphia | United States of America |
| | 0108 | | Penn Violence Prevention | 3539 Locust Walk | Philadelphia | Pennsylvania | 19104-6211 | Philadelphia | United States of America |
| | 0690 | | One Drexel Plaza (UPHS Finance/Accounting) | 3025 Market St | Philadelphia | Pennsylvania | 19104-2877 | Philadelphia | United States of America |
| | 0109 | | Real Estate Office | 3817-39 Market Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0656 | | 4536 Spruce Street (UPHS Lease) | 4536 Spruce St | Philadelphia | Pennsylvania | 19139-4553 | Philadelphia | United States of America |
| | 0657 | | University City Family Medicine | 4623 Spruce St | Philadelphia | Pennsylvania | 19139-4598 | Philadelphia | United States of America |
| | 0699 | 034047.20 | Hillel at Steinhardt Hall | 215 S 39th St | Philadelphia | Pennsylvania | 19104-6186 | Philadelphia | United States of America |
| | 0704 | 034047.20 | UCA Properties | 3829 Walnut St | Philadelphia | Pennsylvania | 19104-3604 | Philadelphia | United States of America |
| | 0705 | 034047.20 | UPHS Corporate - Parking Lot | 4136 Market St | Philadelphia | Pennsylvania | 19104-3004 | Philadelphia | United States of America |
| | 0706 | 034047.20 | UPHS Education Office Building | 4040 Market St | Philadelphia | Pennsylvania | 19104-3003 | Philadelphia | United States of America |

POLICY 107   Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0710 | 034047.20 | PPMC - Medical Arts Building | 3801 Filbert St | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0711 | 034047.20 | UCA Properties | 4002 Pine St | Philadelphia | Pennsylvania | 19104-4132 | Philadelphia | United States of America |
| | 0712 | 034047.20 | UCA Properties | 4015 Chestnut St | Philadelphia | Pennsylvania | 19104-3019 | Philadelphia | United States of America |
| | 0713 | 034047.20 | UCA Properties | 4114 Spruce St | Philadelphia | Pennsylvania | 19104-4079 | Philadelphia | United States of America |
| | 0714 | 034047.20 | UCA Properties | 4020 Market St | Philadelphia | Pennsylvania | 19104-3003 | Philadelphia | United States of America |
| | 0715 | 034047.20 | UCA Properties | 4022 Market St | Philadelphia | Pennsylvania | 19104-3003 | Philadelphia | United States of America |
| 2 | 0556 | 001416.48 | Perelman Center for Advanced Medicine | 3400 Civic Center Boulevard | Philadelphia | Pennsylvania | 19104-4306 | Philadelphia | United States of America |
| | 0612 | 001416.48 | Perelman Center for Advanced Medicine - Smilow Center for Translational Research | 3400 Civic Center Boulevard | Philadelphia | Pennsylvania | 19104-5127 | Philadelphia | United States of America |
| | 0557 | 001416.48 | Perelman Center for Advanced Medicine - South Pavilion | 3400 Civic Center Boulevard | Philadelphia | Pennsylvania | 19104-5127 | Philadelphia | United States of America |
| | 0558 | 001416.48 | Perelman Center for Advanced Medicine - Parking Garage | 3600 Civic Center Boulevard | Philadelphia | Pennsylvania | 19104-4310 | Philadelphia | United States of America |
| 3 | 0574 | 037379.75 | Penn Medicine Radnor | 250 King of Prussia Road | Radnor | Pennsylvania | 19087-5220 | Delaware | United States of America |
| 4 | 0615 | 036342.11 | Presbyterian Medical Center - Sloan Street Warehouse | 310-324 Sloan St. | Philadelphia | Pennsylvania | 19119 | Philadelphia | United States of America |
| | 0619 | 036342.11 | Presbyterian Medical Center - Generator Building | 51 North 39th Street | Philadelphia | Pennsylvania | 19104-2692 | Philadelphia | United States of America |

POLICY_162

Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0630 | 036342.11 | Presbyterian Medical Center - Saunders House/Presbyterian House | 51 North 39th Street | Philadelphia | Pennsylvania | 19104-2692 | Philadelphia | United States of America |
| | 0631 | 036342.11 | Presbyterian Medical Center - Courtland Health Care, Inc. | 51 North 39th Street | Philadelphia | Pennsylvania | 19104-2692 | Philadelphia | United States of America |
| | 0626 | 036342.11 | Presbyterian Medical Center - Pavilion for Advanced Care | 51 North 39th Street | Philadelphia | Pennsylvania | 19104-2692 | Philadelphia | United States of America |
| | 0616 | 036342.11 | Presbyterian Medical Center - Philadelphia Heart Institute | 51 North 39th Street | Philadelphia | Pennsylvania | 19104-2692 | Philadelphia | United States of America |
| | 0617 | 036342.11 | Presbyterian Medical Center - Medical Offices - 3910 Building | 51 North 39th Street | Philadelphia | Pennsylvania | 19104-2692 | Philadelphia | United States of America |
| | 0618 | 036342.11 | Presbyterian Medical Center - Boiler House | 51 North 39th Street | Philadelphia | Pennsylvania | 19104-2692 | Philadelphia | United States of America |
| | 0620 | 036342.11 | Presbyterian Medical Center - Mutch Building - Clinic | 51 North 39th Street | Philadelphia | Pennsylvania | 19104-2692 | Philadelphia | United States of America |
| | 0621 | 036342.11 | Presbyterian Medical Center -Mabel Pew Myrin Pavilion - Emergency Room and Clinic | 51 North 39th Street | Philadelphia | Pennsylvania | 19104-2692 | Philadelphia | United States of America |
| | 0622 | 036342.11 | Presbyterian Medical Center - Parking Garage | 51 North 39th Street | Philadelphia | Pennsylvania | 19104-2692 | Philadelphia | United States of America |
| | 0623 | 036342.11 | Presbyterian Medical Center - Scheie Eye Institute | 51 North 39th Street | Philadelphia | Pennsylvania | 19104-2692 | Philadelphia | United States of America |

POLICY 103

Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0624 | 036342.11 | Presbyterian Medical Center - Cupp Building - Radiology, Patient Rooms & Offices | 51 North 39th Street | Philadelphia | Pennsylvania | 19104-2692 | Philadelphia | United States of America |
| | 0627 | 036342.11 | Presbyterian Medical Center - Wright Saunders Building | 51 North 39th Street | Philadelphia | Pennsylvania | 19104-2692 | Philadelphia | United States of America |
| | 0628 | 036342.11 | Presbyterian Medical Center - Peco Building - Storage | 51 North 39th Street | Philadelphia | Pennsylvania | 19104-2692 | Philadelphia | United States of America |
| | 0629 | 036342.11 | Presbyterian Medical Center - Site Improvements | 51 North 39th Street | Philadelphia | Pennsylvania | 19104-2692 | Philadelphia | United States of America |
| | 0625 | 036342.11 | Penn Presbyterian Medicine University City | 3737 Market Street | Philadelphia | Pennsylvania | 19104-5545 | Philadelphia | United States of America |
| 5 | 0584 | 036249.54 | Pennsylvania Hospital Spruce Building | 800 Spruce Street | Philadelphia | Pennsylvania | 19107-6130 | Philadelphia | United States of America |
| | 0594 | 036249.54 | Pennsylvania Hospital Gatehouse | 800 Spruce Street | Philadelphia | Pennsylvania | 19107-6130 | Philadelphia | United States of America |
| | 0598 | 036249.54 | Pennsylvania Hospital President's House, Admin Residence | 303 S 8th Street | Philadelphia | Pennsylvania | 19106-4001 | Philadelphia | United States of America |
| | 0585 | 036249.54 | Pennsylvania Hospital Schiedt Building | 800 Spruce Street | Philadelphia | Pennsylvania | 19107-6130 | Philadelphia | United States of America |
| | 0586 | 036249.54 | Pennsylvania Hospital Preston Building | 800 Spruce Street | Philadelphia | Pennsylvania | 19107-6130 | Philadelphia | United States of America |
| | 0587 | 036249.54 | Pennsylvania Hospital Widener Building | 800 Spruce Street | Philadelphia | Pennsylvania | 19107-6130 | Philadelphia | United States of America |
| | 0588 | 036249.54 | Pennsylvania Hospital Cathcart Building | 800 Spruce Street | Philadelphia | Pennsylvania | 19107-6130 | Philadelphia | United States of America |

POLICY 104

Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0589 | 036249.54 | Pennsylvania Hospital | 800 Spruce Street | Philadelphia | Pennsylvania | 19107-6130 | Philadelphia | United States of America |
| | 0590 | 036249.54 | Pennsylvania Hospital Duncan Building | 301 South 8th Street | Philadelphia | Pennsylvania | 19106-4001 | Philadelphia | United States of America |
| | 0605 | 036249.54 | Pennsylvania Hospital J. Edwin Wood Clinic | 700 Spruce Street | Philadelphia | Pennsylvania | 19106-4022 | Philadelphia | United States of America |
| | 0591 | 036249.54 | Pennsylvania Hospital Garage 1 | 727 Delancey Street | Philadelphia | Pennsylvania | 19106-4002 | Philadelphia | United States of America |
| | 0592 | 036249.54 | Pennsylvania Hospital Garage 2 | 727 Delancey Street | Philadelphia | Pennsylvania | 19106-4002 | Philadelphia | United States of America |
| | 0593 | 036249.54 | Pennsylvania Hospital Pine Building | 800 Spruce Street | Philadelphia | Pennsylvania | 19107-6130 | Philadelphia | United States of America |
| | 0595 | 036249.54 | Pennsylvania Hospital Ayer Building | 800 Spruce Street | Philadelphia | Pennsylvania | 19107-6130 | Philadelphia | United States of America |
| | 0596 | 036249.54 | Pennsylvania Hospital Townhouse | 800 Spruce Street | Philadelphia | Pennsylvania | 19107-6130 | Philadelphia | United States of America |
| | 0597 | 036249.54 | Pennsylvania Hospital Harte Memorial Building | 727 Delancey Street | Philadelphia | Pennsylvania | 19106-4002 | Philadelphia | United States of America |
| | 0599 | 036249.54 | Pennsylvania Hospital Yard | 800 Spruce Street | Philadelphia | Pennsylvania | 19107-6130 | Philadelphia | United States of America |
| | 0600 | 036249.54 | Pennsylvania Hospital Eq. Lds. Sp, Con Lds.Sp,Exc Mach | 800 Spruce Street | Philadelphia | Pennsylvania | 19107-6130 | Philadelphia | United States of America |
| | 0601 | 036249.54 | Pennsylvania Hospital Lerner Building | 800 South 8th Street | Philadelphia | Pennsylvania | 19147-2821 | Philadelphia | United States of America |
| | 0602 | 036249.54 | Pennsylvania Hospital Farm Journal Building | 230 West Washington Square | Philadelphia | Pennsylvania | 19106-3585 | Philadelphia | United States of America |
| | 0603 | 036249.54 | Pennsylvania Hospital Pin | 800 Spruce Street | Philadelphia | Pennsylvania | 19107-6130 | Philadelphia | United States of America |

POLICY 103

Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0604 | 036249.54 | Pennsylvania Hospital - Carriage House | 727 Delancey Street | Philadelphia | Pennsylvania | 19106-4002 | Philadelphia | United States of America |
| | 0606 | 036249.54 | Pennsylvania Hospital - Malloy | 229 S 8th St | Philadelphia | Pennsylvania | 19106-3519 | Philadelphia | United States of America |
| 6 | 0684 | 000967.14 | Chestnut Hill Hospital Obstetrics and Gynecology | 8835 Germantown Avenue | Philadelphia | Pennsylvania | 19118-2718 | Philadelphia | United States of America |
| 7 | 0568 | 002188.28 | Penn Medicine at Valley Forge | 1001 Chesterbrook Boulevard | Berwyn | Pennsylvania | 19312-3803 | Chester | United States of America |
| 8 | 0637 | 035706.14 | Children's Hospital of Philadelphia | 34th St. and Civic Center Boulevard   Floors 8-12 | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| 9 | 0638 | 037044.11 | UPHS Clinical Practices - Home Care & Hospice Service | 150 Monument Road | Bala Cynwyd | Pennsylvania | 19004-1702 | Montgomery | United States of America |
| 10 | 0639 | 000613.31 | UPHS Clinical Practices - Histology/Cytology and General Office Administration | 3020 Market Street | Philadelphia | Pennsylvania | 19104-2999 | Philadelphia | United States of America |
| 11 | 0213 | 035034.22 | Perelman School of Medicine - PSOM Psychiatry | 3535 Market Street, Floors 2-6 | Philadelphia | Pennsylvania | 19104-3309 | Philadelphia | United States of America |
| | 0093 | 035034.22 | Student Health Services | 3535 Market Street | Philadelphia | Pennsylvania | 19104-3309 | Philadelphia | United States of America |
| 12 | 0640 | 036581.01 | UPHS Clinical Practices - Administration | 1500 Market Street Fl 8-11 | Philadelphia | Pennsylvania | 19102-2100 | Philadelphia | United States of America |
| 13 | 0641 | 036916.52 | UPHS Clinical Practices - Bulletin Building | 3001 Market Street | Philadelphia | Pennsylvania | 19104-2800 | Philadelphia | United States of America |

POLICY 108

Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| 14 | 0642 | 002083.74 | UPHS Clinical Practices - University City Science Center | 3701 Market Street | Philadelphia | Pennsylvania | 19104-5502 | Philadelphia | United States of America |
| 15 | 0644 | | UPHS Clinical Practices - Department of Radiology | 11 Friends Lane | Newtown | Pennsylvania | 18940-1885 | Bucks | United States of America |
| 16 | 0507 | | UPHS Clinical Practices | 1209 Ward Avenue | West Chester | Pennsylvania | 19380-4200 | Chester | United States of America |
| 23 | 0647 | | UPHS Clinical Practices - Penn Internal Medicine Media | 605 West State Street, 2nd Floor | Media | Pennsylvania | 19063-2620 | Delaware | United States of America |
| 24 | 0648 | 002356.42 | UPHS Clinical Practices - Doylestown Hospital Medical Office Building | 595 West State Street | Doylestown | Pennsylvania | 18901-2554 | Bucks | United States of America |
| 25 | 0649 | | UPHS Clinical Practices - Mercy Fitzgerald Medical Office Building, Scheie Eye Institute | 1501 Lansdowne Avenue Suite 208 | Darby | Pennsylvania | 19023-1333 | Delaware | United States of America |
| 27 | 0650 | | UPHS Clinical Practices - Sleep Center, Sheraton University City Hotel | 3549 Chestnut St, 9th Floor. | Mays Landing | New Jersey | 08330-8908 | Atlantic | United States of America |
| 28 | 0651 | | UPHS Clinical Practices - Penn Cardiology Somers Point at Shore Memorial Cancer Center | 155 Medical Center Way, 2nd Floor | May's Landing | New Jersey | 08330 | Atlantic | United States of America |

POLICY 107

Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| 32 | 0583 | 036254.12 | Pennsylvania Hospital Penn Medicine Washington Square | 800 Walnut Street | Philadelphia | Pennsylvania | 19107-5109 | Philadelphia | United States of America |
| 34 | 0287 | 037415.16 | New Bolton Center - Jeffords Treadmill-Horse Training | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0383 | | School of Veterinary Medicine | 368 West Street Road | Kennett Square | Pennsylvania | 19348-1618 | Chester | United States of America |
| | 0288 | 037415.16 | New Bolton Center - Farm Manager. Dwelling (Heim) | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0289 | 037415.16 | New Bolton Center - Allam Carriage Barn Iv03, Building 19 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0290 | 037415.16 | New Bolton Center - Murphy Mastitis Lab Ivo6 Building 31 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0291 | 037415.16 | New Bolton Center - Pathology Building 4, Ivo9 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0292 | 037415.16 | New Bolton Center - Poultry Diagnostic Lab  - Dwelling 2Vo3 Poultry Office Building 46 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0293 | 037415.16 | New Bolton Center - Boucher Field Service Building/House | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0296 | 037415.16 | New Bolton Center - Havemyer Barn 5V04, Building 42 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0308 | 037415.16 | New Bolton Center - Barn/Dairy No. 37 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |

Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0309 | 037415.16 | New Bolton Center - Barn & Silo Ivo8, Building 23 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0310 | 037415.16 | New Bolton Center - Dwelling /Twin51 3V01 Building 31 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0311 | 037415.16 | New Bolton Center - Dwelling/Alex House 4V03, Building 36 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0312 | 037415.16 | New Bolton Center - Pump House/Suction Tank Iv30 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0313 | 037415.16 | New Bolton Center - Dwelling | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0314 | 037415.16 | New Bolton Center - New Poultry Facility | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0315 | 037415.16 | New Bolton Center - Dwelling No. 35, Building 35 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0316 | 037415.16 | New Bolton Center - Barn, Building 50 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0317 | 037415.16 | New Bolton Center - Dairy Barn  Poultry Barn Building 48 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0318 | 037415.16 | New Bolton Center - Byrd Road | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0319 | 037415.16 | New Bolton Center - Guest House Hill, Building 21 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0320 | 037415.16 | New Bolton Center - Barn C/Animal Stable, Building 9 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |

POLICY 189  Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0321 | 037415.16 | New Bolton Center - Richardson House | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0322 | 037415.16 | New Bolton Center - Stubbs Research (Bio Hazard) Building. No. 30 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0323 | 037415.16 | New Bolton Center - Barn B/Animal Stable Iv18, Building 8 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0324 | 037415.16 | New Bolton Center - Barn A/Animal Stable Iv17, Building 7 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0325 | 037415.16 | New Bolton Center - 368 W. Street Rd. (Res) | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0326 | 037415.16 | New Bolton Center - Barn D/Cow Barn Iv20, Building 10 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0327 | 037415.16 | New Bolton Center - NC Dwelling, Old Admin, Building 18, Deans | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0328 | 037415.16 | New Bolton Center - Poultry Research | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0329 | 037415.16 | New Bolton Center - Isolation Barn 1, Building 11 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0330 | 037415.16 | New Bolton Center - Silo | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0331 | 037415.16 | New Bolton Center - Swine House | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |

POLICY NO. Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

**Account No. 1-56307**
**Policy No. 1056619**

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0332 | 037415.16 | New Bolton Center - Shop/Storage Shed, Building 49 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0333 | 037415.16 | New Bolton Center - Foster Nurse Barn B, Building 28 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0334 | 037415.16 | New Bolton Center - Foster Nurse Barn D, Building 29 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0335 | 037415.16 | New Bolton Center - Loaf Shed A | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0336 | 037415.16 | New Bolton Center - Loaf Shed C | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0337 | 037415.16 | New Bolton Center - Silo | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0338 | 037415.16 | New Bolton Center - Storage Barn B Building 39 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0339 | 037415.16 | New Bolton Center - Outpatient Building, Building 6 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0340 | 037415.16 | New Bolton Center - Silo | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0341 | 037415.16 | New Bolton Center - Milk Shed House Poultry Necropsy Building 47 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0342 | 037415.16 | New Bolton Center - New Pole Barn - Haybarn No. 33 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0343 | 037415.16 | New Bolton Center - Storage Barn A No. 38 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |

POLICY CPP1 Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0344 | 037415.16 | New Bolton Center - Mach. Shop/Corn Crib | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0345 | 037415.16 | New Bolton Center - Storage Shed (Hoffman Horse Shed) | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0346 | 037415.16 | New Bolton Center - #80 Poultry Virology Building 45 Form. Woodchuck Research | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0347 | 037415.16 | New Bolton Center - Pole Barn | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0348 | 037415.16 | New Bolton Center - Pole Barn/Storage Crib Building 43 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0349 | 037415.16 | New Bolton Center - Radio Tower & Yard | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0350 | 037415.16 | New Bolton Center - Leukemia Isolation | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0351 | 037415.16 | New Bolton Center - Loaf Shed E | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0352 | 037415.16 | New Bolton Center - Loaf Shed H | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0353 | 037415.16 | New Bolton Center - Loaf Shed K | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0354 | 037415.16 | New Bolton Center - Loaf Shed L | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0355 | 037415.16 | New Bolton Center - Trailer No. 5 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0356 | 037415.16 | New Bolton Center - Hay Storage Building, Building 12 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |

POLICY 112   Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0357 | 037415.16 | New Bolton Center - Garage | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0358 | 037415.16 | New Bolton Center - Pole Barn | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0359 | 037415.16 | New Bolton Center - #81 Pole Sheep Barn | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0360 | 037415.16 | New Bolton Center - Canine Pump House Building 32, Leasing | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0361 | 037415.16 | New Bolton Center - Shed, Niap | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0362 | 037415.16 | New Bolton Center - Poultry House | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0363 | 037415.16 | New Bolton Center - Sewage Treatment Plt, Building 34 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0364 | 037415.16 | New Bolton Center - Nutrition Barn | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0365 | 037415.16 | New Bolton Center - Storage Shed (Incubation House) | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0366 | 037415.16 | New Bolton Center - #82 Pole Sheep Barn | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0367 | 037415.16 | New Bolton Center - Storage Garage | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0368 | 037415.16 | New Bolton Center - Pump House at Swine Facility | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0369 | 037415.16 | New Bolton Center - Storage Garage | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0370 | 037415.16 | New Bolton Center - Field Barn | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |

POLICY FM3 Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0371 | 037415.16 | New Bolton Center - Pole Barn | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0372 | 037415.16 | New Bolton Center - #1 Corn Crib | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0373 | 037415.16 | New Bolton Center - #2 Corn Crib | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0374 | 037415.16 | New Bolton Center - #3 Corn Crib | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0375 | 037415.16 | New Bolton Center - #4 Corn Crib | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0376 | 037415.16 | New Bolton Center - A Corn Crib | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0377 | 037415.16 | New Bolton Center - B Corn Crib | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0378 | 037415.16 | New Bolton Center - C Corn Crib | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0379 | 037415.16 | New Bolton Center - Corn Silo | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0294 | 037415.16 | New Bolton Center - General Research Lab Ivo7, Building 24 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0295 | 037415.16 | New Bolton Center - Scott Sports Med Building | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0297 | 037415.16 | New Bolton Center - Allam House Iv14, Building 22 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0298 | 037415.16 | New Bolton Center - Hoffman Resch Center 5V04 Building 41 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |

POLICY FORM Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0299 | 037415.16 | New Bolton Center - Alumni Hall - Dining Hall/Dorm, Iv16, Building 20 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0300 | 037415.16 | New Bolton Center - Cm Kline Building, Building 2 Ivo2 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0301 | 037415.16 | New Bolton Center - Bovine Leukemia Research Lab Ivo5, Building 27 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0302 | 037415.16 | New Bolton Center - Marshak Dairy Barn Center - Line Rd | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0303 | 037415.16 | New Bolton Center - A. Myrin Res Center Ivo3, Building 26 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0304 | 037415.16 | New Bolton Center - Widener Large Animal Hospital & ICU/NICU | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0305 | 037415.16 | New Bolton Center - Main Dwelling No. 43 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0306 | 037415.16 | New Bolton Center - Dwelling Package 7V01-7V06, Building 15,16, & 17 | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0307 | 037415.16 | New Bolton Center - Center For Animal Health & Productivity | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0380 | 037415.16 | New Bolton Center - Mobile Equipment | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |

POLICY LIST   Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

**Account No. 1-56307**
**Policy No. 1056619**

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0381 | 037415.16 | New Bolton Center - School Of Veterinarian Medicine, Isolation/Colic & Digester | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| | 0382 | 037415.16 | New Bolton Center - Neo Natal Center | 382 West Street Road | Kennett Square | Pennsylvania | 19348-1692 | Chester | United States of America |
| 35 | 0123 | 036813.59 | Morris Arboretum - Barn 1 | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0124 | 036813.59 | Morris Arboretum - Barn 2 | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0125 | 036813.59 | Morris Arboretum - Boiler House | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0126 | 036813.59 | Morris Arboretum - Carriage House | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0127 | 036813.59 | Morris Arboretum - Farm House | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0128 | 036813.59 | Morris Arboretum - Fernery | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0129 | 036813.59 | Morris Arboretum - Gardner's Cottage | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0131 | 036813.59 | Morris Arboretum - Greenhouse No 1 | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0132 | 036813.59 | Morris Arboretum - Greenhouse No 2 | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0133 | 036813.59 | Morris Arboretum - Greenhouse No 3 | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0134 | 036813.59 | Morris Arboretum - Greenhouse No 4 | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0135 | 036813.59 | Morris Arboretum - Grist Mill | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |

POLICY FM 8   Case ID: 210900124



**SCHEDULE OF LOCATIONS**

**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0136 | 036813.59 | Morris Arboretum - Head House | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0137 | 036813.59 | Morris Arboretum - Hillcrest St Entrance | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0138 | 036813.59 | Morris Arboretum - Log Cabin | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0139 | 036813.59 | Morris Arboretum - Maintenance Building | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0140 | 036813.59 | Morris Arboretum - Miller's Cottage | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0141 | 036813.59 | Morris Arboretum - Pump House | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0142 | 036813.59 | Morris Arboretum - Rest Room Building | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0143 | 036813.59 | Morris Arboretum - Slat House | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0144 | 036813.59 | Morris Arboretum - Storage Shed -1 | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0145 | 036813.59 | Morris Arboretum - Storage Shed-2 | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0146 | 036813.59 | Morris Arboretum - Storage Shed-1 Aviary | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0147 | 036813.59 | Morris Arboretum - Storage Shed-2 Aviary | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0148 | 036813.59 | Morris Arboretum - Studio Building | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0150 | 036813.59 | Morris Arboretum - Aviary Building | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0151 | 036813.59 | Morris Arboretum - Mobile Equipment | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |

POLICY 117     Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0154 | 036813.59 | Morris Arboretum - Bridge Entrance | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0155 | 036813.59 | Morris Arboretum - Seven Arches | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0157 | 036813.59 | Morris Arboretum - Step Fountain | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0158 | 036813.59 | Morris Arboretum - Orange Balustrade | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0159 | 036813.59 | Morris Arboretum - Overlook Garden | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0160 | 036813.59 | Morris Arboretum - Lover Tower | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0161 | 036813.59 | Morris Arboretum - Rose Garden Gazebo/Walls | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0162 | 036813.59 | Morris Arboretum - Oak Alee-Arbors/Walls | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0130 | 036813.59 | Morris Arboretum - Gates Hall | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0149 | 036813.59 | Morris Arboretum - Widener Hall | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0152 | 036813.59 | Morris Arboretum - Trees/Shrubs | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0153 | 036813.59 | Morris Arboretum - Fence | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0156 | 036813.59 | Morris Arboretum - Mercury Loggia | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0163 | 036813.59 | Morris Arboretum - Bridges/Walls | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| | 0164 | 036813.59 | Morris Arboretum - Horticultural Center Phase I | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |

POLICY FR8   Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0165 | 036813.59 | Morris Arboretum - Out On a Limb Tree Adventure | 100 Northwestern Avenue | Philadelphia | Pennsylvania | 19118-2697 | Philadelphia | United States of America |
| 36 | 0089 | 021370.78 | Penn Club | 30 West 44th Street | New York | New York | 10036-6604 | New York | United States of America |
| 38 | 0571 | 033162.47 | Penn Medicine Cherry Hill | 1865 Marlton Pike, Route 70 | Cherry Hill | New Jersey | 08003-2013 | Camden | United States of America |
| 40 | 0577 | 034079.04 | Tuttleman Center Medical Center | 1840 South Street | Philadelphia | Pennsylvania | 19146-7411 | Philadelphia | United States of America |
| | 0578 | 034079.04 | Penn Medicine Rittenhouse | 1800 Lombard Street | Philadelphia | Pennsylvania | 19146-1414 | Philadelphia | United States of America |
| | 0579 | 034079.04 | Tuttleman Center Medical Center - Parking Garage | 1700 South Street | Philadelphia | Pennsylvania | 19146-1529 | Philadelphia | United States of America |
| 43 | 0246 | 036349.03 | Science Center | 3600 Market Street | Philadelphia | Pennsylvania | 19104-3284 | Philadelphia | United States of America |
| 45 | 0091 | 036582.13 | WXPN World Café Live | 3025 Walnut Street | Philadelphia | Pennsylvania | 19104-3402 | Philadelphia | United States of America |
| 46 | 0048 | 036813.58 | Boat House | 11 Kelly Drive | Philadelphia | Pennsylvania | 19130 | Philadelphia | United States of America |
| 51 | 0384 | | School of Veterinary Medicine | 428 Bartram Road | Kennett Square | Pennsylvania | 19348-1602 | Chester | United States of America |
| 53 | 0101 | | | 16 North 42nd Street | Philadelphia | Pennsylvania | 19104-2203 | Philadelphia | United States of America |
| 54 | 0102 | | DAR Los Angeles Office | 12300 Wilshire Boulevard | Los Angeles | California | 90025-1020 | Los Angeles | United States of America |
| 55 | 0092 | 000704.82 | High Density Storage (Libraries/Records) | 31 Phoenix Drive | West Deptford | New Jersey | 08086-2156 | Gloucester | United States of America |
| 56 | 0496 | 001768.64 | South Bank - Pennovation Center | 3401 Grays Ferry Avenue | Philadelphia | Pennsylvania | 19146-2701 | Philadelphia | United States of America |
| 58 | 0395 | 076471.93 | Wharton West Campus | 2 Harrison Street Ste 600 | San Francisco | California | 94105-1672 | San Francisco | United States of America |

POLICY 119 Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| 59 | 0103 | | Storage | 2240 Island Avenue | Philadelphia | Pennsylvania | 19142-1006 | Philadelphia | United States of America |
| 61 | 0104 | | TV Tower & Equipmenr Building | 369 Wigard Avenue | Philadelphia | Pennsylvania | 19128-4146 | Philadelphia | United States of America |
| 63 | 0105 | | Storage | 410 North Budd Street | Philadelphia | Pennsylvania | 19104-2245 | Philadelphia | United States of America |
| 65 | 0256 | | School of Dental Medicine | 711 West Lancaster Avenue, Suire 100 | Bryn Mawr | Pennsylvania | 19010-3401 | Montgomery | United States of America |
| 68 | 0004 | | Annenberg School for Communication | 529 14th Street Northwest | Washington | District of Columbia | 20045-1000 | District of Columbia | United States of America |
| 70 | 0501 | 002356.45 | Warehouse | 5001-5011 Lancaster Ave. | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| 71 | 0508 | 037426.02 | Chester County Hospital - North Pavilion, South Building, East Wing, Old W. Wing, New West Wing, MRI Building, New Patient Tower, Tower | 701 East Marshall Street | West Chester | Pennsylvania | 19380-4412 | Chester | United States of America |
| | 0509 | | Chester County Hospital - ER Ambulance Garage | 702 East Marshall Street | West Chester | Pennsylvania | 19380-4437 | Chester | United States of America |
| | 0513 | | Chester County Hematology/Oncology Services | 440 E. Marshall Street, Ste 200 | West Chester | Pennsylvania | 19380 | Chester | United States of America |
| | 0518 | | CCH - Corporate Information Services | 323 East Marshall Street | West Chester | Pennsylvania | 19380-2438 | Chester | United States of America |
| | 0523 | | CCH - Public Relations, Wellness Department & Call Center | 795 East Marshall Street, Suite G2, 102B2, 103, 201, 203 | West Chester | Pennsylvania | 19380 | Chester | United States of America |

POLICY 120

Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0524 | 037426.02 | CCH - Data Center | 600-602 & 606 E. Marshall Street | West Chester | Pennsylvania | 19380 | Chester | United States of America |
| | 0527 | | CCH - Associates for Women's Medicine & ATU | 600 E. Marshall Street, Suite 205, 205A & B | West Chester | Pennsylvania | 19380 | Chester | United States of America |
| | 0530 | | Chester County Hospital | 795 East Marshall Street Suite 204 | West Chester | Pennsylvania | 19380-4447 | Chester | United States of America |
| | 0531 | | Chester County Hospital | 400 East Marshall Street | West Chester | Pennsylvania | 19380-5412 | Chester | United States of America |
| | 0534 | 037426.02 | Chester County Hospital - Garage | 701 E Marshall St | West Chester | Pennsylvania | 19380-4412 | Chester | United States of America |
| 72 | 0510 | | CCH - Encore Shop | 1056 East Baltimore Pike | Kennett Square | Pennsylvania | 19348-2357 | Chester | United States of America |
| 73 | 0511 | | TCCH Business Office/PPI | 1244 West Chester Pike | West Chester | Pennsylvania | 19382-5687 | Chester | United States of America |
| 74 | 0512 | | CCH - Physical Rehabilitation and Sports Medicine & Cardiac Rehab | 915 Old Fern Hill Road, 1st Floor Bldg. A & B, 2nd Floor Bldg. A | West Chester | Pennsylvania | 19380 | Chester | United States of America |
| 76 | 0514 | | CCH - Cancer Center Satellite | 213 Reeceville Road | Coatesville | Pennsylvania | 19320-1528 | Chester | United States of America |
| 77 | 0515 | 037430.53 | CCH - Schramm Inc. | 800 Virginia Ave., Bldg. 9 | West Chester | Pennsylvania | 19380 | Chester | United States of America |
| 78 | 0516 | | CCH - Primary Care, Physical Therapy, Occupational Health, Cardiac Rehab & Clinic | 830 West Cypress Street | Kennett Square | Pennsylvania | 19348-2218 | Chester | United States of America |
| 81 | 0517 | | CCH - Radiology | 402 McFarlan Road, Suite 201 & 204 | Kennett Square | Pennsylvania | 19348 | Chester | United States of America |
| | 0519 | | CCH - Cancer Center Satellite Suite 300/Lab Suite 301 | 400 McFarlan Road | Kennett Square | Pennsylvania | 19348-2477 | Chester | United States of America |

POLICY 121

Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0521 | | Chester County Obstetrics/Gynecology Services. & Kennett Medical Associates | 404 McFarlan Road Suite 101 and 301 | Kennett Square | Pennsylvania | 19348-2479 | Chester | United States of America |
| 82 | 0520 | | Chester County Obstetrics/Gynecology Services | 45 Manor Avenue, Suite 200 | Downingtown | Pennsylvania | 19335 | Chester | United States of America |
| 84 | 0522 | | Chester County Obstetrics/Gynecology Services., Assoc. for Women's Medicine & Whiteland Medical Associates for Progressive Health | 119 E. Uwchlan Avenue, Suite 100, 102, 200, 201 | Exton | Pennsylvania | 19341 | Chester | United States of America |
| 86 | 0525 | | CCH - Dionne Marie Curran - Chamoun, D.O. | Rt. 202 S & Dilworthtown Road | West Chester | Pennsylvania | 19380 | Delaware | United States of America |
| 87 | 0526 | | Chester County OB/GYN, CHH Radiology, CCH Laboratory, CCH Café & Women's Specialty Center | Fern Hill III, Building D, Suite 203, 400, 502, 503, 600 | West Chester | Pennsylvania | 19380 | Chester | United States of America |
| 88 | 0528 | | CCH Radiology & PT | 716 West Lincoln Highway | Exton | Pennsylvania | 19341-2547 | Chester | United States of America |
| | 0532 | | Chester County Hospital | 728 West Lincoln Highway | Exton | Pennsylvania | 19341-2547 | Chester | United States of America |
| 89 | 0529 | | CCH - So. Chester County Family Practice & Laboratory | Jennersville Bldg., 105 Vineyard Way, Suite 102, 103, 105 | West Grove | Pennsylvania | 19309 | Chester | United States of America |
| 90 | 0247 | | Washington Semester Program | 1608 Rhode Island Avenue Northwest | Washington | District of Columbia | 20036-3206 | District of Columbia | United States of America |

POLICY 122    Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

**Account No. 1-56307**
**Policy No. 1056619**

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| 92 | 0533 | 003072.78 | Chester County Hospital | 455 Woodview Road | West Grove | Pennsylvania | 19390-9147 | Chester | United States of America |
| 95 | 0090 | 002824.66 | FMC Tower | 2929 Walnut Street | Philadelphia | Pennsylvania | 19104-5042 | Philadelphia | United States of America |
| 97 | 0687 | 003014.95 | UPHS Corporate | 3930 Chestnut Street | Philadelphia | Pennsylvania | 19104-3111 | Philadelphia | United States of America |
| 99 | 0467 | 003253.11 | UCA Properties | 427 South 45th Street | Philadelphia | Pennsylvania | 19104-3972 | Philadelphia | United States of America |
| 100 | 0066 | 003253.65 | Residential House | 2424 Pine Street | Philadelphia | Pennsylvania | 19103-6417 | Philadelphia | United States of America |
| 101 | 0081 | 003253.73 | WXPN Radio Tower | 216 Paoli Avenue | Philadelphia | Pennsylvania | 19128-4340 | Philadelphia | United States of America |
| 102 | 0393 | 036581.38 | Wharton Finance and Administration | 2401 Walnut Street | Philadelphia | Pennsylvania | 19103-4340 | Philadelphia | United States of America |
| 104 | 0083 | 003253.77 | Commonwealth Relations | 614 North 3rd Street | Philadelphia | Pennsylvania | 19123-2902 | Philadelphia | United States of America |
| 105 | 0468 | 003253.12 | UCA Properties | 4431 Spruce Street | Philadelphia | Pennsylvania | 19104-4723 | Philadelphia | United States of America |
| 106 | 0469 | 003253.13 | UCA Properties | 4625 Spruce Street | Philadelphia | Pennsylvania | 19139-4542 | Philadelphia | United States of America |
| 108 | 0239 | 003254.41 | Herbert D. Katz Center for Advanced Judaic Studies | 420 Walnut Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| 109 | 0098 | 003253.21 | UCA Properties - Benjamin Paschall House | 127-129 Spruce Street | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| 111 | 0214 | | University of Botswana | 4775 Notwane Road | Gaborne | | 0022 | | Botswana |
| 112 | 0394 | | Penn Wharton China Center- World Financial Center | West Building 16F, No. 1 East Third Ring Middle Road | Chaoyang | Beijing | 100000 | | China |
| 113 | 0681 | | Penn Radiology King of Prussia | 491 Allendale Rd Ste 104 | King of Prussia | Pennsylvania | 19406-1430 | Montgomery | United States of America |

POLICY 123

Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| 117 | 0894 | 002120.44 | | 401 Bordentown Hedding Road, Unit 400 | Bordentown | New Jersey | 08505 | Burlington | United States of America |
| 118 | 0670 | | Penn Cardiology Somers Point | 155 Medical Center Way, 2nd Floor | Somers Point | New Jersey | 08244 | Atlantic | United States of America |
| 119 | 0673 | | Penn Radiology Paoli | 250 W Lancaster Avenue Ste 180 | Paoli | Pennsylvania | 19301-1729 | Chester | United States of America |
| 120 | 0564 | | Sleep Center Malvern (Homewood Suites Great Valley) | 12 E Swedesford Rd | Malvern | Pennsylvania | 19355-1488 | Chester | United States of America |
| 121 | 0608 | | Penn Neurosurgery PAH | 235 S 8th St | Philadelphia | Pennsylvania | 19106-3519 | Philadelphia | United States of America |
| 122 | 0678 | | Penn Home Infusion Therapy | 625 Clark Avenue Ste 10 | King of Prussia | Pennsylvania | 19406-4025 | Montgomery | United States of America |
| 123 | 0680 | | Penn Plastic Surgery Bryn Mawr | 23 Morris Avenue, Suite 219 | Bryn Mawr | Pennsylvania | 19010 | Montgomery | United States of America |
| 124 | 0655 | | Penn Family Medicine Chestnut Hill | 33 E Chestnut Hill Avenue | Philadelphia | Pennsylvania | 19118-2714 | Montgomery | United States of America |
| 125 | 0665 | | Penn Cardiology at Mayfair | 8846 Frankford Avenue | Philadelphia | Pennsylvania | 19136-1313 | Philadelphia | United States of America |
| 126 | 0671 | | Penn Medicine at Woodbury Heights | 1006 Mantua Pike | Woodbury Heights | New Jersey | 08097-1221 | Gloucester | United States of America |
| 127 | 0675 | | Penn Medicine Urgent Care | 1930 S Broad St | Philadelphia | Pennsylvania | 19145-2328 | Philadelphia | United States of America |
| | 0676 | | Good Shepherd Penn Partners | 1900 S Broad St | Philadelphia | Pennsylvania | 19145-2304 | Philadelphia | United States of America |
| 128 | 0536 | | | 800 E Virginia Avenue | West Chester | Pennsylvania | 19380-4430 | Chester | United States of America |
| 129 | 0677 | | Penn Medicine Gibbsboro | 63 Lakeview Drive North | Gibbsboro | New Jersey | 08026 | Camden | United States of America |
| 130 | 0609 | | Mill Creek School - Kirkbride Center | 111 N 49th St | Philadelphia | Pennsylvania | 19139-2718 | Philadelphia | United States of America |
| 131 | 0563 | | 5200 Grays Avenue (NPP Storage Lease) | 5200 Grays Avenue | Philadelphia | Pennsylvania | 19143-5817 | Philadelphia | United States of America |

POLICY 124   Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| 132 | 0691 | | School Bell Apartments (UPHS represented by Elizabeth Johnston) | 2000 Varsity Lane | Bear | Delaware | 19701-3900 | New Castle | United States of America |
| 133 | 0689 | | PennSTAR IV Base | Reading Regional Airport, 2501 Bernville Road | Reading | Pennsylvania | 19605 | Berks | United States of America |
| 134 | 0111 | | WXPN | 20 Thomas Drive | Hackettstown | New Jersey | 07840-4807 | Warren | United States of America |
| 135 | 0672 | | Penn Neurosurgery Egg Harbor | 101 Atlantic City Int'l Airport, Ste 214, | Egg Harbor Township | New Jersey | 08234 | Atlantic | United States of America |
| 136 | 0634 | | Award Self Storage | 301 S Burnt Mill Rd | Voorhees | New Jersey | 08043-1106 | Camden | United States of America |
| 137 | 0682 | | UPHS Clinical Practice | 1000 Germantown Pike Ste D2 | Plymouth Meeting | Pennsylvania | 19462-2484 | Montgomery | United States of America |
| 138 | 0565 | | Penn Star 6 (Wings Airport) | 1501 Narcissa Rd | Blue Bell | Pennsylvania | 19422-2499 | Montgomery | United States of America |
| 139 | 0692 | | Penn Star Cross Keys | 1531 N Tuckahoe Rd | Williamstown | New Jersey | 08094-8913 | Gloucester | United States of America |
| 140 | 0560 | | CHOP Loading Dock (HUP lease) | 3401 Civic Center Boulevard | Philadelphia | Pennsylvania | 19104-4319 | Philadelphia | United States of America |
| 141 | 0693 | 001422.67 | UPHS Data Center | 4775 League Island Boulevard | Philadelphia | Pennsylvania | 19112-1220 | Philadelphia | United States of America |
| 142 | 0396 | | Wharton Public Policy Initiative | 440 1st St NW | Washington | District of Columbia | 20001-2023 | District of Columbia | United States of America |
| 143 | 0669 | | Penn Neurosurgery - Virtua Mt. Holly | 217 Madison Avenue | Mt. Holly | New Jersey | 08060 | Burlington | United States of America |
| 144 | 0257 | | SDM - 1205 Westlakes Drive, Ste. 180 | 1205 Westlakes Drive Ste 180 | Berwyn | Pennsylvania | 19312-2405 | Chester | United States of America |
| 146 | 0674 | | Penn Cardiology/PennCare Bucks County Internal Medicine | 777 Township Line Rd Ste 140 | Yardley | Pennsylvania | 19067-5565 | Bucks | United States of America |

POLICY 123

Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

**Account No. 1-56307**
**Policy No. 1056619**

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| 148 | 0248 | | Penn Biden Center | 101 Constitution Avenue NW | Washington | District of Columbia | 20001-2192 | District of Columbia | United States of America |
| 149 | 0397 | | Wharton Apartment | 301 Main St., 35 Floor | San Francisco | California | 94105 | San Francisco | United States of America |
| 150 | 0652 | | Haverford Addiction Medicine | 349 West Lancaster Avenue | Haverford | Pennsylvania | 19041 | Montgomery | United States of America |
| 151 | 0653 | | Penn Medicine at Limerick | 420 W Linfield Trappe Rd Ste 1000 | Royersford | Pennsylvania | 19468-4275 | Montgomery | United States of America |
| 152 | 0654 | | West Chester Family Practice | 1055 Andrew Drive, Suite A-3 | West Chester | Pennsylvania | 19382 | Chester | United States of America |
| 153 | 0658 | | Internal Medicine at Mayfair | 7133 Roosevelt Boulevard | Philadelphia | Pennsylvania | 19149-1431 | Philadelphia | United States of America |
| 154 | 0659 | | Penn Family Medicine | 824 Main St Ste 100 | Phoenixville | Pennsylvania | 19460-4478 | Chester | United States of America |
| 155 | 0660 | | Addiction Medicine | 355 Lancaster Avenue | Haverford | Pennsylvania | 19041-1547 | Montgomery | United States of America |
| 156 | 0661 | | Penn Family Medicine Unionville | 687 Unionville Rd | Kennett Square | Pennsylvania | 19348-4717 | Chester | United States of America |
| 157 | 0662 | | UPHS Clinical Practice | 200 Willowbrook Lane | West Chester | Pennsylvania | 19382-5697 | Chester | United States of America |
| 158 | 0664 | | Penn Cardiology Cape May Court House | 211 S Main St Ste 205 | Cape May Court House | New Jersey | 08210-2264 | Cape May | United States of America |
| 159 | 0666 | | Penn Cardiology Willingboro | 200 Campbell Drive | Willingboro | New Jersey | 08046-1067 | Burlington | United States of America |
| 160 | 0667 | | Penn Transplant Institute (Egg Harbor) | 3205 Fire Rd | Egg Harbor Township | New Jersey | 08234-5884 | Atlantic | United States of America |
| 161 | 0668 | | Penn Cardiology Vineland | 1076 E Chestnut Avenue | Vineland | New Jersey | 08360-5843 | Cumberland | United States of America |
| 162 | 0702 | | | 1400 N. American Street, Suite 100C | Philadelphia | Pennsylvania | 19122-3838 | Philadelphia | United States of America |
| 163 | 0709 | 002969.80 | | 3250 S 76th St | Philadelphia | Pennsylvania | 19153-3254 | Philadelphia | United States of America |

POLICY 126   Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| 164 | 0643 | | UPHS Clinical Practices - Penn Medicine Bala Cynwyd | Two Bala Plaza, Suite IL-27 | Bala Cynwyd | Pennsylvania | 19004-1156 | Montgomery | United States of America |
| 165 | 0895 | | Washington Township | 239 Hurffville Crosskeys Rd | Sewell | New Jersey | 08080-4002 | Gloucester | United States of America |
| 166 | 0896 | | Moorestown Cancer Center/Virtua Samson Cancer Center | 350 Young Avenue | Moorestown | New Jersey | 08057-3115 | Burlington | United States of America |
| 167 | 0701 | 002844.99 | Perelman School of Medicine | 3711 Market St Ste 800 | Philadelphia | Pennsylvania | 19104-5532 | Philadelphia | United States of America |
| 168 | 0703 | | School of Social Policy and Practice | 4725 Chestnut Street, 112 and 113 | Philadelphia | Pennsylvania | 19139-4614 | Philadelphia | United States of America |
| 169 | 0707 | 003732.96 | UPHS - Gym/Parking Garage | 4050 Ludlow St | Philadelphia | Pennsylvania | 19104-3038 | Philadelphia | United States of America |
| 170 | 0717 | 003730.05 | Division of Recreation and Athletics - Mondschein Throwing Complex | 3331 River Fields Drive | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0718 | 003730.05 | Division of Recreation and Athletics - Ellen Vagelos C'90 Field Hockey Field | 3331 River Fields Drive | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| | 0719 | 003730.05 | Division of Recreation and Athletics - Rhodes Soccer Stadium and Field | 3331 River Fields Drive | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |

POLICY 127

Case ID: 210900124



**SCHEDULE OF LOCATIONS**
**APPENDIX A**

Account No. 1-56307
Policy No. 1056619

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| | 0720 | 003730.05 | Division of Recreation and Athletics - Meikeljohn Stadium - Murphy Field | 3331 River Fields Drive | Philadelphia | Pennsylvania | 19104 | Philadelphia | United States of America |
| 171 | 0721 | 003731.19 | Hospital of the University of Pennsylvania - Parking Lot | 1600 Warfield Street | Philadelphia | Pennsylvania | 19145 | Philadelphia | United States of America |

POLICY 128



**WIND AREAS**
**APPENDIX B**

**Account No. 1-56307**
**Policy No. 1056619**

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| 27 | 0650 | | UPHS Clinical Practices - Sleep Center, Sheraton University City Hotel | 3549 Chestnut St, 9th Floor. | Mays Landing | New Jersey | 08330-8908 | Atlantic | United States of America |
| 28 | 0651 | | UPHS Clinical Practices - Penn Cardiology Somers Point at Shore Memorial Cancer Center | 155 Medical Center Way, 2nd Floor | May's Landing | New Jersey | 08330 | Atlantic | United States of America |
| 36 | 0089 | 021370.78 | Penn Club | 30 West 44th Street | New York | New York | 10036-6604 | New York | United States of America |
| 117 | 0894 | 002120.44 | | 401 Bordentown Hedding Road, Unit 400 | Bordentown | New Jersey | 08505 | Burlington | United States of America |
| 118 | 0670 | | Penn Cardiology Somers Point | 155 Medical Center Way, 2nd Floor | Somers Point | New Jersey | 08244 | Atlantic | United States of America |
| 132 | 0691 | | School Bell Apartments (UPHS represented by Elizabeth Johnston) | 2000 Varsity Lane | Bear | Delaware | 19701-3900 | New Castle | United States of America |
| 135 | 0672 | | Penn Neurosurgery Egg Harbor | 101 Atlantic City Int'l Airport, Ste 214, | Egg Harbor Township | New Jersey | 08234 | Atlantic | United States of America |
| 143 | 0669 | | Penn Neurosurgery - Virtua Mt. Holly | 217 Madison Avenue | Mt. Holly | New Jersey | 08060 | Burlington | United States of America |
| 158 | 0664 | | Penn Cardiology Cape May Court House | 211 S Main St Ste 205 | Cape May Court House | New Jersey | 08210-2264 | Cape May | United States of America |
| 159 | 0666 | | Penn Cardiology Willingboro | 200 Campbell Drive | Willingboro | New Jersey | 08046-1067 | Burlington | United States of America |
| 160 | 0667 | | Penn Transplant Institute (Egg Harbor) | 3205 Fire Rd | Egg Harbor Township | New Jersey | 08234-5884 | Atlantic | United States of America |
| 161 | 0668 | | Penn Cardiology Vineland | 1076 E Chestnut Avenue | Vineland | New Jersey | 08360-5843 | Cumberland | United States of America |

POLICY 123

Case ID: 210900124



**WIND AREAS**
**APPENDIX B**

**Account No. 1-56307**
**Policy No. 1056619**

| Loc. No. | ID | Index No. | Name | Street Address | City | State | Postal Code | County | Country |
|---|---|---|---|---|---|---|---|---|---|
| 166 | 0896 | | Moorestown Cancer Center/Virtua Samson Cancer Center | 350 Young Avenue | Moorestown | New Jersey | 08057-3115 | Burlington | United States of America |

POLICY 136

Case ID: 210900124

Account No. 1-56307
Policy No. 1056619

# SUPPLEMENTAL UNITED STATES
# CERTIFIED ACT OF TERRORISM ENDORSEMENT

**This Endorsement is applicable to all insured Locations in the United States, its territories and possessions and the Commonwealth of Puerto Rico.**

**Coverage for "Certified Act of Terrorism" Under The Terrorism Risk Insurance Act of 2002, as amended.**

In consideration of a premium charged of USD**212,405**, this Policy, subject to the terms and conditions therein and in this Endorsement, covers direct physical loss or damage to insured property and any resulting TIME ELEMENT loss, as provided in the TIME ELEMENT section of the Policy, caused by or resulting from a Certified Act of Terrorism as defined herein.

Notwithstanding anything contained elsewhere in this Policy, any exclusion or limitation of terrorism in this Policy and any endorsement attached to and made a part of this Policy, is hereby amended to the effect that such exclusion or limitation does not apply to a "Certified Act of Terrorism" as defined herein. This amendment does not apply to any limit of liability for a Certified Act of Terrorism, if any, stated under the LIMITS OF LIABILITY clause of the DECLARATIONS section of this Policy.

With respect to any one or more Certified Act(s) of Terrorism, this Company will not pay any amounts for which the Company is not responsible under the terms of the Terrorism Risk Insurance Act of 2002 (including subsequent action of Congress pursuant to the Act) which includes a provision stating that if the aggregate insured losses exceed USD100,000,000,000 during any calendar year, neither the United States Government nor any insurer that has met its insurer deductible shall be liable for the payment of any portion of the amount of such losses that exceed USD100,000,000,000.  If the aggregate insured losses for all insurers exceed USD100,000,000,000, your coverage may be reduced.

The coverage provided under this Endorsement for "Certified" losses caused by acts of terrorism will be partially reimbursed by the United States Government under a formula established by Federal Law.  Under this formula, the United States pays 85% (and beginning on January 1, 2016, shall then decrease by 1 percentage point per calendar year until equal to 80 percent) of covered terrorism losses exceeding a statutorily established retention by the insurer referenced in this Policy.  The premium charged for this coverage is provided above.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Endorsement or the Policy.

The coverage provided by this Endorsement only applies to a Certified Act of Terrorism.

Reference and Application:  The following term(s) means:

Certified Act of Terrorism:

A "Certified Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002 as amended and

Form FMG7308                    Page 1 of 2                    Edition January 2015

POLICY 151        Case ID: 210900124

extended in 2005, 2007, and in 2015.  The criteria contained in that Act for a "Certified Act of Terrorism" include the following:

a.   The act resulted in aggregate losses in excess of USD5,000,000; and

b.   The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

POLICY 132   Case ID: 210900124



Account No. 1-56307<br/>Policy No. 1056619

## RISK IMPROVEMENT COVERAGE ENDORSEMENT

It is agreed that this Endorsement is a part of the Policy and that the terms and conditions of the Policy are amended as described herein.  All other terms and conditions of the Policy remain unchanged.

Coverage provided under this Endorsement only applies to property described on Appendix A.

COVERAGE:

In consideration of the premium charged and subject to the terms, conditions, exclusions and limitations of the Policy, as provided in the Valuation clauses of the Policy when insured property is repaired or replaced as a direct result of insured physical loss or damage, the Policy is extended to cover:

    A.    The reasonable and necessary extra cost incurred by the Insured within two years of the physical loss or damage, at the place where the physical loss or damage happened or, if damaged property is rebuilt, repaired or replaced at another site, at such other site, to satisfy physical protection loss prevention recommendations in the FM Global Property Loss Prevention Data Sheets current at the time of the physical loss or damage utilizing FM Approved products and materials where applicable.

LIMIT OF LIABILITY: This Company's liability in a single occurrence under this Endorsement shall not exceed 10% of the amount of PROPERTY DAMAGE loss at the insured location, not to exceed USD500,000.

The amount of PROPERTY DAMAGE loss for purposes of the provision above does not include:

    1)   the application of any deductible(s) under the Policy.
    2)   the costs recoverable under this Endorsement.
    3)   stock, work in process, raw materials, finished goods or merchandise.
    4)   process water.
    5)   molds and dies.
    6)   property in the open.
    7)   property of others for which the Insured is legally liable.
    8)   personal property of employees and officers of the Insured.

RISK IMPROVEMENT COVERAGE ENDORSEMENT Exclusions: As respects this Endorsement, the following additional exclusions apply:

This Endorsement does not cover:

    1)   stock, work in process, raw materials, finished goods or merchandise.
    2)   process water.
    3)   molds and dies.
    4)   property in the open.
    5)   property of others for which the Insured is legally liable.
    6)   personal property of employees and officers of the Insured.

POLICY-153    Case ID: 210900124

7) property adjusted on a basis other than repair or replacement as provided in the Valuation clauses of the Policy.

8) any loss recoverable elsewhere in the Policy.

ADDITIONAL CONDITION

Notwithstanding the provisions of the Valuation clauses of this Policy, the Insured must repair or replace the insured real and/or personal property lost, damaged or destroyed as a condition for coverage under this Endorsement.

TIME ELEMENT:

This Endorsement does not cover TIME ELEMENT loss.

POLICY-134          Case ID: 210900124



**Account No. 1-56307**
**Policy No. 1056619**

## CYBER OPTIMAL RECOVERY ENDORSEMENT

It is agreed that this Endorsement is a part of the Policy and that the terms and conditions of the Policy are amended as described herein.  All other terms and conditions of the Policy remain unchanged.

INSURED OPTION:

The Insured acknowledges having purchased a cyber policy.

As respects loss or damage that is covered by both this Policy and the cyber policy, and notwithstanding anything contained in the OTHER INSURANCE clause in the GENERAL PROVISIONS section of this Policy, the Insured may elect, within 180 days of notifying this Company of the loss, to apportion the loss between this Policy and the cyber policy and to designate this Policy as primary, excess or contributing insurance to the cyber policy with respect to each portion of the loss, provided designating it as such is necessary to maximize the total indemnity available for the loss under both this Policy and the cyber policy.

This election option shall be subject to the following additional conditions:

ADDITIONAL CONDITIONS

1) The Insured will provide this Company with a copy of any cyber policy in force at the time of loss.

2) Any coverage provided by the cyber policy that is not provided by this Policy does not extend to this Policy.

3) The insolvency, inability or unwillingness to pay of the company issuing the cyber policy shall in no event increase this Company's liability or delay settlement under this Policy.

POLICY 133          Case ID: 210900124



# Exhibit B

Case ID: 210900124

FM Global

Factory Mutual Insurance Company
1 Country View Road, Suite 200
Malvern, PA  19355  USA
**T: 610 296 3100** F: 610 993 3338
Direct Dial (610) 407-3469
E-Mail: Steven.Gioia@fmglobal.com

August 3, 2020

Mr. Benjamin Evans, ARM
Associate Vice President
University of Pennsylvania
Office of Risk Management & Insurance

Reference:     Insured:          University of Pennsylvania
               Location:         Hospital of the University of Pennsylvania
                                 3400 Spruce St.
                                 Philadelphia, PA19104
               Policy No:        1056619
               Date of Loss:     April 3, 2020
               Description:      Impact associated with COVID-19
               Claim ID:         501699

Dear Mr. Evans:

This will acknowledge our receipt of your July 2, 2020 letter regarding the above referenced loss as well as our telephone conversation of July 10, 2020 regarding same.

This will also confirm our receipt of your July 15, 2020 email and spreadsheet listing COVID-19 patients at various University of Pennsylvania (UPenn) locations.  As discussed, please provide a redacted copy of a positive COVID-19 test result for a patient at The Hospital of the University of Pennsylvania (HUP) in the early to mid-March 2020 timeframe.  In addition, you agreed to provide a copy of any directives issued by HUP limiting or restricting access.  We also discussed the executive order issued by the Governor of Pennsylvania restricting elective surgeries.  We are already in possession of a copy of this order, so an additional copy is not required.  Provision of the above information will allow us to continue our investigation and evaluation of coverage under FM Global Policy 1056619 for Communicable Disease Response and Interruption by Communicable Disease.  Please provide this information as your earliest opportunity.

Your July 2, 2020 letter advises that there may be other avenues for business interruption coverage with respect to losses arising from COVID-19 including Time Element Coverages, Civil or Military Authority Coverages and The Liberalization Provision.  At the conclusion of our call you advised that you were making claim under the Communicable Disease Coverages at this time and were "leaving the door open" to make claim under these other coverages.  As we advised you previously, the Policy contains Additional Coverages for COMMUNICABLE DISEASE RESPONSE and INTERRUPTION BY COMMUNICABLE DISEASE, subject to all terms and conditions of the Policy.  COVID-19 meets the definition of a communicable disease under the Policy.  Other key conditions of this coverage are the actual not suspected presence of a communicable disease at a location owned, leased or rented by UPenn, access to which has been limited, restricted or prohibited for more than 48 hours.

Responding to your reference to Policy provisions other than the Communicable Disease coverages, and your statement that the policy does not contain a "virus" exclusion, we note that the Policy insures all risks of direct physical loss or damage except as hereinafter excluded. Therefore, coverage is not available absent physical loss or damage of the type insured. The Policy specifically excludes coverage for contamination. The presence of a virus, pathogen, or disease causing or illness causing agent such as COVID-19 is a form of contamination as defined in the Policy, which is excluded. The relevant provisions, in part, are set forth below:

    **D.**    This Policy excludes the following unless directly resulting from other physical damage not excluded by this Policy:

        1)    **contamination**, and any cost due to **contamination** including the inability to use or occupy property or any cost of making property safe or suitable for use or occupancy. If **contamination** due only to the actual not suspected presence of **contaminant(s)** directly results from other physical damage not excluded by this Policy, then only physical damage caused by such **contamination** may be insured. This exclusion D1 does not apply to radioactive contamination which is excluded elsewhere in this Policy.

The Policy defines contamination under 13. DEFINITIONS within the GENERAL PROVISIONS of the Policy on Page 68:

        **contamination**:
any condition of property due to the actual or suspected presence of any foreign substance, impurity, pollutant, hazardous material, poison, toxin, pathogen or pathogenic organism, bacteria, virus, disease causing or illness causing agent, fungus, mold or mildew.

Therefore the policy does have a specific exclusion which identifies that a virus is contamination which is excluded per the above cited exclusion.

Similarly, other Policy coverages cited in your letter, such as Civil or Military Authority, do not apply absent physical loss or damage of the type insured. For example, the Policy states, in relevant part, as follows:

    **A.**    **CIVIL OR MILITARY AUTHORITY**

        This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY if an order of civil or military authority limits, restricts or prohibits partial or total access to an insured **location** provided such order is the direct result of physical damage of the type insured at the insured **location** or within five statute miles/eight kilometres of it.

The presence of COVID-19 at an insured location does not constitute "physical damage of the type insured" as required under this provision. Accordingly, the Policy's Civil or Military Authority provision (and other Policy provisions requiring physical loss or damage of the type insured) do not respond based on the information presented.

Consequently, based on the limited information provided at this time, the coverage that appears potentially available under our Policy for losses arising from COVID-19 is found in our Communicable Disease coverages, assuming the conditions of those coverages are satisfied.  As discussed above, to the extent

Case ID: 210900124

UPenn believes that it has sustained physical loss or damage from other causes of loss, please provide further information so that we may investigate those causes of loss.

If any of the above information is inaccurate, please advise.  Once we have received the above requested information and had an opportunity to complete our investigation and review of your policy information, we will confirm any applicable coverages, loss payables, and deductibles in effect.

Neither this letter nor our investigation is an admission or denial of liability and does not waive any right or duties of either party under the Factory Mutual Insurance Company Policy.  Anything done or to be done by Factory Mutual Insurance Company, or on its behalf, in connection with the above described matter, including but not limited to, any investigation into the cause or amount of loss or other matter relative thereto, shall not waive, invalidate, forfeit or modify any of its rights under the policies issued by it.

We would like to thank you for your cooperation in this matter and we look forward to working with you on this loss.  In the interim, should you have any questions or comments, please feel free to contact us.

Yours truly,

Steven A. Gioia CPCU, ARM
General Adjuster
Malvern Office/Washington Operations

For your protection, The State of Pennsylvania requires the following statement:
ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR
OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING
ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING,
INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT
INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO
EXCEED FIVE THOUSAND DOLLARS AND THE STATED VALUE OF THE CLAIM FOR EACH
VIOLATION.