IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 2:21-cv-04490-AB |
| v. | : : : : | |
| FACTORY MUTUAL INSURANCE COMPANY, | : : : : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

Defendant Factory Mutual Insurance Company and Plaintiff The Trustees of the University of Pennsylvania (collectively, the "Parties") jointly submit this status report in accordance with the Court's December 15, 2022 Order (Dkt. No. 29), as follows:

1. On April 26, 2022, the Court issued an Order placing this case "in SUSPENSE pending the Third Circuit's decision *Wilson v. USI Insurance Services LLC* (20-3124)." Dkt. No. 28.

2. On December 15, 2022, the Court issued an Order finding that this case "is still unable to proceed to trial without delay," and thus "ORDERED that this case shall remain in suspense for no more than six months from the date of this Order unless continued in suspense status by further order of the court." Dkt. No. 29. The Court "FURTHER ORDERED that, on or before June 15, 2023, the parties must provide a status update regarding the continued presence or absence of the reasons why this case is unable to proceed to trial without delay." *Id.*

3. On January 6, 2023, the Third Circuit issued its decision in the consolidated COVID-19 appeals, *Wilson v. USI Insurance Service LLC*, 57 F.4th 131 (3d Cir. 2023).

4. On January 10, 2023, the Court issued an Order directing Plaintiff to "show cause on or before Wednesday, January 25, 2023 why Defendant Factory Mutual Insurance Company's Motion to Dismiss (ECF 9) should not be granted following the Third Circuit Court of Appeals' decision in" *Wilson*. *See* Dkt. No. 30.

5. On January 25, 2023, Plaintiff filed its response to the Court's Order to Show Cause. *See* Dkt. No. 31.

6. On February 7, 2023, Defendant filed a reply to Plaintiff's response to the Court's Order to Show Cause. *See* Dkt. No. 32.

7. On January 20, 2023, the plaintiffs-appellants in *Wilson* filed a petition for rehearing *en banc* and certification to the Supreme Court of Pennsylvania on the issue of whether COVID-19 can constitute "physical loss" under Pennsylvania law. The petition remains pending.

8. Defendant believes the Court should grant its Motion to Dismiss for all of the reasons previously stated in its briefing papers and because *Wilson* is controlling and dispositive. Plaintiff believes the Court should deny Defendant's Motion to Dismiss for the reasons stated in its briefing papers and because *Wilson* is inapposite.

In the alternative to ruling on the pending Motion to Dismiss now, to conserve party and judicial resources, the Court could choose to keep the case in suspense status until the Third Circuit rules on the *en banc* petition in *Wilson*.

Dated: June 14, 2023                                        Respectfully submitted,

**KANNER & WHITELEY, LLC**                       **BUTLER WEIHMULLER KATZ CRAIG, LLP**

By: s/Allan Kanner                                              By: s/Richard D. Gable, Jr.
    Allan Kanner, Bar No. 31703                         Richard D. Gable, Jr., Bar No. 65842
    a.kanner@kanner-law.com                               rgable@butler.legal
    David J. Stanoch, Bar No. 91342                     Adam B. Masef, Bar No. 313468
    d.stanoch@kanner-law.com                              amasef@butler.legal
    Cynthia St. Amant, *Pro Hac Vice*                  1818 Market Street, Suite 2740
    c.stamant@kanner-law.com                              Philadelphia, PA  19103
    701 Camp Street
    New Orleans, LA  70130

***Attorneys for Plaintiff, The Trustees of***         ***Attorneys for Defendant, Factory Mutual***
***the University of Pennsylvania***                      ***Insurance Company***

3

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing has been served upon all counsel of record via the Court's ECF system on June 14, 2023.

                                      */s/ Richard D. Gable, Jr.*
                                      Richard D. Gable, Jr.