IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE TRUSTEES OF THE<br>UNIVERSITY OF PENNSYLVANIA<br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br><br>21-4490 |

## ORDER

**AND NOW**, this 23rd day of June, 2023, it appearing to the court that the above-captioned case, which was placed in civil suspense on April 26, 2022, is still unable to proceed to trial without delay for reasons which are beyond the Court's control, and in accordance with Section 1(c) of the Civil Suspense Docket Standing Order of June 24, 1975, it is hereby **ORDERED** that this case shall remain in suspense for no more than six months from the date of this Order unless continued in suspense status by further order of the court.

It is **FURTHER ORDERED** that, on or before December 15, 2023, the parties must provide a status update regarding the continued presence or absence of the reasons why this case is unable to proceed to trial without delay.

It is so **ORDERED**.

BY THE COURT:

  s/ANITA B. BRODY, J.  
ANITA B. BRODY, J..