IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 2:21-cv-04490-AB |
| v. | : : : : | |
| FACTORY MUTUAL INSURANCE COMPANY, | : : : : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

Defendant Factory Mutual Insurance Company and Plaintiff The Trustees of the University of Pennsylvania (collectively, the "Parties") hereby submit the following Joint Status Report in accordance with the Court's June 23, 2023 Order (ECF No. 34). The Parties previously filed a Joint Status Report on June 14, 2023. *See* ECF No. 33.

Since the Parties' June 14, 2023 Joint Status Report, the U.S. Court of Appeals for the Third Circuit has not yet ruled on the petition seeking a rehearing *en banc* in the matter of *Wilson v. USI Service LLC, et al.*, 20-3124 (3d Cir.). In addition, the Supreme Court of Pennsylvania agreed to hear appeals in two cases addressing COVID-19 coverage issues. *MacMiles, LLC d/b/a Grant Street Tavern v. Erie Insurance Exchange*, No. 307 WAL 2022 (Pa.) and *Ungarean v. CAN & Valley Forge Insurance Co.*, Nos. 313 & 314 WAL 2022 (Pa.).

Defendant believes the Court should grant its Motion to Dismiss for all of the reasons previously stated in its briefing papers and because *Wilson* is controlling and

dispositive. Plaintiff believes the Court should deny Defendant's Motion to Dismiss for the reasons stated in its briefing papers and because *Wilson* is inapposite.

In the alternative to ruling on the pending Motion to Dismiss now, to conserve party and judicial resources, the Court could choose to keep the case in suspense status until the Third Circuit rules on the *en banc* petition in *Wilson*.

Dated: December 15, 2023							Respectfully submitted,

| **KANNER & WHITELEY, LLC** | **BUTLER WEIHMULLER KATZ CRAIG, LLP** |
|---|---|
| By: s/Allan Kanner<br>Allan Kanner, Bar No. 31703<br>a.kanner@kanner-law.com<br>David J. Stanoch, Bar No. 91342<br>d.stanoch@kanner-law.com<br>Cynthia St. Amant, *Pro Hac Vice*<br>c.stamant@kanner-law.com<br>701 Camp Street<br>New Orleans, LA 70130 | By: s/Richard D. Gable, Jr.<br>Richard D. Gable, Jr., Bar No. 65842<br>rgable@butler.legal<br>Adam B. Masef, Bar No. 313468<br>amasef@butler.legal<br>1818 Market Street, Suite 2740<br>Philadelphia, PA 19103 |
| *Attorneys for Plaintiff, The Trustees of the University of Pennsylvania* | *Attorneys for Defendant, Factory Mutual Insurance Company* |