IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> : <br> FACTORY MUTUAL INSURANCE COMPANY, : <br> : <br> Defendant. : | CIVIL ACTION NO. 2:21-cv-04490-AB |

**JOINT STATUS REPORT**

Defendant Factory Mutual Insurance Company and Plaintiff The Trustees of the University of Pennsylvania (collectively, the "Parties") hereby submit the following Joint Status Report in accordance with the Court's December 18, 2023 Order (ECF No. 36). The Parties previously filed Joint Status Reports on June 14, 2023 and December 15, 2023. *See* ECF Nos. 33 and 35.

Since the Parties' December 15, 2023 Joint Status Report, the Pennsylvania Supreme Court heard oral argument in *Ungarean v. CNA*, No. 12 WAP 2023 (Pa.) and *MacMiles, LLC v. Erie Insurance Exchange*, No. 10 WAP 2023 (Pa.) on April 10, 2024. The Pennsylvania Supreme Court has not yet issued an opinion in either case. In *Wilson v. USI Service LLC, et al.*, 20-3124 (3d Cir.), the U.S. Court of Appeals for the Third Circuit has not yet ruled on the petition seeking a rehearing *en banc*.

Defendant believes the Court should grant its Motion to Dismiss for all of the reasons previously stated in its briefing papers and because *Wilson* is controlling and

dispositive. Plaintiff believes the Court should deny Defendant's Motion to Dismiss for the reasons stated in its briefing papers and because *Wilson* is inapposite.

In the alternative to ruling on the pending Motion to Dismiss now, to conserve party and judicial resources, the Court could choose to continue the stay entered by the Court's Order dated April 10, 2024, (ECF No. 37) until the Third Circuit rules on the *en banc* petition in *Wilson*.

Dated: June 14, 2024     Respectfully submitted,

| **KANNER & WHITELEY, LLC** | **BUTLER WEIHMULLER KATZ CRAIG, LLP** |
|---|---|
| By: s/ Allan Kanner<br>Allan Kanner, Bar No. 31703<br>a.kanner@kanner-law.com<br>David J. Stanoch, Bar No. 91342<br>d.stanoch@kanner-law.com<br>Cynthia St. Amant, *Pro Hac Vice*<br>c.stamant@kanner-law.com<br>701 Camp Street<br>New Orleans, LA  70130 | By: s/Richard D. Gable, Jr.<br>Richard D. Gable, Jr., Bar No. 65842<br>rgable@butler.legal<br>Adam B. Masef, Bar No. 313468<br>amasef@butler.legal<br>1818 Market Street, Suite 2740<br>Philadelphia, PA  19103 |
| ***Attorneys for Plaintiff, The Trustees of the University of Pennsylvania*** | ***Attorneys for Defendant, Factory Mutual Insurance Company*** |