# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION No. 21-4490 |
| FACTORY MUTUAL INSURANCE COMPANY, | : : : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 17th day of June 2024, it appearing to the court that the above captioned case, which was stayed on April 11, 2024, is still unable to proceed to trial without delay for reasons which are beyond the Court's control, it is hereby **ORDERED** that this case shall remain stayed for no more than six months from the date of this Order unless continued in stayed status by further order of the court.

It is **FURTHER ORDERED** that, **on or before December 17, 2024**, the parties must provide a status update regarding the continued presence or absence of the reasons why this case is unable to proceed to trial without delay.

                                                               __s/ANITA B. BRODY, J._____
                                                              ANITA B. BRODY, J.