**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, | : : : |
| Plaintiff, | : CIVIL ACTION NO. 2:21-cv-04490-AB : |
| v. | : : : |
| FACTORY MUTUAL INSURANCE COMPANY, | : : : |
| Defendant. | : |

**JOINT STATUS REPORT**

Defendant Factory Mutual Insurance Company and Plaintiff The Trustees of the University of Pennsylvania (collectively, the "Parties") hereby submit the following Joint Status Report in accordance with the Court's June 17, 2024 Order (ECF No. 39).

Since the Court's June 17, 2024 Order, the Pennsylvania Supreme Court issued its decisions in *Ungarean v. CNA*, No. 12 WAP 2023 (Pa.) and *MacMiles, LLC v. Erie Insurance Exchange*, No. 10 WAP 2023 (Pa.), copies of which were included in Defendant's Notice of Supplemental Authority filed on October 2, 2024 (ECF No. 40). On October 8, 2024, Appellant's petition for rehearing *en banc* in *Wilson v. USI Service LLC, et al.*, 20-3124 (3d Cir.), was denied.

The Parties agree that there is no longer any reason why this case is unable to proceed, and thus, the Parties respectfully request that the Court lift the stay in this matter and decide the pending Motion to Dismiss. Defendant believes the Court should grant its Motion to Dismiss for all of the reasons previously stated in its briefing papers,

because *Wilson* is controlling and dispositive and because the Pennsylvania Supreme Court decisions in *Ungarean* and *MacMiles* further support the rationale of *Wilson*. Plaintiff believes the Court should deny Defendant's Motion to Dismiss for the reasons stated in its briefing papers and because *Wilson*, *Ungarean* and *MacMiles* are inapposite. Plaintiff also requests permission to submit supplemental briefing on the applicability of the Pennsylvania Supreme Court decisions in *Ungarean* and *MacMiles*, which were decided after the Motion to Dismiss was fully briefed. Defendant does not join in Plaintiff's request for supplemental briefing but is willing to confer with Plaintiff on a schedule for the submittal of the supplemental briefs should the Court permit the same.

Dated: December 17, 2024                                      Respectfully submitted,

| | |
|---|---|
| **KANNER & WHITELEY, LLC** | **BUTLER WEIHMULLER KATZ CRAIG, LLP** |
| By: s/ Allan Kanner<br>Allan Kanner, Bar No. 31703<br>a.kanner@kanner-law.com<br>David J. Stanoch, Bar No. 91342<br>d.stanoch@kanner-law.com<br>Cynthia St. Amant, *Pro Hac Vice*<br>c.stamant@kanner-law.com<br>701 Camp Street<br>New Orleans, LA 70130 | By: s/Richard D. Gable, Jr.<br>Richard D. Gable, Jr., Bar No. 65842<br>rgable@butler.legal<br>Adam B. Masef, Bar No. 313468<br>amasef@butler.legal<br>1818 Market Street, Suite 2740<br>Philadelphia, PA 19103 |
| *Attorneys for Plaintiff, The Trustees of the University of Pennsylvania* | *Attorneys for Defendant, Factory Mutual Insurance Company* |