# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA<br>　　　　Plaintiff,<br><br>　　v.<br><br>FACTORY MUTUAL INSURANCE COMPANY,<br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: CIVIL ACTION<br>: No. 21-4490<br>:<br>:<br>:<br>: |

## **ORDER**

**AND NOW**, this 7th day of February, 2025, it is **ORDERED** that Defendant's request to file a reply to Plaintiff's Supplemental Brief (ECF No. 44), is **GRANTED**. Defendant must file a reply **on or before February 25, 2025**.

　　　　　　　　　　　　　　　　　　　__s/ANITA B. BRODY, J.__
　　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.